**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
                            (State)

Case number (*if known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Retrotope, Inc. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

3. **Debtor's federal Employer Identification Number (EIN)**

2 0 – 4 9 5 8 0 0 3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4300 El Camino Real | |
| Number      Street | Number      Street |
| Suite 201 | |
| | P.O. Box |
| Los Altos            CA      94022 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Santa Clara | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

5. **Debtor's website** (URL)       www.retrotope.com

Debtor    Retrotope, Inc.
_____
Name

Case number *(if known)*_____

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5_  _4_  _1_  _7_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Retrotope, Inc.
_____
Name

Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.    District _____ When _____ Case number _____
   MM / DD / YYYY

   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No

    ☐ Yes.    Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in _this district_?**

    _Check all that apply:_

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** _(Check all that apply.)_

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number        Street

    _____

    _____
    City                                     State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

Debtor   Retrotope, Inc.
      Name                                                           Case number *(if known)*_____

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/21/2022
                    MM  / DD / YYYY

✖ */s/ Anil Kumar*                                  Anil Kumar
Signature of authorized representative of debtor        Printed name

Title   President

Debtor _____
    Name

Case number *(if known)*_____

**18. Signature of attorney**    ✗ */s/ Matthew P. Ward*    Date    3/21/2022
                        Signature of attorney for debtor              MM  / DD / YYYY

Matthew P. Ward
Printed name

Womble Bond Dickinson (US) LLP
Firm name

1313 North Market Street, Suite 1200
Number     Street

Wilmington                     DE     19801
City                              State    ZIP Code

302-252-4320                  matthew.ward@wbd-us.com
Contact phone                      Email address

4471                        DE
Bar number                     State

**UNANIMOUS WRITTEN CONSENT**

**OF THE BOARD OF DIRECTORS**

**OF RETROTOPE, INC.**

**March 18, 2022**

THE UNDERSIGNED, constituting all of the members of the board of directors (the "Board") of Retrotope, Inc., a Delaware corporation (the "Company"), acting by written consent without a meeting pursuant to Section 141(f) of the Delaware General Corporation Law (the "DGCL") and the Bylaws of the Company (the "Bylaws") as in effect on the date hereof, do hereby consent in writing to the adoption of the following resolutions which shall have the same force and effect as if duly adopted at a meeting of the Board, duly noticed, called and held in accordance with the DGCL and the Bylaws.

**Chapter 11 Filing**

WHEREAS, the Board, acting pursuant to the laws of the State of Delaware, including but not limited to the DGCL, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's business, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several weeks, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring of the Company;

WHEREAS, the Board has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders; and

WHEREAS, based on the foregoing analyses, the Board believes it to be in the best interests of the Company and its stakeholders to file a voluntary petition for relief (the "Chapter 11 Case" under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") (the "Filing").

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, stockholders and other interested parties that a petition be filed by the Company seeking relief under Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

FURTHER RESOLVED, that any duly appointed officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, are authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officers deem necessary, desirable and proper in connection with the Company's commencement and prosecution of the Chapter 11 Case, with a view to the successful resolution of such case; and be it

FURTHER RESOLVED, that the Company be, and it hereby is, authorized and directed to perform its obligations under the Chapter 11 Case and to take all actions in accordance therewith necessary to consummate the Filing; and be it

FURTHER RESOLVED, that the Board hereby determines that the Filing and the Chapter 11 Case are advisable and in the best interests of the Company; and be it

FURTHER RESOLVED, that the forms, terms and provisions of the Filing and the schedules and exhibits attached thereto are, and each hereby is, approved with such changes and modifications thereto as may be deemed necessary or appropriate by the Authorized Officers, as conclusively evidenced by such officer's execution and delivery thereof; and be it

FURTHER RESOLVED, that the Company be, and it hereby is, authorized, empowered and directed to perform its obligations under the Filing and to take all actions in accordance therewith necessary to consummate the Chapter 11 Case.

## **Retention of Professionals**

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Womble Bond Dickinson (US) LLP ("Womble") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of Womble; and be it

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of SSG Capital Advisors, LLC ("SSG") as the Company's investment banker, effective as of the date the petition is filed, to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of  SSG; and be it

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Rock Creek Advisors, LLC ("Rock Creek") as financial consultants and advisors assisting the Company in exercising its responsibilities with respect to the Filing and Chapter 11 of the Bankruptcy Code, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of Rock Creek; and be it

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of BMC Group ("BMC"), as the Company's claims, noticing, solicitation agent and administrative advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of BMC; and be it

FURTHER RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the Filing and cause to be filed appropriate applications with the Bankruptcy Court for

2

authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper.

## **Debtor-In-Possession Financing and Adequate Protection**

WHEREAS, in connection with the Filing and the Chapter 11 Case, the Board believes that the Company will obtain benefits from certain debtor-in-possession financing (the "DIP Financing") provided by RTMFP Enterprises Inc. (the "DIP Lender");

WHEREAS, each of the members of the Board is aware of the material facts related to the DIP Financing and has had an adequate opportunity to ask questions regarding, and to investigate the nature of, the relationships and/or interests described above in connection with the DIP Financing;

WHEREAS, the members of the Board are aware that Nitin T. Mehta is affiliated with and/or has a financial interest in the DIP Lender;

WHEREAS, the members of the Board has reviewed, evaluated and discussed (i) the material facts, terms and conditions of the DIP Financing, (ii) the rights and obligations of the Company, the Board, the stockholders of the Company and other parties in connection therewith, (iii) the costs, obligations, requirements (financial or otherwise) and other factors and considerations required to consummate the DIP Financing and (iv) the Company's financing objectives and financial situation, and, on the basis of such reasonable inquiry and investigation, believes that the DIP Financing is appropriate for, in the best interests of, advisable, just and reasonable to the Company and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED, that the Board agrees that it is in the best interest of the Company that any Authorized Officer, acting alone or with one or more other Authorized Officers, are authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officers deem necessary, desirable and proper in order to obtain the DIP Financing; and be it

FURTHER RESOLVED, that in accordance with Section 363 of the Bankruptcy Code, the Company will provide certain adequate protection to the DIP Lender (the "Adequate Protection Obligations"), as documented in a proposed interim order (the "Interim DIP Order") and submitted for approval in the Bankruptcy Court; and be it

FURTHER RESOLVED, that in the business judgment of the Board, it is desirable and in the best interests of the Company, its respective stakeholders, creditors, and other parties in interest, for the Company to enter into a new debtor-in-possession term sheet agreement with the DIP Lender, in substantially the form previously reviewed by the members of the Board (the "DIP Credit Agreement"); and be it

FURTHER RESOLVED, that the form, terms, and provisions of the DIP Credit Agreement (including the borrowing of money, granting of liens on substantially all assets of the Company, and the guaranty of obligations reflected therein), and the form, terms, and provisions of such other agreements, certificates, schedules, and instruments contemplated thereby (including the DIP Credit Agreement, collectively, the "DIP Credit Agreement Documents") be, and hereby are, authorized, adopted, and approved, and each of the Authorized Officers of the Company be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of the DIP Credit Agreement Documents, and incur and pay or cause to be paid all fees and expenses and engage such

3

persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and be it

FURTHER RESOLVED, that the form, terms, and provisions of the Interim DIP Order to which the Company is or will be subject, and the actions and transactions contemplated thereby, and hereby are, authorized, adopted, and approved, and each of the Authorized Officers of the Company be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Interim DIP Order, and such other agreements, certificates, instruments, receipts, petitions, motions, objections, replies, or other papers or documents to which the Company is or will be a party, including, but not limited to, any term sheet, credit agreement, security and pledge agreement, or guaranty agreement (collectively with the Interim DIP Order and the DIP Credit Agreement Documents, the "DIP Documents"), and incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the Authorized Officers executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and be it

FURTHER RESOLVED, the Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and certain secured claims pursuant to the DIP Credit Agreement Documents (the "DIP Obligations") and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Credit Agreement Documents (collectively, the "Adequate Protection Transactions"); and be it

FURTHER RESOLVED, that the Authorized Officers of the Company be, and they hereby are, authorized and directed, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company, as debtor and debtor-in-possession, to take such actions as in their discretion is determined to be necessary, desirable, or appropriate and execute the Adequate Protection Transactions, including delivery of: (a) the DIP Documents and such agreements, certificates, instruments, guaranties, notices, and any and all other documents, including, without limitation, any amendments to any DIP Documents (collectively, the "Adequate Protection Documents"); (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the DIP Lender; and (c) such forms of deposit account control agreements, officer's certificates, and compliance certificates as may be required by the DIP Documents or any other Adequate Protection Document; and be it

FURTHER RESOLVED, that each of the Authorized Officers of the Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to file or to authorize the DIP Lender to file any Uniform Commercial Code (the "UCC") financing statements, any other equivalent filings, any intellectual property filings and recordation and any necessary assignments for security or other documents in the name of the Company that the DIP Lender deems necessary or appropriate to perfect any lien or security interest granted under the Interim DIP Order, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired" and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the DIP Lender may reasonably request to perfect the security interests of the DIP Lender under the DIP Documents; and be it

FURTHER RESOLVED, that each of the Authorized Officers of the Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to take all such further

4

actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Adequate Protection Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the Adequate Protection Documents, which shall in their sole judgment be necessary, proper, or advisable to perform any of the Company's obligations under or in connection with the Interim DIP Order or any of the other Adequate Protection Documents and the transactions contemplated therein and to fully carry out the intent of the foregoing resolutions.

## **General Authority**

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation of the Plan and related disclosure statement; and be it

FURTHER RESOLVED, that all such other acts or things which would cause the transactions contemplated by these resolutions to be consummated and performed be, and hereby are, authorized, approved and adopted; and be it

FURTHER RESOLVED, that any actions taken by the Board prior to the date of these resolutions that are within the authority conferred hereby are ratified, confirmed and approved as the act and deed of the Company; and be it

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the transactions contemplated by these resolutions to be consummated and performed in the manner provided therein and from time to time to do, or cause to be done, all such other acts or things, and to execute and deliver all such agreements, instruments, certificates and other documents, and to affix and attest thereto, or cause to be done affixed and attested thereto, the corporate seal of the Company as any Authorized Officer shall deem in its sole discretion desirable to carry out the purposes and intents of any of the foregoing resolutions; and be it

FURTHER RESOLVED, that the signing by any officer of the Company of any of the documents or instruments referred to in or contemplated by the foregoing resolutions or the taking by it of any actions to carry out the foregoing shall conclusively establish (i) such officer's authority to do so from the Company, (ii) such officer's determination of the propriety and the necessity, appropriateness or advisability of such documents or instruments and the actions contemplated thereby, and (iii) the approval and ratification by the Company of the documents and instruments so signed and the actions referred to therein or contemplated thereby.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, each of the undersigned has caused this Written Consent of the Board of Directors to be duly executed as of the date set forth above.

DocuSigned by:

*Dan Scouler*

AA55E774D8B44A6...

_____

Daniel Scouler
Chairman


_____

Misha Shchepinov


_____

Brian Ryniker


_____

Peter Milner

*{Signature Page to Written Consent of the Board of Directors of Retrotope, Inc.}*

IN WITNESS WHEREOF, each of the undersigned has caused this Written Consent of the Board of Directors to be duly executed as of the date set forth above.

_____
Daniel Scouler
Chairman

_____
Misha Shchepinov

_____
Brian Ryniker

_____
Peter Milner

*{Signature Page to Written Consent of the Board of Directors of Retrotope, Inc.}*

IN WITNESS WHEREOF, each of the undersigned has caused this Written Consent of the Board of Directors to be duly executed as of the date set forth above.

_____
Daniel Scouler
Chairman


_____
Misha Shchepinov

_____
Brian Ryniker


_____
Peter Milner

*{Signature Page to Written Consent of the Board of Directors of Retrotope, Inc.}*

WBD (US) 55738301v4

IN WITNESS WHEREOF, each of the undersigned has caused this Written Consent of the Board of Directors to be duly executed as of the date set forth above.

_____
Daniel Scouler
Chairman

_____
Misha Shchepinov

_____
Brian Ryniker

_____
Peter Milner

*{Signature Page to Written Consent of the Board of Directors of Retrotope, Inc.}*

WBD (US) 55738301v4

**Fill in this information to identify the case:**

Debtor name  Retrotope, Inc.

United States Bankruptcy Court for the: _____District of Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Seqens fka PCAS Lisa Huang, PH. D. CDMO BU, North America, Director of key accounts management 9 Opportunity Way Newburyport, MA  01950 | 609-955-8155 lisa.huang@seqens.com | | | | | $736,357.50 |
| 2 Sterling Place John Vu Business Development Director 1001 Sheldon Drive, Cary, NC, 27513 | John.Vu@sterlingpsl.com T: +1 984-241-5678 M: +1 510-415-7918 | | | | | $584,480.00 |
| 3 Pentara Corporation Suzanne Hendrix, CEO 2261 E 3300 South, Suite 200 Millcreek UT 84109 | 801-898-7241 shendrix@pentara.com | | | | | $414,975.00 |
| 4 Wilson Sonsini Goodrich & Rosati Marty Waters 650 Page Mill Rd Palo Alto CA 94304 | 650-858-7064 858-350-2308 shhoang@wsgr.com mwaters@wsgr.com | | | | | $183,160.07 |
| 5 Albert Einstein College of Medicine Benjy Neymotin, Ph.D. Assistant Director Licensing and Operations 1300 Morris Park Avenue Belfer 1108 Bronx NY 10461 | 718-430-2786 718-430-2508 janet.johnson@einsteinmed.org Benjamin.Neymotin@einsteinmed.org | | | | | $132,203.00 |
| 6 Charles River Laboratories Lauren E. Wueller Client Manager, Charles River 251 Ballardvale St Wilmington MA 01887 | 800-441-3550 Direct: 419.647.8501 P: 419.647.4196 wlm-acctrec@crl.com lauren.wueller@crl.com | | | | | $130,620.00 |

Debtor: Retrotope, Inc.
    Name

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Mintz<br>Marc Morley<br>PO Box 4539<br>Boston MA 02212-4539 | 858-314-1500<br>858-314-1563<br>cdavis@mintz.com<br>MTMorley@mintz.com | | | | | $119,811.53 |
| 8 | Regents of the Univ of Oklahoma<br>Dr. Martin-Paul Agbaga, Assistant Professor<br>Univ. of Oklahoma Health Sciences Center<br>Dept. of Ophthalmology, Cell Biology & OCNS,<br>Dean McGee Eye Institute,608 Stanton L. Young Blvd,<br>Room 428 Park Pavillion<br>Oklahoma City, OK 73104 | 405-313-4539<br>martin-paul-agbaga@ouhsc.edu | | | | | $100,000.00 |
| 9 | Leiden University Medical Center<br>Sander Kooijman<br>Albinusdreef 2,<br>Postbus 9600,<br>Leiden RC 2333 ZB<br>Netherlands | +31(0)71 5261371<br>+31 646355939<br>projectenbureau@lumc.nl<br>S.Kooijman@lumc.nl | | | | | $94,893.00 |
| 10 | Clinical Trials Resource Group LLC<br>Neil Schmitz<br>Chief Operating Officer<br>1415 S Voss Road 110 PMB 422<br>Houston TX 77057 | (888) 352-0555<br>jburger@ctgresearch.com<br>nschmitz@ctgresearch.com | | | | | $94,882.75 |
| 11 | PCI Pharma Services<br>Tina Leung<br>6166 Nancy Ridge Dr.<br>San Diego CA 92121 | 1-858-779-3221<br>ar-sdo@pciservices.com<br>Tina.Leung@pciservices.com | | | | | $93,741.56 |
| 12 | Monash University<br>Sam Shrestha<br>Revenue Accounting Services<br>Monash University, Level 4<br>211 Wellington Road<br>Mulgrave VIC 3170, Australia | +61 3 9905 0499<br>sam.shrestha@monash.edu | | | | | $84,442.48 |
| 13 | SSI `Inst of PhysOrgChem of NAS`<br>Surganov Str., 13<br>Minsk 220072<br>Belarus | +375 17 3790373<br>misha@retrotope.com | | | | | $53,755.00 |
| 14 | Hyman, Phelps & McNamara<br>Frank Sasinowski<br>700 13th Street Northwest<br>Washington DC 20005 | 202-737-5600<br>(202) 737-4591<br>ar@hpm.com<br>FSasinowski@hpm.com | | | | | $50,600.00 |
| 15 | University of Iowa<br>Amanda Warnock<br>Pediatric Clinical Trials Financial Analyst<br>UI Stead Family Children's Hospital<br>University of Iowa Health Care<br>200 Hawkins Drive, GH SW 164-13<br>Iowa City, IA 52242 | 319-467-8788<br>amanda-warnock@uiowa.edu | | | | | $39,060.26 |

Debtor:  Retrotope, Inc.                                      Case number *(if known)*  _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | Redenlab Adam Vogel 585 Little Collins St. Suite 669 Melbourne VIC 3000 Australia | +61 413 442 213 accounts@redenlab.com adam@redenlab.com | | | | | $37,086.00 |
| 17 | Leading Edge CDMS Alec Budman LeCDMS Chief Operating Officer 700 Promontory Point Lane #1203 Foster City CA 94404 | 650-208-5005 alec.budman@leadingedgecdmsolutions.com | | | | | $34,851.40 |
| 18 | Westfalische Wilhelms-Universitat Prof. Klaus Dreiseward University of Münster, Institute of Hygiene --Biomedical Mass Spectrometry-- Robert-Koch-Str. 41, 48149 Münster Germany | +49-251-8356726 klaus.dreiseward@ukmuenster.de | | | | | $31,859.00 |
| 19 | Scaledoctor Limited Michael Paisey, Group Project Manager for Multiple Sclerosis and Health Measurement Research and Innovation, University of Plymouth Enterprise Ltd, Room N13, ITTC,, Plymouth Science Park, Plymouth, PL6 8BX United Kingdom | 07850 210401 m.paisey@plymouth.ac.uk | | | | | $31,156.06 |
| 20 | SOLVO Biotechnology Marko Andrić Director, Business Development Szilánk köz 3. Szeged 6724 Hungary | 1 (978) 447-3682 sol-accountsreceivable@crl.com marko.andric@crl.com | | | | | $30,346.80 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RETROTOPE, INC., *et al.*,[1] | ) | Case No. 22-_____  (___) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**CORPORATE OWNERSHIP
STATEMENT PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:    None.

---

[1] The Debtor in this chapter 11 case, its jurisdictions of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003).  The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA 94022.

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  Retrotope, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement; Certification of Creditors' Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/21/2022        ✖ */s/ Anil Kumar*
     MM / DD / YYYY        Signature of individual signing on behalf of debtor

                  Anil Kumar
                  Printed name

                  President
                  Position or relationship to debtor

**Retrotope, Inc.**
**Balance Sheet**
**As of January 31, 2022**

| | Dec 31, 2021 | Jan 2022 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **11000 Cash & cash equivalents** | | |
| 11010 Morgan Stanley-Operating | $493,313 | $2,048,818 |
| 11020 Morgan Stanley-Money Market | $5,799,899 | $2,154,725 |
| **Total Bank Accounts** | **$6,293,212** | **$4,203,543** |
| **Other Current Assets** | | |
| **14000 Prepaid Exp & Other Current Assets** | | |
| 14100 Prepaid Insurance | $98,385 | $267,155 |
| 14350 Prepaid Research & CMC | $251,157 | $283,590 |
| 14500 Other Prepaid Expenses | $56,955 | $50,088 |
| 14600 Note receivable from Related Party | $13,500 | $11,250 |
| **Total 14000 Prepaid Exp & Other Current Assets** | **$419,997** | **$612,083** |
| **Total Current Assets** | **$6,713,209** | **$4,815,626** |
| **Fixed Assets** | | |
| **15000 Property & Equipment** | | |
| 15010 Computer Equipment-Capital | $40,292 | $40,292 |
| 15030 Furniture and Fixtures-Capital | $34,258 | $34,258 |
| 15050 Machinery & Equipment - Capital | $61,700 | $61,700 |
| **Total 15000 Property & Equipment** | **$136,250** | **$136,250** |
| **16000 Accum Depreciation** | | |
| 16010 Accum Depr-Comp Equip. Cap | ($14,725) | ($15,301) |
| 16030 Accum Depr- Furn & Fixtures | ($32,291) | ($32,326) |
| 16050 Accum Depr-Machinery & Equipment | ($20,150) | ($20,885) |
| **Total 16000 Accum Depreciation** | **($67,166)** | **($68,512)** |
| **Total Fixed Assets** | **$69,084** | **$67,739** |
| **TOTAL ASSETS** | **$6,782,293** | **$4,883,365** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 20100 Trade Payable | $2,334,697 | $3,251,098 |
| **Total Accounts Payable** | **$2,334,697** | **$3,251,098** |
| **Other Current Liabilities** | | |
| **21000 Accrued Liabilities** | | |
| 21100 Accrued Expenses | $1,421,474 | $1,001,887 |
| **Total 21000 Accrued Liabilities** | **$1,421,474** | **$1,001,887** |
| **22000 Accrued compensation** | | |
| 22060 Accrued Payroll Tax | $71,227 | $72,766 |
| 22500 Accrued Bonus | $540,036 | $591,364 |
| **Total 22000 Accrued compensation** | **$611,263** | **$664,130** |
| **23000 Other Current Liabilities** | | |
| 23200 Liability | $950,000 | $0 |
| 23300 Warrant Liability | $188,145 | $188,145 |
| **Total 23000 Other Current Liabilities** | **$1,138,145** | **$188,145** |
| **Total Other Current Liabilities** | **$3,170,881** | **$1,854,162** |
| **Total Current Liabilities** | **$5,505,579** | **$5,105,260** |
| **Long-Term Liabilities** | | |
| **Total Long-Term Liabilities** | **$0** | **$0** |
| **Total Liabilities** | **$5,505,579** | **$5,105,260** |
| **Equity** | | |
| **31000 Preferred Stock** | | |
| 31010 Preferred Stock A Proceeds | $210 | $210 |
| 31020 Preferred Stock A-1 Proceeds | $1,038 | $1,038 |
| 31030 Preferred Stock A-2 Proceeds | $1,048 | $1,048 |
| 31050 Preferred Stock B Proceeds | $3,912 | $3,912 |
| 31070 Series C Proceeds | $4,774 | $4,774 |
| 31080 Series D Proceeds | $3,835 | $3,835 |
| **Total 31000 Preferred Stock** | **$14,818** | **$14,818** |
| **36000 Common Stock** | $37,852 | $31,745 |
| **37000 Additional Paid In Capital** | $55,190,158 | $55,190,158 |
| 31055 Preferred Stock B Iss. Exp. | ($15,317) | ($15,317) |
| 31065 Preferred Stock C Iss. Exp. | ($44,470) | ($44,470) |
| 31075 Preferred Stock D Iss. Exp. | ($288,867) | ($298,730) |
| Capital Stock | $28,645,494 | $28,645,494 |
| **Total 37000 Additional Paid In Capital** | **$83,486,999** | **$83,477,136** |
| 37500 Comprehensive income | $17,975 | $17,975 |
| **Retained Earnings** | ($57,790,812) | ($82,280,928) |
| **Net Income** | ($24,490,116) | ($1,482,640) |
| **Total Equity** | **$1,276,714** | **($221,895)** |
| **TOTAL LIABILITIES AND EQUITY** | **$6,782,293** | **$4,883,365** |

# Retrotope, Inc.
## Profit and Loss
### January 2021 - January 2022

|  | FY2021 | Jan 2022 |
|---|---|---|
| **Expenses** |  |  |
| **61000 Personnel** | $5,332,760 | $456,739 |
| **62000 Employee Related Expenses** | $714,793 | $24,865 |
| **63100 Travel and Entertainment** | $52,380 | $3,858 |
| **64000 Mktg & PR** | $111,203 | $330 |
| **65500 Office Expenses** | $196,588 | $15,467 |
| **67000 Outside Services** | $1,413,846 | $258,314 |
| **67500 Contract Services** | $16,399,636 | $689,538 |
| **68100 Insurance** | $230,491 | $18,866 |
| **68200 Regulatory filings** | $146,534 | $3,046 |
| **69000 Facilities** | $161,123 | $10,303 |
| **Total Expenses** | **$24,759,354** | **$1,481,325** |
| **Net Operating Income** | **($24,759,354)** | **($1,481,325)** |
| **Other Income** |  |  |
| **81000 Other Income** | $291,792 | $223 |
| **Total Other Income** | **$291,792** | **$223** |
| **Other Expenses** |  |  |
| **75000 Deprec. Expense** | $15,582 | $1,345 |
| **82000 Other Expense** | $206 | $167 |
| **86000 Tax** | $6,766 | $25 |
| **Total Other Expenses** | **$22,554** | **$1,538** |
| **Net Other Income** | **$269,238** | **($1,315)** |
| **Net Income** | **($24,490,116)** | **($1,482,640)** |

## Retrotope, Inc.
## Statement of Cash Flows
### FY 2021 & Jan 22

|  | FY21 | Jan 2022 |
|---|---|---|
| **OPERATING ACTIVITIES** | | |
| Net Income | ($24,490,116) | ($1,482,640) |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | | |
| 14100 Prepaid Exp & Other Current Assets:Prepaid Insurance | ($30,340) | ($168,770) |
| 14350 Prepaid Exp & Other Current Assets:Prepaid Research & CMC | ($113,106) | ($32,433) |
| 14500 Prepaid Exp & Other Current Assets:Other Prepaid Expenses | $30,585 | $6,867 |
| 14600 Prepaid Exp & Other Current Assets:Note receivable from Related Party | ($13,500) | $2,250 |
| 20100 Trade Payable | $433,612 | $916,401 |
| 21000 Accrued Liabilities | $0 | ($419,586) |
| 21100 Accrued Liabilities:Accrued Expenses | $386,742 | $1,540 |
| 22060 Accrued compensation:Accrued Payroll Tax | ($76,249) | $51,328 |
| 22500 Accrued compensation:Accrued Bonus | $172,036 | |
| 23100 Other Current Liabilities:PPP Loan | ($283,300) | |
| 23200 Other Current Liabilities:Deferred Liability | $950,000 | ($950,000) |
| 23300 Other Current Liabilities:Warrant Liability | $0 | |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **$1,456,480** | **($592,404)** |
| **Net cash provided by operating activities** | **($23,033,636)** | **($2,075,044)** |
| **INVESTING ACTIVITIES** | | |
| 15010 Property & Equipment:Computer Equipment-Capital | ($10,395) | |
| 16010 Accum Depreciation:Accum Depr-Comp Equip. Cap | $2,822 | $576 |
| 16030 Accum Depreciation:Accum Depr- Furn & Fixtures | $421 | $35 |
| 16050 Accum Depreciation:Accum Depr-Machinery & Equipment | $8,814 | $735 |
| **Net cash provided by investing activities** | **$1,663** | **$1,345** |
| **FINANCING ACTIVITIES** | | |
| 31075 Additional Paid In Capital:Preferred Stock D Iss. Exp. | ($119,077) | ($9,863) |
| 31080 Preferred Stock:Series D Proceeds | $2,173 | |
| 36000 Common Stock | $35,166 | ($6,107) |
| 37000 Additional Paid In Capital | $17,764,956 | |
| **Net cash provided by financing activities** | **$17,683,218** | **($15,969)** |
| **Net cash increase for period** | **($5,348,755)** | **($2,089,668)** |
| **Cash at beginning of period** | $11,641,967 | $6,293,212 |
| **Cash at end of period** | **$6,293,212** | **$4,203,543** |

# 2020 TAX RETURN FILING INSTRUCTIONS

## U.S. CORPORATION INCOME TAX RETURN

**FOR THE YEAR ENDING**

December 31, 2020

| | |
|---|---|
| **Prepared for** | Retrotope, Inc.<br>4300 El Camino Real Suite 201<br>Los Altos, CA  94022 |
| **Prepared by** | ONeill & Bergado, Inc.<br>6830 Via Del Oro Suite 220<br>San Jose, CA 95119 |
| **To be signed and dated by** | The appropriate corporate officer(s). |
| **Amount of tax** | Total tax                                 $          0<br>Less: payments and credits       $          0<br>Plus: other amount                   $          0<br>Plus: interest and penalties       $          0<br>No pmt required $ |
| **Overpayment** | Credited to your estimated tax    $          0<br>Other amount                             $          0<br>Refunded to you                         $          0 |
| **Make check payable to** | Not applicable |
| **Mail tax return and check (if applicable) to** | This return has been prepared for electronic filing.  To have it transmitted electronically to the IRS, please sign, date, and return Form 8879-C to our office.  We will then submit your electronic return. |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | |

000084  04-01-20

CORPORATION
# Two-Year Comparison
**2020**

| Name | Employer Identification Number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| **INCOME:** | | | |
| DIVIDENDS | 9,820. | 1,030. | -8,790. |
| INTEREST | 90,830. | 145,387. | 54,557. |
| NET GAIN (LOSS) FROM FORM 4797 | -219. | 0. | 219. |
| OTHER INCOME | -9,897. | -64,313. | -54,416. |
|    TOTAL INCOME | 90,534. | 82,104. | -8,430. |
| **DEDUCTIONS:** | | | |
| SALARIES AND WAGES LESS | | | |
|    EMPLOYMENT CREDITS | 1,989,958. | 3,408,116. | 1,418,158. |
| RENTS | 196,143. | 211,477. | 15,334. |
| TAXES AND LICENSES | 143,682. | 217,021. | 73,339. |
| INTEREST | 2,348,212. | 0. | -2,348,212. |
| DEPRECIATION | 80,984. | 17,206. | -63,778. |
| ADVERTISING | 69,986. | 39,951. | -30,035. |
| EMPLOYEE BENEFIT PROGRAMS | 195,318. | 283,009. | 87,691. |
| OTHER DEDUCTIONS | 3,660,980. | 10,092,982. | 6,432,002. |
|    TOTAL DEDUCTIONS | 8,685,263. | 14,269,762. | 5,584,499. |
| **TAXABLE INCOME:** | | | |
| TAXABLE INCOME BEFORE NOL DEDUCTION | | | |
|    AND SPECIAL DEDUCTIONS | -8,594,729. | -14,187,658. | -5,592,929. |
|    TAXABLE INCOME | -8,594,729. | -14,187,658. | -5,592,929. |
| **TAX COMPUTATION:** | | | |
|   TAX BEFORE CREDITS | 0. | 0. | 0. |
|   TAX AFTER CREDITS | 0. | 0. | 0. |
|   TOTAL TAX | 0. | 0. | 0. |
| **PAYMENTS AND CREDITS:** | | | |
| **BALANCE DUE OR REFUND:** | | | |
| **SCHEDULE M-2:** | | | |
| BALANCE AT BEGINNING OF YEAR - | | | |
|    UNAPPROPRIATED RETAINED EARNINGS | -30,612,064. | -40,708,923. | -10,096,859. |
| NET INCOME (LOSS) PER BOOKS | -9,698,347. | -17,169,030. | -7,470,683. |
| OTHER DECREASES | 398,512. | -5,204. | -403,716. |
| BALANCE AT END OF YEAR - | | | |

012841
04-01-20

CORPORATION
# Two-Year Comparison

# 2020

| Name | | | | Employer Identification Number |
| --- | --- | --- | --- | --- |
| RETROTOPE, INC. | | | | 20-4958003 |

| Description | Prior Year | Current Year | Increase (Decrease) |
| --- | --- | --- | --- |
| UNAPPROPRIATED RETAINED EARNINGS | -40,708,923. | -57,872,749. | -17,163,826. |
| | | | |
| SCHEDULE M-3: | | | |
| | | | |
| U.S. DIVIDENDS NOT ELIMINATED IN | | | |
| TAX CONSOLIDATION | 9,820. | 1,030. | -8,790. |
| INTEREST INCOME | 90,830. | 145,387. | 54,557. |
| TOTAL INCOME (LOSS) ITEMS | 100,650. | 146,417. | 45,767. |
| | | | |
| STATE AND LOCAL CURRENT INCOME TAX | | | |
| EXPENSE | 2,780. | 8,272. | 5,492. |
| INTEREST EXPENSE | 2,348,212. | 0. | -2,348,212. |
| MEALS AND ENTERTAINMENT | 31,494. | 8,848. | -22,646. |
| CHARITABLE CONTRIBUTION OF CASH | | | |
| AND TANGIBLE PROPERTY | 11,050. | 1,000. | -10,050. |
| DEPRECIATION | 4,438. | 12,967. | 8,529. |
| TOTAL EXPENSE/DEDUCTION ITEMS | 2,397,974. | 31,087. | -2,366,887. |
| | | | |
| OTHER ITEMS WITH NO DIFFERENCES | -7,401,023. | -17,284,360. | -9,883,337. |
| | | | |
| 1120 SUBGROUP RECONCILIATION TOTALS | -9,698,347. | -17,169,030. | -7,470,683. |
| | | | |
| RECONCILIATION TOTALS | -9,698,347. | -17,169,030. | -7,470,683. |

Form **8879-C**

**IRS e-file Signature Authorization for Form 1120**

OMB No. 1545-0123

For calendar year 2020, or tax year beginning _____ , 2020, ending _____ , 20 ____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

Department of the Treasury
Internal Revenue Service

**2020**

| Name of corporation | Employer identification number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | 82,104. |
| 2 | Taxable income (Form 1120, line 30) | 2 | −14,187,658. |
| 3 | Total tax (Form 1120, line 31) | 3 | |
| 4 | Amount owed (Form 1120, line 35) | 4 | |
| 5 | Overpayment (Form 1120, line 36) | 5 | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2020 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize ONEILL & BERGADO, INC. to enter my PIN  94022
　　　　　　　　　　　　　　　　ERO firm name 　　　　　　　　　　　　　　do not enter all zeros

as my signature on the corporation's 2020 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2020 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ CONTROLLER

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  77915621304
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ PATRICIA ONEILL Date ▶ 10/07/21

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2020)

LHA

010211 11-03-20

# Form **1120**

## U.S. Corporation Income Tax Return

Department of the Treasury
Internal Revenue Service

For calendar year 2020 or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2020**

**A** Check if:
1a Consolidated return (attach Form 851) .......... ☐
1b Life/nonlife consoli- dated return .......... ☐
2 Personal holding co. (attach Sch. PH) .......... ☐
3 Personal service corp. (see instructions) .......... ☐
4 Schedule M-3 attached .......... ☒

TYPE OR PRINT

Name
**RETROTOPE, INC.**

Number, street, and room or suite no. If a P.O. box, see instructions.
**4300 EL CAMINO REAL SUITE 201**

City or town, state or province, country, and ZIP or foreign postal code
**LOS ALTOS, CA 94022**

**B** Employer identification number
**20-4958003**

**C** Date incorporated
**12/11/2006**

**D** Total assets (see instructions)
$ **11,906,349.**

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | 1,030. |
| 5 | Interest                     SEE STATEMENT 1 | 5 | 145,387. |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (attach statement)        SEE STATEMENT 2 | 10 | -64,313. |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 82,104. |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (attach Form 1125-E) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | 3,408,116. |
| 14 | Repairs and maintenance | 14 | |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 211,477. |
| 17 | Taxes and licenses               SEE STATEMENT 3 | 17 | 217,021. |
| 18 | Interest (see instructions) | 18 | |
| 19 | Charitable contributions SEE STATEMENT 4   AND   SEE STATEMENT 5 | 19 | 0. |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 17,206. |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 39,951. |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 283,009. |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)          SEE STATEMENT 6 | 26 | 10,092,982. |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 14,269,762. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -14,187,658. |
| 29a | Net operating loss deduction (see instructions)   STATEMENT 7 | 29a | 0. |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -14,187,658. |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| 32 | 2020 net 965 tax liability paid (Schedule J, Part II, line 12) | 32 | |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | 33 | |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | 35 | 0. |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: Credited to 2021 estimated tax ▶            Refunded ▶ | 37 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer          Date

▶ **CONTROLLER**
Title

May the IRS discuss this return with the preparer shown below?
☒ Yes ☐ No

### Paid Preparer Use Only

| | |
|---|---|
| Print/Type preparer's name **PATRICIA O'NEILL** | Preparer's signature **PATRICIA O'NEILL** |
| Date **10/07/21** | Check ☐ if self-employed |
| PTIN **P00171304** | |
| Firm's name ▶ **ONEILL & BERGADO, INC.** | Firm's EIN ▶ **45-3729930** |
| Firm's address ▶ **6830 VIA DEL ORO SUITE 220 SAN JOSE, CA 95119** | Phone no. **408-241-4100** |

011601
12-18-20   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2020)

1

11001007 137275 RETROTOPE       2020.04030 RETROTOPE, INC.           RETROTO1

Form 1120 (2020)   RETROTOPE, INC.                                                      20-4958003   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See Instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | See Instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends                     STMT 8 | 1,030. | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | 1,030. | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2020)

011611 12-18-20

Form 1120 (2020)  RETROTOPE, INC.                                                    20-4958003  Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☐ | | |
| 2 | Income tax. See instructions | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under Section 453A(c) and/or Section 453(l) | 9f | |
| g | Other (see instructions - attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0. |

**Part II - Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2020 net 965 tax liability paid from Form 965-B, Part II, column (k), line 4. Enter here and on page 1, line 32 | 12 | |

**Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| 13 | 2019 overpayment credited to 2020 | 13 | |
| 14 | 2020 estimated tax payments | 14 | |
| 15 | 2020 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | 2020 net 965 tax liability from Form 965-B, Part I, column (d), line 4. See instructions | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2020)

011621
12-18-20

11001007 137275 RETROTOPE              2020.04030 RETROTOPE, INC.                        RETROTO1

Form 1120 (2020)   RETROTOPE, INC.                                              20-4958003   Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method:   **a** ☐ Cash   **b** ☒ Accrual   **c** ☐ Other (specify) ▶

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 325410

**b** Business activity ▶ RESEARCH SERVICES

**c** Product or service ▶ RESEARCH SERVICES

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ......................................... | | | | X

If "Yes," enter name and EIN of the parent corporation ▶

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) .................................... | | | | X

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) .................................... | | | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ................. | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ................. | | | | X

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ................. | | | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ................. | | | | X

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶                and **(b)** Owner's country ▶

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount ................. ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ................. ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ▶ $   35,775,966.

Form **1120** (2020)

011632
12-18-20

Form 1120 (2020)  RETROTOPE, INC.                                    20-4958003  Page **5**

| Schedule K | Other Information *(continued from page 4)* | | |
|---|---|---|---|
| | | **Yes** | **No** |
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| **16** | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| **19** | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| **20** | Is the corporation operating on a cooperative basis? | | X |
| **21** | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| **22** | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| **23** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the corporation satisfy one or more of the following? See instructions | | X |
| **a** | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| **c** | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| **25** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 ............ ▶ $ | | |
| **26** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                         By Value | | |

Form **1120** (2020)

Form 1120 (2020)  RETROTOPE, INC.                                      20-4958003  Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 12,124,986. | | 11,641,967. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) STMT 9 | | 472,186. | | 193,635. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 115,485. | | 125,855. | |
| b | Less accumulated depreciation | ( 42,141.) | 73,344. | ( 55,108.) | 70,747. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 12,670,516. | | 11,906,349. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 866,179. | | 1,901,085. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) STMT 10 | | 551,534. | | 2,003,589. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock: a Preferred stock | -48,804. | | -216,932. | |
| | b Common stock | 28,647,187. | 28,598,383. | 28,666,154. | 28,449,222. |
| 23 | Additional paid-in capital | | 23,363,343. | | 37,425,202. |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | -40,708,923. | | -57,872,749. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 12,670,516. | | 11,906,349. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -17,169,030. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest    $ | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation    $    4,239. | |
| | a Depreciation    $ | | | b Charitable contributions    $ | |
| | b Charitable contributions    $    1,000. | | | | |
| | c Travel and entertainment    $    4,424. | | | | 4,239. |
| | STMT 11    2,980,187. | 2,985,611. | 9 | Add lines 7 and 8 | 4,239. |
| 6 | Add lines 1 through 5 | -14,183,419. | 10 | Income (page 1, line 28) - line 6 less line 9 | -14,187,658. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -40,708,923. | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -17,169,030. | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): SEE STATEMENT 12 | -5,204. |
| | | | 7 | Add lines 5 and 6 | -5,204. |
| 4 | Add lines 1, 2, and 3 | -57,877,953. | 8 | Balance at end of year (line 4 less line 7) | -57,872,749. |

011631
12-18-20

Form **1120** (2020)

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.              RETROTO1

Form **3800**

Department of the Treasury
Internal Revenue Service    (99)

# General Business Credit

▶ Go to www.irs.gov/Form3800 for instructions and the latest information.

▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2020**

Attachment
Sequence No. **22**

Name(s) shown on return

RETROTOPE, INC.

Identifying number

20-4958003

| Part I | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** |
|---|---|

(See instructions and complete Part(s) III before Parts I and II.)

| | | | |
|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked | 1 | 2,980,187. |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked    **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2020. See instructions | 3 | |
| 4 | Carryforward of general business credit to 2020. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | 4 | 3,897,034. |
| | Check this box if the carryforward was changed or revised from the original reported amount  ▶ ☐ | | |
| 5 | Carryback of general business credit from 2021. Enter the amount from line 2 of Part III with box D checked | 5 | |
| 6 | Add lines 1, 3, 4, and 5 | 6 | 6,877,221. |

| Part II | **Allowable Credit** |
|---|---|

| | | | |
|---|---|---|---|
| | Regular tax before credits: | | |
| | • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2 | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return | 7 | 0. |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 11 | | |
| | • Corporations. Enter -0- | 8 | 0. |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | | |
| 9 | Add lines 7 and 8 | 9 | 0. |
| 10a | Foreign tax credit    **10a** | | |
| b | Certain allowable credits (see instructions)    **10b** | | |
| c | Add lines 10a and 10b | 10c | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | 11 | 0. |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0-    **12**    0. | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions    **13** | | |
| 14 | Tentative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 9 | | |
| | • Corporations. Enter -0-    **14** | | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | | |
| 15 | Enter the greater of line 13 or line 14 | 15 | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | 16 | |
| 17 | Enter the **smaller** of line 6 or line 16 | 17 | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **3800** (2020)

Form 3800 (2020)    RETROTOPE, INC.                                                              20-4958003    Page **2**

| Part II | Allowable Credit *(continued)* |
|---|---|

Note: If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---:|
| 18 | Multiply line 14 by 75% (0.75). See instructions | **18** | |
| 19 | Enter the greater of line 13 or line 18 | **19** | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | **20** | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | **21** | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | **22** | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked ........ **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2020. See instructions | **24** | |
| 25 | Add lines 22 and 24 | **25** | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | **26** | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | **27** | 0. |
| 28 | Add lines 17 and 26 | **28** | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | **29** | 0. |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | **30** | |
| 31 | Reserved | **31** | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked ........ **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2020. See instructions | **33** | |
| 34 | Carryforward of business credit to 2020. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach | **34** | |
| | Check this box if the carryforward was changed or revised from the original reported amount ............ ▶ ☐ | | |
| 35 | Carryback of business credit from 2021. Enter the amount from line 5 of Part III with box D checked. See instructions | **35** | |
| 36 | Add lines 30, 33, 34, and 35 | **36** | |
| 37 | Enter the **smaller** of line 29 or line 36 | **37** | 0. |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. | | |
| | Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. | | |
| | • Individuals. Schedule 3 (Form 1040), line 6 | | |
| | • Corporations. Form 1120, Schedule J, Part I, line 5c ........ | | |
| | • Estates and trusts. Form 1041, Schedule G, line 2b ............ | **38** | 0. |

Form **3800** (2020)

014402  12-04-20

11001007 137275 RETROTOPE          2020.04030 RETROTOPE, INC.                    RETROT01

Form 3800 (2020)                                                                                                    Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

| **Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions) |
|---|---|

Complete a separate Part III for each box checked below. See instructions.

A  [X]  General Business Credit From a Non-Passive Activity        E  [ ]  Reserved

B  [ ]  General Business Credit From a Passive Activity            F  [ ]  Reserved

C  [ ]  General Business Credit Carryforwards                       G  [ ]  Eligible Small Business Credit Carryforwards

D  [ ]  General Business Credit Carrybacks                          H  [ ]  Reserved

I  If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III ......................................................... ▶ [ ]

| | **(a)** Description of credit | | **(b)** Enter EIN if claiming the credit from a pass-through entity. | **(c)** Enter the appropriate amount. |
|---|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | | |
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ................ | 1a | | |
| b | Reserved ............................................................. | 1b | | |
| c | Increasing research activities (Form 6765) ......................... | 1c | | 273,007. |
| d | Low-income housing (Form 8586, Part I only) ........................ | 1d | | |
| e | Disabled access (Form 8826)* ...................................... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) .... | 1f | | |
| g | Indian employment (Form 8845) ..................................... | 1g | | |
| h | Orphan drug (Form 8820) ........................................... | 1h | | 2,707,180. |
| i | New markets (Form 8874) ........................................... | 1i | | |
| j | Small employer pension plan startup costs and auto-enrollment (Form 8881) ...... | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882)* .... | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) ............. | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ...................... | 1m | | |
| n | Distilled spirits (Form 8906) ..................................... | 1n | | |
| o | Nonconventional source fuel (carryforward only) .................... | 1o | | |
| p | Energy efficient home (Form 8908) ................................. | 1p | | |
| q | Energy efficient appliance (carryforward only) .................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ............................. | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ............ | 1s | | |
| t | Enhanced oil recovery credit (carryforward only) .................. | 1t | | |
| u | Mine rescue team training (Form 8923) ............................. | 1u | | |
| v | Agricultural chemicals security (carryforward only) ............... | 1v | | |
| w | Employer differential wage payments (Form 8932) ................... | 1w | | |
| x | Carbon oxide sequestration (Form 8933) ............................ | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ......... | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) ............ | 1z | | |
| aa | Employee retention (Form 5884-A) ................................. | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) ... | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) ................................. | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I .... | 2 | | 2,980,187. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II .... | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) ................ | 4a | | |
| b | Work opportunity (Form 5884) ...................................... | 4b | | |
| c | Biofuel producer (Form 6478) ...................................... | 4c | | |
| d | Low-income housing (Form 8586, Part II) ........................... | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) .... | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) ................................................... | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) .................. | 4g | | |
| h | Small employer health insurance premiums (Form 8941) .............. | 4h | | |
| i | Increasing research activities (Form 6765) ........................ | 4i | | |
| j | Employer credit for paid family and medical leave (Form 8994) ...... | 4j | | |
| z | Other ............................................................. | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II .... | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II .... | 6 | | 2,980,187. |

\* See instructions for limitation on this credit.        014403  12-04-20                                      Form **3800** (2020)

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                    RETROT01

Form 3800 (2020)                                                                                                     Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

| **Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions) |
|---|---|

Complete a separate Part III for each box checked below. See instructions.

| | | | | |
|---|---|---|---|---|
| A | ☐ General Business Credit From a Non-Passive Activity | E | ☐ Reserved |
| B | ☐ General Business Credit From a Passive Activity | F | ☐ Reserved |
| C | ☒ General Business Credit Carryforwards | G | ☐ Eligible Small Business Credit Carryforwards |
| D | ☐ General Business Credit Carrybacks | H | ☐ Reserved |

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
   Parts III with box A or B checked. Check here if this is the consolidated Part III .............................................. ▶ ☐

| | **(a)** Description of credit | | **(b)** Enter EIN if claiming the credit from a pass-through entity. | **(c)** Enter the appropriate amount. |
|---|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | | |
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ............... | 1a | | |
| b | Reserved ........................................................ | 1b | | |
| c | Increasing research activities (Form 6765) ......................... | 1c | | 531,312. |
| d | Low-income housing (Form 8586, Part I only) ....................... | 1d | | |
| e | Disabled access (Form 8826)* ..................................... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) ... | 1f | | |
| g | Indian employment (Form 8845) ................................... | 1g | | |
| h | Orphan drug (Form 8820) ......................................... | 1h | | 3,365,722. |
| i | New markets (Form 8874) ......................................... | 1i | | |
| j | Small employer pension plan startup costs and auto-enrollment (Form 8881) ... | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882)* .... | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) ........... | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ..................... | 1m | | |
| n | Distilled spirits (Form 8906) ....................................... | 1n | | |
| o | Nonconventional source fuel (carryforward only) ................... | 1o | | |
| p | Energy efficient home (Form 8908) ................................ | 1p | | |
| q | Energy efficient appliance (carryforward only) ..................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ............................. | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ............. | 1s | | |
| t | Enhanced oil recovery credit (carryforward only) ................... | 1t | | |
| u | Mine rescue team training (Form 8923) ............................ | 1u | | |
| v | Agricultural chemicals security (carryforward only) ................ | 1v | | |
| w | Employer differential wage payments (Form 8932) ................. | 1w | | |
| x | Carbon oxide sequestration (Form 8933) .......................... | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ......... | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) .............. | 1z | | |
| aa | Employee retention (Form 5884-A) ................................ | 1aa | | |
| bb | General credits from an electing large partnership (carryforward only) .. | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) ... | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I .... | 2 | | 3,897,034. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II .. | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) ............... | 4a | | |
| b | Work opportunity (Form 5884) .................................... | 4b | | |
| c | Biofuel producer (Form 6478) .................................... | 4c | | |
| d | Low-income housing (Form 8586, Part II) ......................... | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) ... | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) ... | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) ................. | 4g | | |
| h | Small employer health insurance premiums (Form 8941) ........... | 4h | | |
| i | Increasing research activities (Form 6765) ........................ | 4i | | |
| j | Employer credit for paid family and medical leave (Form 8994) .... | 4j | | |
| z | Other ........................................................... | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II .. | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II .... | 6 | | 3,897,034. |

\* See instructions for limitation on this credit.    014403 12-04-20

Form **3800** (2020)

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More
▶ **Attach to Form 1120 or 1120-C.**
▶ **Go to www.irs.gov/Form1120 for instructions and the latest information.**

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

Check applicable box(es): (1) ☒ Non-consolidated return    (2) ☐ Consolidated return (Form 1120 only)
(3) ☐ Mixed 1120/L/PC group    (4) ☐ Dormant subsidiaries schedule attached

| **Part I** | **Financial Information and Net Income (Loss) Reconciliation** (see instructions) |
|---|---|

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
  ☐ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
  ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.
  **b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
    ☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
    ☒ **No.** Go to line 1c.
  **c** Did the corporation prepare a non-tax-basis income statement for that period?
    ☐ **Yes.** Complete lines 2a through 11 with respect to that income statement.
    ☒ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.
**2a** Enter the income statement period: Beginning _____ Ending _____
  **b** Has the corporation's income statement been restated for the income statement period on line 2a?
    ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    ☐ **No.**
  **c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
    ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
    ☐ **No.**
**3a** Is any of the corporation's voting common stock publicly traded?
  ☐ **Yes.**
  ☐ **No.** If "No," go to line 4a.
  **b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock .........................
  **c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock .........................

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 ............... | **4a** | −17,169,030. |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) ☐ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☐ Other (specify) _____ | | |
| **5a** Net income from nonincludible foreign entities (attach statement) ............... | **5a** | ( ) |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) ............... | **5b** | |
| **6a** Net income from nonincludible U.S. entities (attach statement) ............... | **6a** | ( ) |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) ............... | **6b** | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) ............... | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) ............... | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) ............... | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach stmt.) ............... | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) ............... | **9** | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) ............... | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) ............... | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) ............... | **10c** | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 ............... | **11** | −17,169,030. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | | Total Assets | Total Liabilities |
|---|---|---|---|
| **a** Included on Part I, line 4 ..................... ▶ | | 11,906,349. | 3,904,674. |
| **b** Removed on Part I, line 5 ..................... ▶ | | | |
| **c** Removed on Part I, line 6 ..................... ▶ | | | |
| **d** Included on Part I, line 7 ..................... ▶ | | | |

**LHA** **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.** **Schedule M-3 (Form 1120)** (Rev. 12-2019)

013321 04-01-20

11001007 137275 RETROTOPE          2020.04030 RETROTOPE, INC.          RETROTO1

Form **2220**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Corporations

▶ Attach to the corporation's tax return.
▶ Go to www.irs.gov/Form2220 for instructions and the latest information.

OMB No. 1545-0123

**2020**

| Name | Employer identification number |
|---|---|
| RETROTOPE, INC. | 20-4958003 |

**Note:** Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38, on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

| Part I | Required Annual Payment |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) | **1** | |
| 2 a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 ............... **2a** | | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method .................. **2b** | | |
| c | Credit for federal tax paid on fuels (see instructions) ..................................... **2c** | | |
| d | **Total.** Add lines 2a through 2c ................................................................. | **2d** | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation does not owe the penalty .................................................. | **3** | |
| 4 | Enter the tax shown on the corporation's 2019 income tax return. See instructions. **Caution:** If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5 ................. | **4** | |
| 5 | **Required annual payment.** Enter the **smaller** of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 .............................................. | **5** | 0. |

| Part II | Reasons for Filing – Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it does not owe a penalty. See instructions. |
|---|---|

| | | |
|---|---|---|
| 6 | ☐ | The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ | The corporation is using the annualized income installment method. |
| 8 | ☐ | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

| Part III | Figuring the Underpayment |
|---|---|

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year. **Filers with installments due on or after April 1, 2020, and before July 15, 2020, see instructions** ..................... | **9** | | | | |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Sch A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column ............. | **10** | | | | |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions ............................................... | **11** | | | | |
| | **Complete lines 12 through 18 of one column before going to the next column.** | | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column | **12** | | | | |
| 13 | Add lines 11 and 12 ..................................................... | **13** | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | **14** | | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- .................................. | **16** | | | | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 ............................. | **17** | | | | |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column ......... | **18** | | | | |

**Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

LHA    **For Paperwork Reduction Act Notice, see separate instructions.**

Form **2220** (2020)

012801 02-02-21

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                RETROTO1

RETROTOPE, INC.                                                                20-4958003

Form 2220 (2020)                                                                    Page **2**

| **Part IV** | **Figuring the Penalty** | | | | |
|---|---|---|---|---|---|
| | | **(a)** | **(b)** | **(c)** | **(d)** |
| **19** | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. **(C corporations with tax years ending June 30 and S corporations:** Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions | **19** | | | | |
| **20** | Number of days from due date of installment on line 9 to the date shown on line 19 | **20** | | | | |
| **21** | Number of days on line 20 after 4/15/2020 and before 7/1/2020 | **21** | | | | |
| **22** | Underpayment on line 17 x Number of days on line 21 x 5% (0.05) / 366 | **22** | $ | $ | $ | $ |
| **23** | Number of days on line 20 after 6/30/2020 and before 10/1/2020 | **23** | | | | |
| **24** | Underpayment on line 17 x Number of days on line 23 x 3% (0.03) / 366 | **24** | $ | $ | $ | $ |
| **25** | Number of days on line 20 after 9/30/2020 and before 1/1/2021 | **25** | | | | |
| **26** | Underpayment on line 17 x Number of days on line 25 x 3% (0.03) / 366 | **26** | $ | $ | $ | $ |
| **27** | Number of days on line 20 after 12/31/2020 and before 4/1/2021 | **27** | | | | |
| **28** | Underpayment on line 17 x Number of days on line 27 x 3% (0.03) / 365 | **28** | $ | $ | $ | $ |
| **29** | Number of days on line 20 after 3/31/2021 and before 7/1/2021 | **29** | | | | |
| **30** | Underpayment on line 17 x Number of days on line 29 x *% / 365 | **30** | $ | $ | $ | $ |
| **31** | Number of days on line 20 after 6/30/2021 and before 10/1/2021 | **31** | | | | |
| **32** | Underpayment on line 17 x Number of days on line 31 x *% / 365 | **32** | $ | $ | $ | $ |
| **33** | Number of days on line 20 after 9/30/2021 and before 1/1/2022 | **33** | | | | |
| **34** | Underpayment on line 17 x Number of days on line 33 x *% / 365 | **34** | $ | $ | $ | $ |
| **35** | Number of days on line 20 after 12/31/2021 and before 3/16/2022 | **35** | | | | |
| **36** | Underpayment on line 17 x Number of days on line 35 x *% / 365 | **36** | $ | $ | $ | $ |
| **37** | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 | **37** | $ | $ | $ | $ |

| | | | |
|---|---|---|---|
| **38** | **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 34; or the comparable line for other income tax returns | **38** | $                    0. |

* Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at **www.irs.gov.** You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2020)

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

# Depreciation and Amortization
## (Including Information on Listed Property)   OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RETROTOPE, INC. | OTHER DEPRECIATION | 20-4958003 |

**Part I**  **Election To Expense Certain Property Under Section 179 Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  **Special Depreciation Allowance and Other Depreciation (Don't** include listed property.**)**

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 8,135. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  **MACRS Depreciation (Don't** include listed property. See instructions.**)**

### Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 9,071. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  **Summary** (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 17,206. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

016251  12-18-20   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2020)

Form 4562 (2020)    RETROTOPE, INC.                                              20-4958003   Page **2**

| Part V | Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A – Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

| 24a Do you have evidence to support the business/investment use claimed? | Yes | No | 24b If "Yes," is the evidence written? | Yes | No |
|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | 28 | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

| Part VI | Amortization |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43 Amortization of costs that began before your 2020 tax year | | | | 43 | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | |

016252  12-18-20                                                                    Form **4562** (2020)

15

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                    RETROTO1

**2020 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | COMPUTER | 02/25/13 | 200DB | 5.00 | HY | 17 | 3,222. | | | 1,611. | 1,611. | 1,611. | | 0. | 1,611. |
| 3 | COMPUTER | 01/26/15 | 200DB | 5.00 | HY | 17 | 2,687. | | | 1,344. | 1,343. | 1,266. | | 77. | 1,343. |
| 6 | COMPUTER | 10/22/15 | 200DB | 5.00 | HY | 17 | 2,283. | | | 1,142. | 1,141. | 1,075. | | 66. | 1,141. |
| 8 | OFFICE FURNITURE | 12/01/14 | 200DB | 7.00 | HY | 17 | 12,247. | | | | 12,247. | | | 8,165. | 8,165. |
| 9 | OFFICE FURNITURE AND FIXTURES | 07/01/15 | 200DB | 7.00 | HY | 17 | 15,854. | | | 7,927. | 7,927. | 6,158. | | 708. | 6,866. |
| 10 | CUBICLES | 02/02/16 | 200DB | 7.00 | HY | 17 | 1,225. | | | 613. | 612. | 421. | | 55. | 476. |
| 11 | LAPTOP (LORRIE) | 09/26/18 | 200DB | 5.00 | MQ | 17 | 1,750. | | | 1,750. | | | | 0. | |
| 12 | LAPTOP (MISHA) | 10/14/18 | 200DB | 5.00 | MQ | 17 | 1,312. | | | 1,312. | | | | 0. | |
| 13 | 3 LAPTOPS | 07/10/19 | 200DB | 5.00 | HY | 17 | 6,533. | | | 6,533. | | | | 0. | |
| 14 | DELL LATITUDE | 08/09/19 | 200DB | 5.00 | HY | 17 | 2,297. | | | 2,297. | | | | 0. | |
| 15 | LAPTOP (ANDREW) | 11/30/19 | 200DB | 5.00 | HY | 17 | 1,425. | | | 1,425. | | | | 0. | |
| 16 | CUBICLES | 09/01/19 | 200DB | 7.00 | HY | 17 | 2,950. | | | 2,950. | | | | 0. | |
| 17 | VACUUM OVEN | 08/22/19 | 200DB | 7.00 | HY | 17 | 26,700. | | | 26,700. | | | | 0. | |
| 18 | ROTOVAP | 09/27/19 | 200DB | 7.00 | HY | 17 | 35,000. | | | 35,000. | | | | 0. | |
| 19 | LAPTOP (KAREN) | 02/25/20 | 200DB | 5.00 | MQ | 19B | | | | | | | | 0. | |
| 20 | LAPTOP (ADMIN) | 06/17/20 | 200DB | 5.00 | MQ | 19B | 1,350. | | | 1,350. | | | | 1,350. | |
| 21 | DELL LATITUDE FOR VG | 09/05/20 | 200DB | 5.00 | MQ | 19B | 2,034. | | | 2,034. | | | | 2,034. | |
| 22 | LAPTOP (SARAH) | 10/12/20 | 200DB | 5.00 | MQ | 19B | 1,524. | | | 1,524. | | | | 1,524. | |

028111 04-01-20

(D) · Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2020 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                      OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 2 DELL LATITUDE LAPTOPS | 12/31/20 | 200DB | 5.00 | MQ | 19B | 3,227. | | | 3,227. | | | | 3,227. | |
| | * TOTAL OTHER DEPRECIATION | | | | | | 123,620. | | | 98,739. | 24,881. | 10,531. | | 17,206. | 19,602. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 115,485. | | 0. | 90,604. | 24,881. | 10,531. | | | 19,602. |
| | ACQUISITIONS | | | | | | 8,135. | | 0. | 8,135. | 0. | 0. | | | 0. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 123,620. | | 0. | 98,739. | 24,881. | 10,531. | | | 19,602. |

028111 04-01-20

(D) · Asset disposed                          * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

15.2

Form **6765**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

## Credit for Increasing Research Activities

▶ **Attach to your tax return.**

▶ Go to www.irs.gov/Form6765 for instructions and the latest information.

OMB No. 1545-0619

Attachment
Sequence No. **676**

Name(s) shown on return

RETROTOPE, INC.

Identifying number

20-4958003

**Section A - Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | |
|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia | **1** | |
| 2 | Basic research payments to qualified organizations | **2** | |
| 3 | Qualified organization base period amount | **3** | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **5** | 246,300. |
| 6 | Cost of supplies | **6** | |
| 7 | Rental or lease costs of computers | **7** | |
| 8 | Enter the applicable percentage of contract research expenses | **8** | 2,483,771. |
| 9 | Total qualified research expenses. Add lines 5 through 8 | **9** | 2,730,071. |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) | **10** | % |
| 11 | Enter average annual gross receipts | **11** | |
| 12 | Multiply line 11 by the percentage on line 10 | **12** | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | **13** | 2,730,071. |
| 14 | Multiply line 9 by 50% (0.50) | **14** | 1,365,036. |
| 15 | Enter the **smaller** of line 13 or line 14 | **15** | 1,365,036. |
| 16 | Add lines 1, 4, and 15 | **16** | 1,365,036. |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☒ | | |
| | If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | **17** | 273,007. |

**Section B - Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | |
|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia | **18** | |
| 19 | Basic research payments to qualified organizations | **19** | |
| 20 | Qualified organization base period amount | **20** | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | **21** | |
| 22 | Add lines 18 and 21 | **22** | |
| 23 | Multiply line 22 by 20% (0.20) | **23** | |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | **24** | |
| 25 | Cost of supplies | **25** | |
| 26 | Rental or lease costs of computers | **26** | |
| 27 | Enter the applicable percentage of contract research expenses | **27** | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | **28** | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | **29** | |
| 30 | Divide line 29 by 6.0 | **30** | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | **31** | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | **32** | |
| 33 | Add lines 23 and 32 | **33** | |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☐ | | |
| | If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | **34** | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **6765** (Rev. 12-2020)

019681 01-25-21

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                    RETROTO1

Form 6765 (Rev. 12-2020) RETROTOPE, INC.                                                                   20-4958003  Page **2**

**Section C - Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) | 35 | |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | 36 | 273,007. |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | 37 | |
| 38 | Add lines 36 and 37 | 38 | 273,007. |
| | ● Estates and trusts, go to line 39. | | |
| | ● Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K. | | |
| | ● Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44. | | |
| | ● Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business. | | |
| | ● Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c. | | |
| | **Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D. | | |
| 39 | Amount allocated to beneficiaries of the estate or trust | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D - Qualified Small Business Payroll Tax Election and Payroll Tax Credit.** Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions | | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | 42 | |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations, skip this line and go to line 44 | 43 | |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached | 44 | |

Form **6765** (Rev. 12-2020)

019682 01-25-21

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                                    RETROTO1

Form **8820**
(Rev. September 2018)
Department of the Treasury
Internal Revenue Service

# Orphan Drug Credit

▶ **Go to www.irs.gov/Form8820 for the latest information.**
▶ **Attach to your tax return.**

OMB No. 1545-1505

Attachment
Sequence No. **103**

Name(s) shown on return

RETROTOPE, INC.

Identifying number

20-4958003

| Part I | Current Year Credit |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| **1** | Qualified clinical testing expenses paid or incurred during the tax year ............................... | **1** | 10,828,719. |
| **2a** | Are you electing the reduced credit under section 280C? ▶ ☐ Yes ☒ No | | |
| | If "Yes," multiply line 1 by 19.75% (0.1975). If "No," multiply line 1 by 25% (0.25) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached ............... | **2a** | 2,707,180. |
| **b** | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 2a above | **2b** | |
| **c** | Subtract line 2b from line 2a. If zero or less, enter -0- ................................................ | **2c** | 2,707,180. |
| **3** | Orphan drug credit from partnerships, S corporations, estates, or trusts ............................. | **3** | |
| **4** | Add lines 2c and 3. Estates and trusts, go to line 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 1h ................ | **4** | 2,707,180. |
| **5** | Amount allocated to the beneficiaries of the estate or trust (see instructions) ...................... | **5** | |
| **6** | Estates and trusts. Subtract line 5 from line 4. Report this amount on Form 3800, Part III, line 1h ...... | **6** | |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8820** (Rev. 9-2018)

Form 8820 (Rev. 9-2018)   RETROTOPE, INC.                                   20-4958003  Page **2**

| **Part II** | **Orphan Drug Information** (see instructions) | | |
|---|---|---|---|
| **(a)** | **(b)** Name of orphan drug | **(c)** Designation application number | **(d)** Date drug designated (mm/dd/yyyy) |
| **7a** | RT001 DI-DEUTEREATED LINOLEIC | | |
| **b** | ACID ETHYL ESTER | DRU 2017-6077 | 09/12/2017 |
| **c** | | | |
| **d** | | | |
| **e** | | | |
| **f** | | | |
| **g** | | | |
| **h** | | | |
| **i** | | | |
| **j** | | | |
| **k** | | | |
| **l** | | | |
| **m** | | | |
| **n** | | | |
| **o** | | | |
| **p** | | | |
| **q** | | | |
| **r** | | | |
| **s** | | | |
| **t** | | | |
| **u** | | | |
| **v** | | | |
| **w** | | | |
| **x** | | | |
| **y** | | | |
| **z** | | | |

Form **8820** (Rev. 9-2018)

RETROTOPE, INC.                                                          20-4958003

---

FORM 1120                        INTEREST INCOME                      STATEMENT    1

---

| DESCRIPTION | US | OTHER |
|-------------|----|----|
| SMITH BARNEY | | 145,387. |
| TOTAL TO FORM 1120, LINE 5 | | 145,387. |

---

FORM 1120                         OTHER INCOME                       STATEMENT    2

---

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MISC INCOME | -16,400. |
| NET ACCRETION | -47,913. |
| TOTAL TO FORM 1120, LINE 10 | -64,313. |

---

FORM 1120                      TAXES AND LICENSES                    STATEMENT    3

---

| DESCRIPTION | AMOUNT |
|-------------|--------|
| MD PAYROLL | |
| PAYROLL TAXES | 205,554. |
| PROPERTY TAXES | 3,195. |
| SOI FEE | |
| CALIFORNIA TAXES - BASED ON INCOME | 800. |
| DELAWARE TAXES - BASED ON INCOME | 7,547. |
| FLORIDA TAXES - BASED ON INCOME | -75. |
| TOTAL TO FORM 1120, LINE 17 | 217,021. |

---

                             CURRENT YEAR CONTRIBUTIONS              STATEMENT    4

---

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FAMILY HOUSE | |
| FARA | 1,000. |
| MA GENERAL HOSPITAL | |
| TOTAL CURRENT YEAR CONTRIBUTIONS | 1,000. |

RETROTOPE, INC.                                                      20-4958003

═══════════════════════════════════════════════════════════════════════════

                          CONTRIBUTIONS                    STATEMENT    5
───────────────────────────────────────────────────────────────────────────


CURRENT YEAR CONTRIBUTIONS:
QUALIFIED CONTRIBUTIONS SUBJECT TO 100% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 25% LIMIT
FOOD INVENTORY CONTRIBUTIONS SUBJECT TO 15% LIMIT
QUALIFIED CONTRIBUTIONS SUBJECT TO 10% LIMIT                  1,000

CONTRIBUTION SUBJECT TO LIMITATION:
  CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS


  FOR TAX YEAR 2015
  FOR TAX YEAR 2016
  FOR TAX YEAR 2017
  FOR TAX YEAR 2018
  FOR TAX YEAR 2019                        11,050
                                    ─────────────

  TOTAL CARRYOVER                                           11,050
  CURRENT YEAR CONTRIBUTIONS                                 1,000
                                                     ─────────────
  TOTAL CONTRIBUTIONS AVAILABLE                             12,050
  TAXABLE INCOME LIMITATION AS ADJUSTED                          0
                                                     ─────────────
  EXCESS CONTRIBUTIONS                                      12,050
                                                     ─────────────
  ALLOWABLE CONTRIBUTIONS DEDUCTION                                           0
                                                                   ───────────
TOTAL CONTRIBUTION DEDUCTION                                                  0
                                                                   ═══════════


═══════════════════════════════════════════════════════════════════════════

RETROTOPE, INC.                                                         20-4958003

FORM 1120                    OTHER DEDUCTIONS                    STATEMENT    6

| DESCRIPTION | AMOUNT |
|---|---:|
| CLINICAL BIOANALYTICAL | 164,909. |
| CLINICAL OTHER EXPENSES | 1,336,783. |
| CLINICAL SITE EXPENSES | 2,039,724. |
| CMC DRUG PRODUCT OTHER | 750,340. |
| CMC DRUG SOFTGEL PRODUCT | 420,356. |
| CMC DRUG SUBSTANCE | 4,165,614. |
| CONFERENCES | 295. |
| CONSULTING | 249,814. |
| DUES & SUBSCRIPTIONS | 3,986. |
| EXTERNAL R&D | 388,045. |
| FOREIGN EXCHANGE LOSS | 674. |
| INSURANCE | 131,977. |
| MEALS | 4,424. |
| OFFICE EXPENSES | 96,183. |
| PRECLINICAL CONTRACT EXPENSES | 1,252,539. |
| PROFESSIONAL FEES | 947,948. |
| RECRUITING AND TRAINING | 518,023. |
| REDUCED EXPENSES FROM FORM 8820 - ORPHAN DRUG CREDIT | -2,707,180. |
| REDUCED RESEARCH EXPENSES FROM FORM 6765 | -273,007. |
| REGULATORY FILINGS | 398,297. |
| REVALUATION WARRANTS | -26,368. |
| STOCK COMPENSATION EXPENSE | 146,737. |
| TRAINING | 4,108. |
| TRAVEL | 78,761. |
| TOTAL TO FORM 1120, LINE 26 | 10,092,982. |

NET OPERATING LOSS DEDUCTION                    STATEMENT    7

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---:|---|---:|---:|
| 12/31/10 | 251,802. | | 251,802. | 251,802. |
| 12/31/11 | 857,438. | | 857,438. | 857,438. |
| 12/31/12 | 1,422,139. | | 1,422,139. | 1,422,139. |
| 12/31/13 | 2,062,178. | | 2,062,178. | 2,062,178. |
| 12/31/14 | 3,151,535. | | 3,151,535. | 3,151,535. |
| 12/31/15 | 5,828,351. | | 5,828,351. | 5,828,351. |
| 12/31/16 | 5,603,870. | | 5,603,870. | 5,603,870. |
| 12/31/17 | 3,516,701. | | 3,516,701. | 3,516,701. |
| 12/31/18 | 4,487,223. | | 4,487,223. | 4,487,223. |
| 12/31/19 | 8,594,729. | | 8,594,729. | 8,594,729. |
| NOL AVAILABLE THIS YEAR | | | 35,775,966. | 35,775,966. |

RETROTOPE, INC.                                                      20-4958003

---

SCHEDULE C                    OTHER DIVIDENDS                    STATEMENT    8

---

| DESCRIPTION | AMOUNT |
|---|---|
| SMITH BARNEY | 1,030. |
| TOTAL TO SCHEDULE C, LINE 20 | 1,030. |

---

SCHEDULE L                  OTHER CURRENT ASSETS                 STATEMENT    9

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 472,186. | 193,635. |
| TOTAL TO SCHEDULE L, LINE 6 | 472,186. | 193,635. |

---

SCHEDULE L                OTHER CURRENT LIABILITIES              STATEMENT   10

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 213,088. | 1,037,470. |
| ACCRUED PAYROLL AND PAYROLL TAXES | 123,933. | 494,674. |
| PPP LOAN | | 283,300. |
| WARRANTY LIABILITY | 214,513. | 188,145. |
| TOTAL TO SCHEDULE L, LINE 18 | 551,534. | 2,003,589. |

---

SCHEDULE M-1            OTHER EXPENSES RECORDED ON BOOKS         STATEMENT   11
                          NOT DEDUCTED IN THIS RETURN

---

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH AND DEVELOPMENT COSTS | 273,007. |
| TAX CREDITS ADJUSTMENT | 2,707,180. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 2,980,187. |

RETROTOPE, INC.                                                    20-4958003

---

SCHEDULE M-2          UNAPPROPRIATED RETAINED EARNINGS -          STATEMENT   12
                                 OTHER DECREASES

---

DESCRIPTION                                                        AMOUNT

PRIOR YEAR FINANCIAL STATEMENT AUDIT ADJUSTMENT                   -5,204.

TOTAL TO SCHEDULE M-2, LINE 6                                     -5,204.

---

FORM 3800           CARRYOVER OF GENERAL BUSINESS CREDITS         STATEMENT   13

| YEAR | TYPE OF CREDIT | ORIGINAL CREDIT | PREVIOUSLY APPLIED | CREDIT REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|---|
| 2015 | INCREASED R & D CREDIT | 159,907. | 0. | 159,907. | 159,907. |
| 2016 | INCREASED R & D CREDIT | 50,573. | 0. | 50,573. | 50,573. |
| 2016 | ORPHAN DRUG | 1,237,047. | 0. | 1,237,047. | 1,237,047. |
| 2017 | INCREASED R & D CREDIT | 66,742. | 0. | 66,742. | 66,742. |
| 2017 | ORPHAN DRUG | 683,996. | 0. | 683,996. | 683,996. |
| 2018 | INCREASED R & D CREDIT | 95,976. | 0. | 95,976. | 95,976. |
| 2018 | ORPHAN DRUG | 449,207. | 0. | 449,207. | 449,207. |
| 2019 | INCREASED R & D CREDIT | 158,114. | 0. | 158,114. | 158,114. |
| 2019 | ORPHAN DRUG | 995,472. | 0. | 995,472. | 995,472. |
| | TOTALS | 3,897,034. | 0. | 3,897,034. | 3,897,034. |
| | LESS TO FORM 4255, LINE 12 | | | | 0. |
| | TOTAL | | | | 3,897,034. |

# 2020 TAX RETURN FILING INSTRUCTIONS
CALIFORNIA FORM 100

**FOR THE YEAR ENDING**
December 31, 2020

| | |
|---|---|
| **Prepared for** | Retrotope, Inc.<br>4300 El Camino Real Suite 201<br>Los Altos, CA  94022 |
| **Prepared by** | ONeill & Bergado, Inc.<br>6830 Via Del Oro Suite 220<br>San Jose, CA 95119 |
| **To be signed and dated by** | The appropriate corporate officer(s). |
| **Amount of tax** | Total tax $ 800.00<br>Less: payments and credits $ 800.00<br>Plus: other amount $ 0.00<br>Plus: interest and penalties $ 0.00<br>No pmt required $ |
| **Overpayment** | Credited to your estimated tax $ 0.00<br>Other amount $ 0.00<br>Refunded to you $ 0.00 |
| **Make check payable to** | Not applicable |
| **Mail tax return and check (if applicable) to** | This return has been prepared for electronic filing. If you wish to have it transmitted to the FTB, please sign, date and return Form 8453-C to our office. We will then submit the return to the FTB. |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | |

000084  04-01-20

| TAXABLE YEAR 2020 | California Corporation Franchise or Income Tax Return | ■ | FORM 100 |

```
2937383      RETR  20-4958003  000000000000  20
TYB  01-01-2020  TYE  12-31-2020
RETROTOPE INC

4300 EL CAMINO REAL SUITE 201
LOS ALTOS          CA  94022
```

## Schedule Q Questions *(continued on Side 2)*

**A   FINAL RETURN?**   ● ☐ Dissolved   ☐ Surrendered (withdrawn)   ☐ Merged/Reorganized   ☐ IRC Section 338 sale   ☐ QSub election

Enter date (mm/dd/yyyy)   ● _____

**B   1.**   Is income included in a combined report of a unitary group? ..................................................................   ● ☐ Yes ☒ No

If "Yes," indicate:   ☐ Wholly within CA (R&TC 25101.15)
☐ Within and outside of CA

**2.**   Is there a change in the members listed in Schedule R-7 from the prior year? .........................................   ● ☐ Yes ☐ No

**3.**   Enter the number of members (including parent or key corporation) listed in the Schedule R-7, Part I, Section A, subject to income or franchise tax   ● _____

**4.**   Is form FTB 3544 attached to the return? ...............................................................................................   ● ☐ Yes ☒ No

**C   1.**   During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this corporation or any of its subsidiaries that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? .....................................................   ● ☐ Yes ☒ No

**2.**   During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term? ...........................................................................................   ● ☐ Yes ☒ No

**3.**   During this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under R&TC Section 62 (a)(2) and it was not reported on a previous year's tax return? ...............................   ● ☐ Yes ☒ No

**(Yes requires filing of statement, penalties may apply - see instructions.)**

| | | | |
|---|---|---|---|
| **State Adjustments** | 1 Net income (loss) before state adjustments. See instructions | ● 1 | -14,187,658 00 |
| | 2 Amount deducted for foreign or domestic tax based on income or profits from Schedule A | ● 2 | 7,472 00 |
| | 3 Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A | ● 3 | 800 00 |
| | 4 Interest on government obligations | ● 4 | 00 |
| | 5 Net California capital gain from Side 6, Schedule D, line 11 | ● 5 | 00 |
| | 6 Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 | ● 6 | 00 |
| | 7 Net income from corporations not included in federal consolidated return. See instructions | ● 7 | 00 |
| | 8 Other additions. Attach schedule(s) | ● 8 | 00 |
| | 9 Total. Add line 1 through line 8 | ● 9 | -14,179,386 00 |

| | | | | | |
|---|---|---|---|---|---|
| **State Adjustments (con't)** | 10 Intercompany dividend elimination. Attach Schedule H (100) | • 10 | | 00 | |
| | 11 Dividends received deduction. Attach Schedule H (100) | • 11 | | 00 | |
| | 12 Additional depreciation allowed under CA law. Attach form FTB 3885 | • 12 | 13,419 | 00 | |
| | 13 Capital gain from federal Form 1120, line 8 | • 13 | | 00 | |
| | 14 Charitable Contributions        SEE STATEMENT 2 | • 14 | | 00 | |
| | 15 Other deductions. Attach schedule(s)    SEE STATEMENT 1 | • 15 | 2,980,187 | 00 | |
| | 16 Total. Add line 10 through line 15 | • | 16 | 2,993,606 | 00 |
| | 17 Net income (loss) after state adjustments. Subtract line 16 from Side 1, line 9 | • | 17 | −17,172,992 | 00 |
| **CA Net Income** | 18 Net income (loss) for state purposes. Complete Sch. R if apportioning or allocating income. See instructions | • | 18 | −17,172,992 | 00 |
| | 19 Net operating loss (NOL) deduction. See instructions | • 19 | | 00 | |
| | 20 EZ, TTA, or LAMBRA NOL carryover deduction. See instructions | • 20 | | 00 | |
| | 21 Disaster loss deduction. See instructions | • 21 | | 00 | |
| | 22 Net income for tax purposes. Combine line 19 through line 21. Then, subtract from line 18 | • | 22 | −17,172,992 | 00 |
| **Taxes** | 23 Tax.    8.8400 % x line 22 (at least minimum franchise tax, if applicable). See instructions | • | 23 | 800 | 00 |
| | 24 Credit name _____ code • _____ amount ▶ | 24 | | 00 | |
| | 25 Credit name _____ code • _____ amount ▶ | 25 | | 00 | |
| | 26 To claim more than two credits, see instructions | • 26 | | 00 | |
| | 27 Add line 24 through line 26 | • | 27 | | 00 |
| | 28 **Balance.** Subtract line 27 from line 23 (at least minimum franchise tax, if applicable) | • | 28 | 800 | 00 |
| | 29 Alternative minimum tax. Attach Schedule P (100). See instructions | • | 29 | | 00 |
| | 30 **Total tax.** Add line 28 and line 29 | • | 30 | 800 | 00 |
| **Payments** | 31 Overpayment from prior year allowed as a credit | • 31 | | 00 | |
| | 32 **2020 Estimated tax payments.** See instructions | • 32 | 800 | 00 | |
| | 33 2020 Withholding (Form 592-B and/or 593). See instructions | • 33 | | 00 | |
| | 34 Amount paid with extension of time to file tax return | • 34 | | 00 | |
| | 35 Total payments. Add line 31 through line 34 | • | 35 | 800 | 00 |
| **Refund or Amount Due** | 36 **Use tax. This is not a total line.** See instructions | • 36 | | 00 | |
| | 37 Payments balance. If line 35 is more than line 36, subtract line 36 from line 35 | • | 37 | 800 | 00 |
| | 38 **Use tax balance.** If line 36 is more than line 35, subtract line 35 from line 36 | • | 38 | | 00 |
| | 39 **Franchise or income tax due.** If line 30 is more than line 37, subtract line 37 from line 30 | • | 39 | 0 | 00 |
| | 40 **Overpayment.** If line 37 is more than line 30, subtract line 30 from line 37 | • | 40 | | 00 |
| | 41 Amount of line 40 to be credited to 2021 estimated tax | • | 41 | | 00 |
| | 42 **Refund.** Subtract line 41 from line 40 | • | 42 | | 00 |
| | See instructions to have the refund directly deposited. | | | | |
| | ☐ Checking    ☐ Savings | | | | |
| | 42a. • Routing number    42b. • Type    42c. • Account number | | | | |
| | 43 a Penalties and interest | • | 43a | | 00 |
| | b • ☐ Check if estimate penalty computed using Exception B or C on form FTB 5806. See instructions. | | | | |
| | 44 **Total amount due.** Add line 38, line 39, line 41, and line 43a. Then, subtract line 40 from the result | ⊙ | 44 | | 00 |

**Schedule Q Questions** *(continued from Side 1)*

**D** If the corporation filed on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 in previous years, enter the
date the water's-edge election ended ........................................................... (mm/dd/yyyy) • _____

**E** Was the corporation's income included in a consolidated federal return? ...................................... • ☐ Yes ☒ No

**F** Principal business activity code. (**Do not** leave blank): ........................................ • 325410
    Business activity  RESEARCH SERVICES
    Product or service RESEARCH SERVICES

**Schedule Q Questions** *(continued on Side 3)*

**G** Date incorporated (mm/dd/yyyy): 12/11/2006        Where: • State DE    Country UNITED STATES

**H** Date business began in California or date income was first derived from California sources .......................... (mm/dd/yyyy) • 12/11/2006

**I** First return? ..................... • ☐ Yes  ☒ No    If "Yes" and this corporation is a successor to a previously existing business, check the appropriate box.

   • **(1)** ☐ Sole proprietorship  **(2)** ☐ Partnership  **(3)** ☐ Joint venture  **(4)** ☐ Corporation  **(5)** ☐ Other
   (Attach statement showing name, address, and FEIN/SSN/ITIN of previous business.)

**J** "Doing business as" name. See instructions: ........................................................ •

**K** At any time during the taxable year, was more than 50% of the voting stock:
   1. Of the corporation owned by any single interest? ............................................................ • ☐ Yes ☒ No
   2. Of another corporation owned by this corporation? .......................................................... • ☐ Yes ☒ No
   3. Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests? ........... • ☐ Yes ☒ No
      If 1 or 3 is "Yes," enter the country of the ultimate parent ..................................... •
      If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating pertinent names, addresses, and percentages of stock owned.
      If the owner(s) is an individual, provide the SSN/ITIN and see FTB 1131, for more information.

**L** Has the corporation included a reportable transaction or listed transaction within this return? (See instructions for definitions) .................. • ☐ Yes ☒ No
   If "Yes," complete and attach federal Form 8886 for each transaction.

**M** Is this corporation apportioning or allocating income to California using Schedule R? ................................... • ☐ Yes ☒ No

**N** How many affiliates in the combined report are claiming immunity from taxation in California under Public Law 86-272? ........ •

**O** Corporation headquarters are: ................ • **(1)** ☒ Within California  **(2)** ☐ Outside of California, within the U.S.  **(3)** ☐ Outside of the U.S.

**P** Location of principal accounting records: 4300 EL CAMINO REAL SUITE 201, LOS ALTOS, CA 94022

**Q** Accounting method: ........................................ • **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other

**R** Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)? ...................... • ☐ Yes ☒ No
   If "Yes," enter the total balance of all DISAs ................................................ • $

**S** Is this corporation or any of its subsidiaries a RIC? ........................................................... • ☐ Yes ☒ No

**T** Is this corporation treated as a REMIC for California purposes? ................................................ • ☐ Yes ☒ No

**U** **1.** Is this corporation a REIT for California purposes? ........................................................ • ☐ Yes ☒ No
   **2.** If question U1 is "Yes," does the entity own any qualified REIT
      subsidiaries that are incorporated or qualified with the California
      Secretary of State? If yes, see instructions ............................................................ • ☐ Yes ☒ No

**V** Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes? ................. • ☐ Yes ☒ No
   If "Yes," enter the effective date of the election (mm/dd/yyyy) .......................

**W** Is this corporation to be treated as a credit union? .......................................................... • ☐ Yes ☒ No

**X** Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year? ............................ • ☐ Yes ☒ No

**Y** Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board? ☒ N/A  ☐ Yes  ☐ No

**Z** Does the taxpayer (or any corporation of the taxpayer's combined group, if applicable) own 80% or more of the stock of an insurance company? • ☐ Yes ☒ No

**AA** Did the corporation file the federal Schedule UTP (Form 1120)? ............................................... • ☐ Yes ☒ No

**BB** Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? ......... • ☐ Yes ☒ No

---

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer ▶ | Title CONTROLLER | Date | • Telephone 650-917-6256 |

Officer's email address (optional) YVONNE@RETROTOPE.COM

**Paid Preparer's Use Only**

| Preparer's signature ▶ PATRICIA O'NEILL | Date 10/07/21 | Check if self-employed ▶ ☐ | • PTIN P00171304 |

| Firm's name (or yours, if self-employed) and address ▶ | ONEILL & BERGADO, INC.<br>6830 VIA DEL ORO SUITE 220<br>SAN JOSE, CA 95119 | | • Firm's FEIN 45-3729930<br>• Telephone 408-241-4100 |

May the FTB discuss this return with the preparer shown above? See instructions ........................... • ☒ Yes ☐ No

## Schedule A    Taxes Deducted. Use additional sheet(s) if necessary.

| | (a)<br>Nature of tax | (b)<br>Taxing authority | (c)<br>Total amount | (d)<br>Nondeductible amount | |
|---|---|---|---|---|---|
| | SEE STATEMENT 3 | | | | 00 |
| | | | | | 00 |
| **Total.** Enter total of column (c) on Schedule F, line 17, and total of column (d) on Side 1, line 2 or line 3. | | | | | |
| If the corporation uses California computation method to compute the net income, see instructions. | | | 217,021 | 8,272 | 00 |

## Schedule F    Computation of Net Income.  See instructions.

| | | | | | |
|---|---|---|---|---|---|
| Income | 1 **a)** Gross receipts or gross sales | | | | |
| | **b)** Less returns and allowance | **c)** Balance | • | 1c | 00 |
| | 2 Cost of goods sold. Attach federal Form 1125-A (California Schedule V) | | • | 2 | 00 |
| | 3 Gross profit. Subtract line 2 from line 1c | | • | 3 | 00 |
| | 4 Total dividends. Attach federal Schedule C (California Schedule H (100)) | | • | 4 | 1,030 00 |
| | 5 **a)** Interest on obligations of the United States and U.S. instrumentalities | | • | 5a | 00 |
| | **b)** Other interest. Attach schedule        SEE STATEMENT 4 | | • | 5b | 145,387 00 |
| | 6 Gross rents | | • | 6 | 00 |
| | 7 Gross royalties | | • | 7 | 00 |
| | 8 Capital gain net income. Attach federal Schedule D (California Schedule D) | | • | 8 | 00 |
| | 9 Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1) | | • | 9 | 00 |
| | 10 Other income (loss). Attach schedule        SEE STATEMENT 5 | | • | 10 | -64,313 00 |
| | 11 **Total income.** Add line 3 through line 10 | | • | 11 | 82,104 00 |
| Deductions | 12 Compensation of officers. Attach federal Form 1125-E or equivalent schedule | • | 12 | | 00 |
| | 13 Salaries and wages (not deducted elsewhere) | • | 13 | 3,408,116 | 00 |
| | 14 Repairs and maintenance | ◉ | 14 | | 00 |
| | 15 Bad debts | • | 15 | | 00 |
| | 16 Rents | • | 16 | 211,477 | 00 |
| | 17 Taxes (California Schedule A). See instructions | • | 17 | 217,021 | 00 |
| | 18 Interest. Attach schedule | • | 18 | | 00 |
| | 19 Charitable Contributions. Attach schedule | • | 19 | 0 | 00 |
| | 20 Depreciation. Attach fed Form 4562 & FTB 3885 ◉  20     17,206 00 | | | | |
| | 21 Less depreciation claimed elsewhere on return ◉  21a           00 | • | 21b | 17,206 | 00 |
| | 22 Depletion. Attach schedule | • | 22 | | 00 |
| | 23 Advertising | ◉ | 23 | 39,951 | 00 |
| | 24 Pension, profit-sharing plans, etc. | ◉ | 24 | | 00 |
| | 25 Employee benefit plans | ◉ | 25 | 283,009 | 00 |
| | 26 **a)** Total travel and entertainment      87,609 | | | | |
| | **b)** Deductible amounts | • | 26b | 83,185 | 00 |
| | 27 Other deductions. Attach schedule      SEE STATEMENT 6 | • | 27 | 10,009,797 | 00 |
| | 28 Specific deduction for organizations under R&TC Section 23701r or 23701t. See instr | • | 28 | | 00 |
| | 29 **Total deductions.** Add line 12 through line 28 | • | 29 | 14,269,762 | 00 |
| | 30 Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Side 1, line 1 | • | 30 | -14,187,658 | 00 |

## Schedule J    Add-On Taxes and Recapture of Tax Credits. See instructions.

| | | | | |
|---|---|---|---|---|
| 1 LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: $ | • | 1 | | 00 |
| 2 Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) | • | 2 | | 00 |
| 3 Interest on tax attributable to installment:  **a** Sales of certain timeshares and residential lots | • | 3a | | 00 |
| **b** Method for nondealer installment obligations | • | 3b | | 00 |
| 4 IRC Section 197(f)(9)(B)(ii) election | • | 4 | | 00 |
| 5 Credit recapture name: | • | 5 | | 00 |
| 6 Combine line 1 through line 5, revise Side 2, line 39 or line 40, whichever applies, by this amount. Write | | | | |
| "Schedule J" to the left of line 39 or line 40 | • | 6 | | 00 |

039792  12-23-20

RETROTOPE INC                                                                          20-4958003

## Schedule V   Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 00 |
| 2 | Purchases | 2 | 00 |
| 3 | Cost of labor | 3 | 00 |
| 4 a | Additional IRC Section 263A costs. Attach schedule | 4a | 00 |
| b | Other costs. Attach schedule | 4b | 00 |
| 5 | Total. Add line 1 through line 4b | 5 | 00 |
| 6 | Inventory at end of year | 6 | 00 |
| 7 | Cost of goods sold. Subtract line 6 from line 5. Enter here and on Side 4, Schedule F, line 2 | 7 | 00 |

Method of inventory valuation ▶

Was there any change in determining quantities, costs of valuations between opening and closing inventory? If "Yes," attach an explanation.  ☐ Yes  ☐ No

Enter California seller's permit number, if any ▶

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 ........................ ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO .........................

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation? ...................... ☐ Yes  ☐ No

**The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.**

## Schedule L   Balance Sheet

| | Beginning of taxable year | | End of taxable year | |
|---|---|---|---|---|
| Assets | (a) | (b) | (c) | (d) |
| 1 Cash | | 12,124,986 | | 11,641,967 |
| 2 a  Trade notes and accounts receivable | | | | |
| b  Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 Federal and state government obligations | | | | |
| 5 Other current assets. Attach sch. STMT 7 | | 472,186 | | 193,635 |
| 6 Loans to stockholders/officers. Att sch | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments. Attach sch(s) | | | | |
| 9 a  Buildings and other fixed depreciable assets | 115,485 | | 125,855 | |
| b  Less accumulated depreciation | ( 42,141 ) | 73,344 | ( 55,108 ) | 70,747 |
| 10 a  Depletable assets | | | | |
| b  Less accumulated depletion | ( ) | | ( ) | |
| 11 Land (net of any amortization) | | | | |
| 12 a  Intangible assets (amortizable only) | | | | |
| b  Less accumulated amortization | ( ) | | ( ) | |
| 13 Other assets. Attach sch(s) | | | | |
| 14 Total assets | | 12,670,516 | | 11,906,349 |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | 866,179 | | 1,901,085 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities. Att. sch(s) STMT 8 | | 551,534 | | 2,003,589 |
| 18 Loans from stockholders. Att. sch(s) | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities. Attach sch(s) | | | | |
| 21 Capital stock:  a  Preferred stock | -48,804 | | -216,932 | |
| b  Common stock | 28,647,187 | 28,598,383 | 28,666,154 | 28,449,222 |
| 22 Paid-in or capital surplus. Attach reconciliation | | 23,363,343 | | 37,425,202 |
| 23 Retained earnings - Appropriated. Att. sch. | | | | |
| 24 Retained earnings - Unappropriated | | -40,708,923 | | -57,872,749 |
| 25 Adjustments to shareholders' equity. Att. sch. | | | | |
| 26 Less cost of treasury stock | | ( ) | | ( ) |
| 27 Total liabilities and stockholders' equity | | 12,670,516 | | 11,906,349 |

RETROTOPE INC                                                              20-4958003

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the corporation **completed** federal **Sch M-3 (Form 1120/1120F)**, see instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income per books | ● | −17,169,030 | 7 Income recorded on books this year not included | | |
| 2 Federal income tax | | |     in this return (itemize) | | |
| 3 Excess of capital losses over capital gains | ● | |   **a** Tax-exempt interest $ | | |
| 4 Taxable income not recorded on books this year (itemize) | | |   **b** Other  $ | | |
|      | ● | |   **c** Total. Add line 7a and line 7b | ● | |
| 5 Expenses recorded on books this year not | | | 8 Deductions in this return not charged against | | |
|     deducted in this return (itemize) | | |     book income this year (itemize) | | |
|   **a** Depreciation  $ | | |   **a** Depreciation  $ | | 4,239 |
|   **b** State taxes  $ | | |   **b** State tax refunds $ | | |
|   **c** Travel and entertainment  $ | | 4,424 |   **c** Other  $ | | |
|   **d** Other  $ | | 2,980,187  STMT 9 | | | |
| CONTR C/O | | 1,000 |   **d** Total. Add line 8a through line 8c | ● | 4,239 |
|   **e** Total. Add line 5a through line 5d | | 2,985,611 | 9 Total. Add line 7c and line 8d | ◉ | 4,239 |
| 6 Total. Add line 1 through line 5e | | −14,183,419 | 10 Net income per return. Subtract line 9 from line 6 | | −14,187,658 |

## Schedule M-2    Analysis of Unappropriated Retained Earnings per Books (Side 5, Schedule L, line 24)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | | −40,708,923 | 5 Distributions:  **a** Cash | ● | |
| 2 Net income per books | ● | −17,169,030 |             **b** Stock | | |
| 3 Other increases (itemize) | | |             **c** Property | | |
|      | | | 6 Other decreases (itemize) | | |
|      | | |       STATEMENT 10 | ● | −5,204 |
|      | ● | | 7 Total. Add line 5 and line 6 | | −5,204 |
| 4 Total. Add line 1 through line 3 | | −57,877,953 | 8 Balance at end of year. Subtract line 7 from line 4 | | −57,872,749 |

## Schedule D    California Capital Gains and Losses

**Part I    Short-Term Capital Gains and Losses - Assets Held One Year or Less.** Use additional sheet(s) if necessary.

| | (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain (loss) (d) less (e) |
|---|---|---|---|---|---|---|
| 1 | | | | | | 00 |
| | | | | | | 00 |
| 2 Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 | | | | ◉ | 2 | 00 |
| 3 Unused capital loss carryover from 2019 | | | | ◉ | 3 | 00 |
| 4 Net short-term capital gain (loss). Combine line 1 through line 3 | | | | ● | 4 | 00 |

**Part II    Long-Term Capital Gains and Losses - Assets Held More Than One Year.** Use additional sheet(s) if necessary.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | | | | 00 |
| | | | | | | 00 |
| 6 Enter gain from Schedule D-1, line 9 and/or any capital gain distributions | | | | ◉ | 6 | 00 |
| 7 Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 | | | | ◉ | 7 | 00 |
| 8 Net long-term capital gain (loss). Combine line 5 through line 7 | | | | ● | 8 | 00 |
| 9 Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8) | | | | | 9 | 00 |
| 10 Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4) | | | | | 10 | 00 |
| 11 Total lines 9 and 10. Enter here and on Form 100, Side 1, line 5. If losses exceed gains, carry forward losses to 2021 | | | | | 11 | 00 |

| TAXABLE YEAR 2020 | **Alternative Minimum Tax and Credit Limitations - Corporations** | CALIFORNIA SCHEDULE P (100) |
|---|---|---|



Attach to Form 100 or Form 109.

| Corporation name | California corporation number |
|---|---|
| RETROTOPE INC | 2937383 |

### Part I   Tentative Minimum Tax (TMT) and Alternative  Minimum Tax (AMT) Computation

**1** Net income (loss) after state adjustments. Enter the amount from Form 100, line 17; Schedule R, line 1c; or Form 109,
the lesser of line 1 or line 2 ............................................................................................ ⊙ **1** −17,172,992 00

**2** Adjustments.  See instructions.

| | | | |
|---|---|---|---|
| **a** | Depreciation of tangible property placed in service after 1986 and before 1999 | ⊙2a | 10,384 00 |
| **b** | Amortization of certified pollution control facilities placed in service after 1986 | ⊙2b | 00 |
| **c** | Amortization of mining exploration and development costs incurred after 1987 | ⊙2c | 00 |
| **d** | Basis adjustments in determining gain or loss from sale or exchange of property | ⊙2d | 00 |
| **e** | Long-term contracts entered into after February 28, 1986 | ⊙2e | 00 |
| **f** | Installment sales of certain property | ⊙2f | 00 |
| **g** | Tax shelter farm activities (personal service corporations only) | ⊙2g | 00 |
| **h** | Passive activities (closely held corporations and personal service corporations only) | ⊙2h | 00 |
| **i** | Certain loss limitations | ⊙2i | 00 |
| **j** | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (541), line 12a | ⊙2j | 00 |
| **k** | Merchant marine capital construction funds | ⊙2k | 00 |
| **l** | Combine line 2a through line 2k | ⊙2l | 10,384 00 |

**3** Tax preference items.  See instructions.

| | | | |
|---|---|---|---|
| **a** | Depletion | ⊙3a | 00 |
| **b** | Intangible drilling costs | ⊙3b | 00 |
| **c** | Add line 3a and line 3b | ⊙3c | 00 |

**4** Pre-adjustment alternative minimum taxable income (AMTI):

| | | | |
|---|---|---|---|
| **a** | Combine line 1, line 2l, and line 3c | ⊙4a | −17,162,608 00 |
| **b** | **Apportioned pre-adjustment AMTI.** If inc is derived from sources both within and outside of CA, see instr. Otherwise, enter the amt from line 4a | ⊙4b | −17,162,608 00 |

**5** Adjusted current earnings (ACE) adjustment:

| | | | |
|---|---|---|---|
| **a** | Enter ACE. See instructions | ⊙5a | −17,162,608 00 |
| **b** | Apportioned ACE. If income is derived from sources both within and outside of California, see instructions. Otherwise, enter the amount from line 5a | ⊙5b | −17,162,608 00 |
| **c** | Subtract line 4b from line 5b (even if one or both of the figures are negative). If negative, use brackets | ⊙5c | 00 |
| **d** | Multiply line 5c by 75% (.75) and enter the result as a positive number | ⊙5d | 00 |
| **e** | Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total reductions in AMTI from prior year ACE adjustments. Enter an amount on line 5e (even if line 5c is positive) | ⊙5e | 00 |
| **f** | ACE adjustment: | | |
| | • If line 5c is a positive amount or zero, enter the amount from line 5d on line 5f as a positive amount. | | |
| | • If line 5c is a negative amount, enter the smaller of line 5d or line 5e on line 5f as a negative amount. | ⊙5f | 00 |

| | | | |
|---|---|---|---|
| **6** | Combine line 4b and line 5f.  If zero or less, enter -0- | ⊙ **6** | 0 00 |
| **7 a** | Reduction for disaster loss deduction, if any, from Form 100, line 21 | ⊙7a | 00 |
| **b** | AMT net operating loss deduction. See instructions | ⊙7b | 00 |
| **c** | Combine line 7a and line 7b | ⊙7c | 0 00 |
| **8** | AMTI. Subtract line 7c from line 6 | ⊙ **8** | 0 00 |
| **9** | Enter $40,000 exemption. See instructions | ⊙ **9** | 40,000 00 |
| **10** | Enter $150,000 limitation. See instructions | ⊙ **10** | 150,000 00 |
| **11** | Subtract line 10 from line 8. If zero or  less, enter -0- | ⊙ **11** | 0 00 |
| **12** | Multiply line 11 by 25% (.25) | ⊙ **12** | 00 |
| **13** | Exemption. Subtract line 12 from line 9. If zero or less, enter -0- | ⊙ **13** | 40,000 00 |
| **14** | Subtract line 13 from line 8. If zero or less, enter -0- | ⊙ **14** | 0 00 |
| **15** | Multiply line 14 by 6.65% (.0665) | ⊙ **15** | 00 |
| **16** | Banks and financial corps. Multiply Form 100, line 22, by 2.00% (.0200). See instructions | ⊙ **16** | 00 |

**Part I**  Tentative Minimum Tax (TMT) and Alternative Minimum Tax (AMT) Computation *(continued)*

| | | | |
|---|---|---|---|
| 17 | **TMT.** Add line 15 and line 16 from Side 1 | ◉17 | 0 00 |
| 18 | Regular tax before credits. Enter the amount from Form 100, line 23 or Form 109, line 10. See instructions | ◉18 | 0 00 |
| 19 | **AMT.** Subtract line 18 from line 17. If zero or less, enter -0-. See instructions | ◉19 | 0 00 |

**Part II**  Credits that Reduce Tax

| | | | |
|---|---|---|---|
| 1 | Regular tax from Form 100, line 23 or Form 109, line 10. | ◉ 1 | 800 00 |
| 2 | TMT (before credits) from Part I, line 17 (but not less than the minimum franchise tax, if applicable) | ◉ 2 | 800 00 |

| | | (a)<br>Credit<br>amount | (b)<br>Credit<br>used this<br>year * | (c)<br>Tax balance<br>that may be<br>offset by credits | (d)<br>Credit<br>carryover |
|---|---|---|---|---|---|
| **Section A - Credits that reduce excess regular tax.** | | | | | |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions. This is the excess regular tax which may be offset by credits | 3 | | ◉ 0 | |
| **A1 Credits that reduce excess regular tax and have no carryover provisions.** | | | | | |
| 4 | Code: 162 Prison Inmate Labor Credit. | 4 ◉ | ◉ | ◉ | |
| **A2 Credits that reduce excess regular tax and have carryover provisions. See instructions.** | | | | | |
| 5 | Code: ◉   Credit Name: | 5 ◉ | ◉ | ◉ | ◉ |
| 6 | Code: ◉   Credit Name: | 6 ◉ | ◉ | ◉ | ◉ |
| 7 | Code: ◉   Credit Name: | 7 ◉ | ◉ | ◉ | ◉ |
| 8 | Code: ◉   Credit Name: | 8 ◉ | ◉ | ◉ | ◉ |
| 9 | Code: 188 Credit for prior year AMT from Part III, line 3 | 9 ◉ | ◉ | ◉ | ◉ |
| **Section B - Credits that may reduce regular tax below TMT.** | | | | | |
| 10 | If Part II, line 3 is zero, enter the amount from line 1 minus the minimum franchise tax, if applicable. If line 3 is more than zero, enter the total of Part II, line 2, minus the minimum franchise tax, if applicable, plus line 9, column (c) or the last entry in column (c) | 10 | | ◉ 0 | |
| **B Credits that reduce net tax and have carryover provisions. See instructions.** | | | | | |
| 11 | Code: ◉ 183  Credit Name: RESEARCH | 11  229,004 ◉ | 0 ◉ | 0 ◉ | 229,004 |
| 12 | Code: ◉   Credit Name: | 12 ◉ | ◉ | ◉ | ◉ |
| 13 | Code: ◉   Credit Name: | 13 ◉ | ◉ | ◉ | ◉ |
| 14 | Code: ◉   Credit Name: | 14 ◉ | ◉ | ◉ | ◉ |
| **Section C - Credits that may reduce AMT. See instructions.** | | | | | |
| 15 | Enter the AMT from Part I, line 19 | 15 | | ◉ | |
| 16a | Code: 180 Solar Energy Credit carryover from Section B, column (d) | 16a ◉ | ◉ | ◉ | ◉ |
| 16b | Code: 181 Commercial Solar Energy Credit carryover from Section B, column (d) | 16b ◉ | ◉ | ◉ | ◉ |
| 17 | Code: 176 Enterprise Zone Hiring & Sales or Use Tax Credit carryover from Section B, column (d) | 17 ◉ | ◉ | ◉ | ◉ |
| 18 | Adjusted AMT. Enter the balance from line 17, column (c) here and on Form 100, line 29 or Form 109, Side 1, line 13 | 18 | | ◉ | |

**Part III Credit for Prior Year AMT**

| | | | |
|---|---|---|---|
| 1 | Enter the AMT from the 2019 Schedule P (100). See instructions | ◉ 1 | 00 |
| 2 | Carryover of unused credit for prior year AMT. See instructions | ◉ 2 | 00 |
| 3 | Total available credit. Add line 1 and line 2. Enter here and on Part II, line 9, column (a) | 3 | 00 |

\* If the corporation is subject to the credit limitation, the total of credits in Part II, column (b) cannot exceed $5,000,000. For taxpayers included in a combined report, the limitation is applied at the group level. See instructions for more information.

| CA | Adjusted Current Earnings Adjustment Worksheet | 2020 |
|---|---|---|

| | | | |
|---|---|---:|---:|
| 1 | Pre-adjustment AMTI (enter the amount from Schedule P) | | -17,162,608 |
| 2 | ACE depreciation adjustment: | | |
| a | AMT depreciation | 20,241 | |
| b | ACE depreciation: | | |
| | (i) Post-1989 property | 20,241 | |
| | (ii) Pre-1990 MACRS property | | |
| | (iii) Pre-1990 ACRS property | | |
| | (iv) Property described in sections 168(f)(1) through (4) | | |
| | (v) Other property | | |
| | (vi) Total ACE depreciation (add lns 2b(i) thru 2b(v)) | 20,241 | |
| c | ACE depreciation adjustment (subtract line 2b(vi) from line 2a) | | |
| 3 | Inclusion in ACE of items included in E&P: | | |
| a | Tax-exempt interest income | | |
| b | Death benefits from life insurance contracts | | |
| c | All other distributions from life insurance contracts (Including surrenders) | | |
| d | Inside buildup of undistributed income in life insurance contracts | | |
| e | Other items to be included in E&P | | |
| f | Total increase in ACE due to inclusion in ACE of items included in E&P (Add lines 3a thru 3e) | | |
| 4 | Disallowance of items not deductible in computing E&P: | | |
| a | Certain dividends received | | |
| b | Dividends paid on certain preferred stock of public utilities deductible under Section 247 | | |
| c | Dividends paid to ESOP that are deductible under Section 404(k) | | |
| d | Non-patronage dividends that are paid and deductible under Section 1382(c) | | |
| e | Other disallowed items not deductible for E&P | | |
| f | Total increase to ACE due to disallowance of items not deductible in computing E&P (Add lines 4a thru 4e) | | |
| 5 | Certain other E&P adjustments: | | |
| a | Intangible drilling costs | | |
| b | Circulation expenditures | | |
| c | Organizational expenditures | | |
| d | LIFO inventory adjustments | | |
| e | Installment sales | | |
| f | Total other E&P adjustments (Combine lines 5a thru 5e) | | |
| 6 | Loss on exchange of debt pools | | |
| 7 | Acquisition expenses of life insurance companies for qualified foreign contracts | | |
| 8 | Depletion | | |
| 9 | Basis adjustments in determining gain or loss from sale or exchange of property | | |
| 10 | Adjusted current earnings. Combine lines 1, 2c, 3f, 4f and 5f through 9 | | -17,162,608 |

046361
04-01-20

039161 12-03-20

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2020** | **Research Credit** | **3523** |

Attach to your California tax return.

| Name(s) as shown on your California tax return | SSN or ITIN ☐   **X**   CA Corporation no. ☐   **X**   FEIN |
|---|---|
| | 2937383    20-4958003 |
| RETROTOPE, INC. | California Secretary of State file number |
| | 000000000000 |

**Part I    Credit Computation.** Read the instructions before completing this form.

**Section A    Regular Credit.** If you are electing the Alternative Incremental Credit, skip this section and go to Section B.

Line 1 through line 4 are to be completed only by corporations (other than S corporations, personal holding companies, and service organizations). Individuals, S corporations, estates, trusts, partnerships, and limited liability companies (LLCs), begin on line 5.

1 Basic research payments paid or incurred during the taxable year. See instructions ........................ ◉ **1** _____ 00

2 Base period amount. See instructions ........................ ◉ **2** _____ 00

3 Subtract line 2 from line 1. If less than zero, enter -0- ........................ ◉ **3** _____ 00

4 Multiply line 3 by 24% (.24) ........................ ◉ **4** _____ 00

**Qualified research expenses paid or incurred.**

5 Wages for qualified services. See instructions ........................ ◉ **5** _____ 00

6 Cost of supplies. See instructions ........................ ◉ **6** _____ 00

7 Rental or lease costs of computers. See instructions ........................ ◉ **7** _____ 00

8 Enter the applicable percentage of contract research expenses. See instructions ........................ ◉ **8** _____ 00

9 Total qualified research expenses. Add line 5 through line 8 ........................ ◉ **9** _____ 00

10 Enter fixed-base percentage, but not more than 16% (.16). See instructions ........................ ◉ **10** _____ %

11 Enter average annual gross receipts. See instructions ........................ ◉ **11** _____ 00

12 Base amount. Multiply line 11 by the percentage on line 10 ........................ **12** _____ 00

13 Subtract line 12 from line 9. If zero or less, enter -0- ........................ **13** _____ 00

14 Multiply line 9 by 50% (.50). See instructions ........................ **14** _____ 00

15 Enter the smaller of line 13 or line 14 ........................ **15** _____ 00

16 Multiply line 15 by 15% (.15) ........................ **16** _____ 00

17 a Regular credit. Add line 4 and line 16. If you do not elect the reduced credit under IRC Section 280C(c), enter the result here, and see instructions for the schedule to attach ........................ ◉ **17a** _____ 00

    b Reduced regular credit under IRC Section 280C(c). Multiply line 17a by the applicable percentage below:
- 87.7% (.877) for individuals, estates, and trusts
- 91.16% (.9116) for corporations
- 98.5% (.985) for S corporations

    Enter the reduced credit amount. See instructions ........................ ◉ **17b** _____ 00

039162 12-03-20

**Section B   Alternative Incremental Credit.** Skip this section if you completed Section A, Regular Credit.

**Line 18 through line 21 are to be completed only by corporations (other than S corporations, personal holding companies, and service organizations). Individuals, S corporations, estates, trusts, partnerships, and LLCs, begin on line 22.**

| | | |
|---|---|---|
| 18 Basic research payments paid or incurred during the taxable year. See instructions | 18 | 00 |
| 19 Base period amount. See instructions | 19 | 00 |
| 20 Subtract line 19 from line 18. If less than zero, enter -0- | 20 | 00 |
| 21 Multiply line 20 by 24% (.24) | ⊙ 21 | 00 |

**Qualified research expenses paid or incurred.**

| | | |
|---|---|---|
| 22 Wages for qualified services. See instructions | ⊙ 22 | 00 |
| 23 Cost of supplies. See instructions | ⊙ 23 | 00 |
| 24 Rental or lease costs of computers. See instructions | ⊙ 24 | 00 |
| 25 Enter the applicable percentage of contract research expenses. See instructions | ⊙ 25 | 00 |
| 26 Total qualified research expenses. Add line 22 through line 25 | ⊙ 26 | 00 |
| 27 Enter average annual gross receipts. See instructions | ⊙ 27 | 00 |
| 28 Multiply line 27 by 1% (.01) | 28 | 00 |
| 29 Subtract line 28 from line 26. If zero or less, enter -0- | 29 | 00 |
| 30 Multiply line 27 by 1.5% (.015) | 30 | 00 |
| 31 Subtract line 30 from line 26. If zero or less, enter -0- | 31 | 00 |
| 32 Subtract line 31 from line 29. If zero or less, enter -0- | 32 | 00 |
| 33 Multiply line 27 by 2% (.02) | 33 | 00 |
| 34 Subtract line 33 from line 26. If zero or less, enter -0- | 34 | 00 |
| 35 Subtract line 34 from line 31. If zero or less, enter -0- | 35 | 00 |
| 36 Multiply line 32 by 1.49% (.0149) | 36 | 00 |
| 37 Multiply line 35 by 1.98% (.0198) | 37 | 00 |
| 38 Multiply line 34 by 2.48% (.0248) | 38 | 00 |

**39 a** Alternative incremental credit. Add line 21, line 36, line 37, and line 38. If you do not elect the reduced credit under
IRC Section 280C(c), enter the result here, and see instructions for the schedule that must be attached ............. ⊙ 39a | 00

**b** Reduced alternative incremental credit under IRC Section 280C(c). Multiply line 39a by the applicable percentage below:
- 87.7% (.877) for individuals, estates, and trusts
- 91.16% (.9116) for corporations
- 98.5% (.985) for S corporations

Enter the reduced credit amount. See instructions ⊙ 39b | 00

**Section C   Available Research Credit**

| | | |
|---|---|---|
| 40 Pass-through research credit(s) from S corporations, estates, trusts, partnerships, and LLCs. See instructions | ⊙ 40 | 00 |

**41** Current year research credit. If you did not elect the reduced credit under IRC Section 280C(c), add line
17a **or** line 39a to line 40 and enter the result here. If you elected the reduced credit under IRC Section
280C(c), add line 17b **or** line 39b to line 40 and enter the result here ................ ⊙ 41 | 00

**42** Enter the amount of credit on line 41 that is from passive activities. If none of the amount on line 41 is from
passive activities, enter -0- | 42 | 00

**43** Subtract line 42 from line 41 | 43 | 00

**44** Enter the allowable credit from passive activities. See instructions | 44 | 00

**45** Non-passive activity credit carryover from prior year. (**Do not** include credits received through assignment.)
See instructions | 45 | 229,004 | 00

**46** Total. Add line 43 through line 45 ................ ⊙ 46 | 229,004 | 00

**Part II   Carryover Computation.** Combined Report Filers see instructions for Part III before completing this part.

**47  Credit claimed.** Enter the amount of the credit claimed on the current year tax return. See instructions.
(**Do not** include any assigned credit claimed on form FTB 3544, Part B.) ⊙ 47 | 00

**48** Total credit assigned. Enter the total amount from form FTB 3544, Part A, column (g). If you are not a
corporation, enter -0-. See instructions ⊙ 48 | 00

**49** Credit carryover available for use or assignment for future years. Subtract lines 47 and 48 from line 46 ...... ⊙ 49 | 00

| TAXABLE YEAR 2020 | Net Operating Loss (NOL) Computation and NOL and Disaster Loss Limitations - Corporations | CALIFORNIA FORM 3805Q |
|---|---|---|

Attach to Form 100, Form 100W, Form 100S, or Form 109.

| Corporation name | California corporation number |
|---|---|
| RETROTOPE INC | 2937383 |
| | FEIN |
| | 20-4958003 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⦿ [X] C corporation
⦿ ☐ S corporation   ⦿ ☐ Exempt organization   ⦿ ☐ Limited liability company (electing to be taxed as a corporation)
If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⦿

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I   Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---:|
| 1 | Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1  17,172,992 00 |
| 2 | 2020 disaster loss included in line 1. Enter as a positive number | 2  00 |
| 3 | Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3  17,172,992 00 |
| 4  a | Enter the amount of the loss incurred by a new business included in line 3   4a  00 | |
| b | Enter the amount of the loss incurred by an eligible small business included in line 3   4b  00 | |
| c | Add line 4a and line 4b | 4c  00 |
| 5 | General NOL. Subtract line 4c from line 3 | 5  17,172,992 00 |
| 6 | Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⦿ 6  17,172,992 00 |

**Part II   NOL carryover and disaster loss carryover limitations.** See instructions.

| | | (g) Available balance |
|---|---|---|
| 1 | Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). **If the corporation taxable income is $1,000,000 or more, see inst** ⦿ | 0 |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2019 | (f) Amount used in 2020 | | (h) Carryover to 2021 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|---|
| 2 ⦿ | | | SEE STATEMENT 11 ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |
| ⦿ | | | ⦿ | | | | ⦿ |

**Current Year NOLs**

| | | | | | | | col. (d) minus col. (f) See instructions. |
|---|---|---|---|---|---|---|---|
| 3 2020 | | DIS | | | | | |
| 4 2020 | | GEN | 17,172,992 | | | | 17,172,992 |
| 2020 | | | | | | | |
| 2020 | | | | | | | |
| 2020 | | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III   2020 NOL deduction**

| | | |
|---|---|---:|
| 1 | Total the amounts in Part II, line 2, column (f) | ⦿ 1  00 |
| 2 | Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2  00 |
| 3 | Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⦿ 3  00 |

| TAXABLE YEAR | Net Operating Loss (NOL) Computation and | CALIFORNIA FORM |
|---|---|---|
| **2020** | NOL and Disaster Loss Limitations - Corporations | **3805Q** |

Attach to Form 100, Form 100W, Form 100S, or Form 109.    **ALTERNATIVE MINIMUM TAX** 

| Corporation name | California corporation number |
|---|---|
| RETROTOPE INC | 2937383 |

During the taxable year the corporation incurred the NOL, the corporation was a(n): ⦿ [X] C corporation

FEIN
20-4958003

⦿ ☐ S corporation  ⦿ ☐ Exempt organization  ⦿ ☐ Limited liability company (electing to be taxed as a corporation)

If the corporation previously filed California tax returns under another corporate name, enter the corporation name and California corporation number:
⦿

**If the corporation is included in a combined report of a unitary group, see instructions, General Information C, Combined Reporting.**

**Part I   Current year NOL.** If the corporation does not have a current year NOL, go to Part II.

| | | |
|---|---|---|
| 1 Net loss from Form 100, line 18; Form 100W, line 18; Form 100S, line 15; or Form 109, line 2. Enter as a positive number | 1 | 17,162,608 00 |
| 2 2020 disaster loss included in line 1. Enter as a positive number | 2 | 00 |
| 3 Subtract line 2 from line 1. If zero or less, enter -0- and see instructions | 3 | 17,162,608 00 |
| 4 a Enter the amount of the loss incurred by a new business included in line 3 .......... 4a | | 00 |
|   b Enter the amount of the loss incurred by an eligible small business included in line 3  4b | | 00 |
|   c Add line 4a and line 4b | 4c | 00 |
| 5 General NOL. Subtract line 4c from line 3 | 5 | 17,162,608 00 |
| 6 Current year NOL. Add line 2, line 4c, and line 5. See instructions | ⦿ 6 | 17,162,608 00 |

**Part II   NOL carryover and disaster loss carryover limitations.** See instructions.

| | (g) Available balance |
|---|---|
| 1 Net income - Enter the amount from Form 100, line 18; Form 100W, line 18; Form 100S, line 15 less line 16; or Form 109, line 2; (but not less than -0-). **If the corporation taxable income is $1,000,000 or more, see inst** ⦿ | 0 |

**Prior Year NOLs**

| (a) Year of loss | (b) Code - See instructions | (c) Type of NOL - See below * | (d) Initial loss - See instructions | (e) Carryover from 2019 | (f) Amount used in 2020 | (h) Carryover to 2021 col. (e) minus col. (f) |
|---|---|---|---|---|---|---|
| 2 ⦿ | | SEE STATEMENT 12 | ⦿ | | | ⦿ |
| ⦿ | | | ⦿ | | | ⦿ |
| ⦿ | | | ⦿ | | | ⦿ |
| ⦿ | | | ⦿ | | | ⦿ |

**Current Year NOLs**

col. (d) minus col. (f) See instructions.

| (a) Year of loss | (b) | (c) | (d) | (e) | (f) | (h) |
|---|---|---|---|---|---|---|
| 3 2020 | | DIS | | | | |
| 4 2020 | | GEN | 17,162,608 | | | 17,162,608 |
| 2020 | | | | | | |
| 2020 | | | | | | |
| 2020 | | | | | | |

* **Type of NOL:** General (GEN), New Business (NB), Eligible Small Business (ESB), or Disaster (DIS).

**Part III   2020 NOL deduction**

| | | |
|---|---|---|
| 1 Total the amounts in Part II, line 2, column (f) | ⦿ 1 | 00 |
| 2 Enter the total amount from line 1 that represents disaster loss carryover deduction here and on Form 100, line 21; Form 100W, line 21; or Form 100S, line 19. Form 109 filers enter -0- | 2 | 00 |
| 3 Subtract line 2 from line 1. Enter the result here and on Form 100, line 19; Form 100W, line 19; Form 100S, line 17; or Form 109, line 7 | ⦿ 3 | 00 |



| TAXABLE YEAR **2020** | **Corporation Depreciation and Amortization** | | 20–4958003 CALIFORNIA FORM **3885** |
|---|---|---|---|

Attach to Form 100 or Form 100W.

| Corporation name | California corporation number |
|---|---|
| RETROTOPE INC | 2937383 |

**Part I   Election To Expense Certain Property Under IRC Section 179**

| | | |
|---|---|---|
| **1** Maximum deduction under IRC Section 179 for California ................................ | **1** | $25,000 |
| **2** Total cost of IRC Section 179 property placed in service ........................................... | **2** | 8,135 |
| **3** Threshold cost of IRC Section 179 property before reduction in limitation ...................... | **3** | $200,000 |
| **4** Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- ................ | **4** | |
| **5** Dollar limitation for taxable year. Subtract line 4 from line 1. If zero or less, enter -0- ...... | **5** | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|
| **6** | | | |

| | | | |
|---|---|---|---|
| **7** Listed property (elected IRC Section 179 cost) .................... | **7** | | |
| **8** Total elected cost of IRC Section 179 property. Add amounts in column (c), line 6 and line 7 ...... | **8** | |
| **9** Tentative deduction. Enter the **smaller** of line 5 or line 8 .................................... | **9** | |
| **10** Carryover of disallowed deduction from prior taxable years ...................................... | **10** | |
| **11** Business income limitation. Enter the smaller of business income (not less than zero) or line 5 ...... | **11** | |
| **12** IRC Section 179 expense deduction. Add line 9 and line 10, but do not enter more than line 11 ...... | **12** | 0 |
| **13** Carryover of disallowed deduction to 2021. Add line 9 and line 10, less line 12 ...... | **13** | | |

**Part II   Depreciation and Election of Additional First Year Depreciation Deduction Under R&TC Section 24356**

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Depreciation allowed or allowable in earlier years | (e) Depreciation method | (f) Life or rate | (g) Depreciation for this year | (h) Additional first year depreciation |
|---|---|---|---|---|---|---|---|
| **14** SEE STATEMENT 13 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| **15** Add the amounts in column (g) and column (h). The total of column (h) may not exceed $2,000. See instructions for line 14, column (h) | **15** | 30,625 |

**Part III   Summary**

| | | |
|---|---|---|
| **16** Total: If the corporation is electing: IRC Section 179 expense, add the amount on line 12 and line 15, column (g) **or** Additional first year depreciation under R&TC Section 24356, add the amounts on line 15, columns (g) and (h) **or** Depreciation (if no election is made), enter the amount from line 15, column (g) .................... | **16** | 30,625 |
| **17** Total depreciation claimed for federal purposes from federal Form 4562, line 22 | **17** | 17,206 |
| **18** Depreciation adjustment. If line 17 is greater than line 16, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 17 is less than line 16, enter the difference here and on Form 100 or Form 100W, Side 2, line 12. (If California depreciation amounts are used to determine net income before state adjustments on Form 100 or Form 100W, no adjustment is necessary.) ...... | **18** | 13,419 |

**Part IV   Amortization**

| (a) Description of property | (b) Date acquired (mm/dd/yyyy) | (c) Cost or other basis | (d) Amortization allowed or allowable in earlier years | (e) R&TC Section (see instructions) | (f) Period or percentage | (g) Amortization for this year |
|---|---|---|---|---|---|---|
| **19** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **20** Total. Add the amounts in column (g) ................................................ | **20** | |
| **21** Total amortization claimed for federal purposes from federal Form 4562, line 44 | **21** | |
| **22** Amortization adjustment. If line 21 is greater than line 20, enter the difference here and on Form 100 or Form 100W, Side 1, line 6. If line 21 is less than line 20, enter the difference here and on Form 100 or Form 100W, Side 2, line 12 .................... | **22** | |

022
Date Accepted _____

**DO NOT MAIL THIS FORM TO THE FTB**

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2020** | **California e-file Return Authorization for Corporations** | **8453-C** |

| Corporation name | California Corporation No., CA SOS file no., or FEIN |
|---|---|
| RETROTOPE, INC. | 2937383 |

**Part I    Tax Return Information** (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 100, line 9; Form 100S, line 8; Form 100W, line 9 or Form 100X, line 6) | 1 | −14,179,386 |
| 2 | Taxable income (Form 100, line 22; Form 100S, line 20; Form 100W, line 22 or Form 100X, line 10) | 2 | −17,172,992 |
| 3 | Total tax (Form 100, line 30; Form 100S, line 29; Form 100W, line 30 or Form 100X, line 18) | 3 | 800 |
| 4 | Tax due (Form 100, line 39; Form 100S, line 38; Form 100W, line 36 or Form 100X, line 20) | 4 | |
| 5 | Overpayment (Form 100, line 40; Form 100S, line 39; Form 100W, line 37 or Form 100X, line 27) | 5 | |

**Part II    Settle the Account Electronically for Taxable Year 2020**

| | | | |
|---|---|---|---|
| 6 | Direct deposit of refund (For Forms 100, 100S, and 100W only.) | | |
| 7 | Electronic funds withdrawal | 7a Amount | 7b Withdrawal date (mm/dd/yyyy) |

**Part III    Schedule of Estimated Tax Payments for Taxable Year 2021** (These are NOT installment payments for the current amount the corporation owes.)

| | First Payment | Second Payment | Third Payment | Fourth Payment |
|---|---|---|---|---|
| 8 Amount | | | | |
| 9 Withdrawal Date | | | | |

**Part IV    Banking Information** (Have you verified the corporation's banking information?)

| | |
|---|---|
| 10 Routing number | |
| 11 Account number | 12 Type of account: ☐ Checking   ☐ Savings |

**Part V    Declaration of Officer**

I authorize the corporate account to be settled as designated in Part II. If I check Part II, Box 6, I declare that the bank account specified in Part IV for the direct deposit refund agrees with the authorization stated on my return. If I check Part II, Box 7, I authorize an electronic funds withdrawal for the amount listed on line 7a and any estimated payment amounts listed on Part III, line 8 from the bank account specified in Part IV.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's 2020 California income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. If the corporation is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the corporation's tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties. I authorize the corporation return and accompanying schedules and statements be transmitted to the FTB by the ERO, transmitter, or intermediate service provider. **If the processing of the corporation's return or refund is delayed, I authorize the FTB to disclose to the ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

**Sign Here** ▶ _____  _____  ▶ CONTROLLER
Signature of officer   Date   Title

**Part VI    Declaration of Electronic Return Originator (ERO) and Paid Preparer.**

I declare that I have reviewed the above corporation's return and that the entries on form FTB 8453-C are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the corporation's return. I declare, however, that form FTB 8453-C accurately reflects the data on the return.) I have obtained the corporate officer's signature on form FTB 8453-C before transmitting this return to the FTB; I have provided the corporate officer with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2020 Handbook for Authorized e-file Providers. I will keep form FTB 8453-C on file for **four** years from the due date of the return or **four** years from the date the corporation return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| ERO Must Sign | ERO's signature ▶ PATRICIA ONEILL | Date 10/07/21 | Check if also paid preparer [X] | Check if self-employed ☐ | ERO's PTIN P00171304 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address: ONEILL & BERGADO, INC.   6830 VIA DEL ORO SUITE 220   SAN JOSE, CA | | | | Firm's FEIN 45-3729930   ZIP code 95119 |

Under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| Paid Preparer Must Sign | Paid preparer's signature ▶ PATRICIA O'NEILL | Date | Check if self-employed ☐ | Paid preparer's PTIN |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address | | | Firm's FEIN   ZIP code |

**For Privacy Notice, get FTB 1131 ENG/SP.**

FTB 8453-C 2020

039101  12-22-20

11001007 137275 RETROTOPE      2020.04030 RETROTOPE, INC.                    RETROTO1

RETROTOPE, INC.                                                              20-4958003
‾‾‾‾‾‾‾‾‾‾‾‾‾‾                                                              ‾‾‾‾‾‾‾‾‾‾‾‾

FORM 100/100W                    OTHER DEDUCTIONS                    STATEMENT    1

DESCRIPTION                                                         AMOUNT
‾‾‾‾‾‾‾‾‾‾‾                                                         ‾‾‾‾‾‾

FEDERAL RESEARCH CREDIT                                                273,007.
FEDERAL ORPHAN DRUG INCOME ADJUSTMENT                               2,707,180.
                                                                   ‾‾‾‾‾‾‾‾‾‾‾
TOTAL TO FORM 100/100W, OTHER DEDUCTIONS                           2,980,187.
                                                                   ‾‾‾‾‾‾‾‾‾‾‾

RETROTOPE, INC.                                                      20-4958003

```
FORM 100/100W                    CONTRIBUTIONS                    STATEMENT    2
```

```
NET INCOME AFTER STATE ADJUSTMENTS            -17,172,992
DEDUCTION FOR DIVIDENDS RECEIVED                        0
                                              _____
NET INCOME ADJUSTED FOR CONTRIBUTION PURPOSES                  -17,172,992
                                                              ============


CARRYOVER OF PRIOR YEARS UNUSED CONTRIBUTIONS:
  5TH PRECEDING TAX YEAR                                0
  4TH PRECEDING TAX YEAR                                0
  3RD PRECEDING TAX YEAR                                0
  2ND PRECEDING TAX YEAR                                0
  1ST PRECEDING TAX YEAR                           11,050
                                              _____
TOTAL OF UNUSED CARRYOVER CONTRIBUTIONS                            11,050
CURRENT YEAR CONTRIBUTIONS                                          1,000
COLLEGE ACCESS ADDBACK                                                 0
                                                              _____
TOTAL AVAILABLE CONTRIBUTIONS LESS COLLEGE ACCESS ADDBACK         12,050
10% OF NET INCOME AS ADJUSTED                                          0
                                                              _____
EXCESS CONTRIBUTIONS                                              12,050
                                                              ============

ALLOWABLE CONTRIBUTIONS DEDUCTION                                      0
                                                              ============
```

RETROTOPE, INC.                                                    20-4958003

FORM 100/100W, SCHEDULE A          TAXES DEDUCTED                STATEMENT    3

| (A) NATURE OF TAX  AND  (B) TAXING AUTHORITY | (C) TOTAL TAXES | (D) NONDED AMOUNT |
|---|---|---|
| MD PAYROLL | 0. | |
| PAYROLL TAXES | 205,554. | |
| PROPERTY TAXES | 3,195. | |
| SOI FEE | 0. | |
| BASED ON INCOME        CALIFORNIA | 800. | 800. |
| BASED ON INCOME        DELAWARE | 7,547. | 7,547. |
| BASED ON INCOME        FLORIDA | -75. | -75. |
| TOTAL TO FORM 100/100W, SCHEDULE A | 217,021. | 8,272. |

FORM 100/100W, SCHEDULE F          INTEREST INCOME               STATEMENT    4

| DESCRIPTION | AMOUNT |
|---|---|
| SMITH BARNEY | 145,387. |
| TOTAL TO FORM 100/100W, SCHEDULE F | 145,387. |

FORM 100/100W, SCHEDULE F          OTHER INCOME                  STATEMENT    5

| DESCRIPTION | AMOUNT |
|---|---|
| MISC INCOME | -16,400. |
| NET ACCRETION | -47,913. |
| TOTAL TO FORM 100/100W, SCHEDULE F | -64,313. |

FORM 100/100W, SCHEDULE F          OTHER DEDUCTIONS              STATEMENT    6

| DESCRIPTION | AMOUNT |
|---|---|
| CLINICAL BIOANALYTICAL | 164,909. |
| CLINICAL OTHER EXPENSES | 1,336,783. |
| CLINICAL SITE EXPENSES | 2,039,724. |
| CMC DRUG PRODUCT OTHER | 750,340. |
| CMC DRUG SOFTGEL PRODUCT | 420,356. |
| CMC DRUG SUBSTANCE | 4,165,614. |
| CONFERENCES | 295. |

RETROTOPE, INC.                                                      20-4958003

```
CONSULTING                                                       249,814.
DUES & SUBSCRIPTIONS                                               3,986.
EXTERNAL R&D                                                     388,045.
FOREIGN EXCHANGE LOSS                                                674.
INSURANCE                                                       131,977.
OFFICE EXPENSES                                                  96,183.
PRECLINICAL CONTRACT EXPENSES                                 1,252,539.
PROFESSIONAL FEES                                               947,948.
RECRUITING AND TRAINING                                         518,023.
REDUCED EXPENSES FROM FORM 8820 - ORPHAN DRUG CREDIT         -2,707,180.
REDUCED RESEARCH EXPENSES FROM FORM 6765                       -273,007.
REGULATORY FILINGS                                              398,297.
REVALUATION WARRANTS                                            -26,368.
STOCK COMPENSATION EXPENSE                                     146,737.
TRAINING                                                         4,108.
```

TOTAL TO FORM 100/100W, SCHEDULE F                            10,009,797.

---

| FORM 100/100W, SCHEDULE L    OTHER CURRENT ASSETS | | STATEMENT   7 |
| --- | --- | --- |
| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| PREPAID EXPENSES | 472,186. | 193,635. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 472,186. | 193,635. |

---

| FORM 100/100W, SCHEDULE L   OTHER CURRENT LIABILITIES | | STATEMENT   8 |
| --- | --- | --- |
| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| ACCRUED PAYROLL AND PAYROLL TAXES | 123,933. | 494,674. |
| ACCRUED EXPENSES | 213,088. | 1,037,470. |
| WARRANTY LIABILITY | 214,513. | 188,145. |
| PPP LOAN | | 283,300. |
| TOTAL TO FORM 100/100W, SCHEDULE L | 551,534. | 2,003,589. |

RETROTOPE, INC.                                                              20-4958003

```
FORM 100/100W, SCHEDULE M-1   EXPENSES RECORDED ON BOOKS          STATEMENT    9
                              NOT DEDUCTED ON RETURN
```

| DESCRIPTION | AMOUNT |
| --- | --- |
| RESEARCH AND DEVELOPMENT COSTS | 273,007. |
| TAX CREDITS ADJUSTMENT | 2,707,180. |
| TOTAL TO FORM 100/100W, SCHEDULE M-1 | 2,980,187. |

```
FORM 100/100W, SCHEDULE M-2   UNAPPROPRIATED RETAINED EARNINGS    STATEMENT   10
                              OTHER DECREASES
```

| DESCRIPTION | AMOUNT |
| --- | --- |
| PRIOR YEAR FINANCIAL STATEMENT AUDIT ADJUSTMENT | -5,204. |
| TOTAL TO FORM 100/100W, SCHEDULE M-2 | -5,204. |

```
FORM 3805Q                    PRIOR YEAR NOLS                     STATEMENT   11
```

| (A) YEAR | (B) CODE (D) LOSS | (C)TYPE OF NOL (E)C/O AMOUNT | (F) AMOUNT USED IN CURRENT YEAR | (G)AVAILABLE BALANCE | (H) CARRYOVER TO NEXT YEAR |
| --- | --- | --- | --- | --- | --- |
| 2010 | 251,002. | GEN 251,002. | 0. | 0. | 251,002. |
| 2011 | 853,822. | GEN 853,822. | 0. | 0. | 853,822. |
| 2012 | 1,422,023. | GEN 1,422,023. | 0. | 0. | 1,422,023. |
| 2013 | 2,058,596. | GEN 2,058,596. | 0. | 0. | 2,058,596. |
| 2014 | 3,035,525. | GEN 3,035,525. | 0. | 0. | 3,035,525. |
| 2015 | 5,925,017. | GEN 5,925,017. | 0. | 0. | 5,925,017. |
| 2016 | 6,891,661. | GEN 6,891,661. | 0. | 0. | 6,891,661. |
| 2017 | 4,269,205. | GEN 4,269,205. | 0. | 0. | 4,269,205. |
| 2018 | 5,029,470. | GEN 5,029,470. | 0. | 0. | 5,029,470. |
| 2019 | 9,609,776. | GEN 9,609,776. | 0. | 0. | 9,609,776. |
| TOTALS | | 39,346,097. | 0. | | 39,346,097. |

RETROTOPE, INC.                                                    20-4958003

FORM 3805Q                    PRIOR YEAR AMT NOL                STATEMENT   12

| (A) YEAR | (B) CODE (D) LOSS | (C)TYPE OF NOL (E)C/O AMOUNT | (F) AMOUNT USED IN CURRENT YEAR | (G)AVAILABLE BALANCE | (H) CARRYOVER TO NEXT YEAR |
|---|---|---|---|---|---|
| 2010 | | GEN | | | |
| | 251,002. | 251,002. | 0. | 0. | 251,002. |
| 2011 | | GEN | | | |
| | 853,723. | 853,723. | 0. | 0. | 853,723. |
| 2012 | | GEN | | | |
| | 1,421,894. | 1,421,894. | 0. | 0. | 1,421,894. |
| 2013 | | GEN | | | |
| | 2,058,409. | 2,058,409. | 0. | 0. | 2,058,409. |
| 2014 | | GEN | | | |
| | 3,135,525. | 3,135,525. | 0. | 0. | 3,135,525. |
| 2015 | | GEN | | | |
| | 5,922,913. | 5,922,913. | 0. | 0. | 5,922,913. |
| 2016 | | GEN | | | |
| | 6,888,756. | 6,888,756. | 0. | 0. | 6,888,756. |
| 2017 | | GEN | | | |
| | 4,266,797. | 4,266,797. | 0. | 0. | 4,266,797. |
| 2018 | | GEN | | | |
| | 5,027,854. | 5,027,854. | 0. | 0. | 5,027,854. |
| 2019 | | GEN | | | |
| | 9,604,380. | 9,604,380. | 0. | 0. | 9,604,380. |
| TOTAL | | 39,431,253. | 0. | | 39,431,253. |

FORM 3885                      DEPRECIATION                     STATEMENT   13

| ASSET NO. | DESCRIP- TION | DATE IN SERVICE | COST OR BASIS | PRIOR DEPR | METHOD | LIFE | DEPRE- CIATION | BONUS |
|---|---|---|---|---|---|---|---|---|
| 3 | COMPUTER | 01/26/15 | 2,687. | 2,532. | 200DB | 5.00 | 155. | |
| 6 | COMPUTER | 10/22/15 | 2,283. | 2,151. | 200DB | 5.00 | 132. | |
| 8 | OFFICE FURNITURE | 12/01/14 | 12,247. | 0. | 200DB | 7.00 | 8,165. | |
| 9 | OFFICE FURNITURE AND FIXTURES | 07/01/15 | 15,854. | 12,317. | 200DB | 7.00 | 1,415. | |
| 10 | CUBICLES | 02/02/16 | 1,225. | 842. | 200DB | 7.00 | 109. | |
| 11 | LAPTOP (LORRIE) | 09/26/18 | 1,750. | 858. | 200DB | 5.00 | 357. | |
| 12 | LAPTOP (MISHA) | 10/14/18 | 1,312. | 564. | 200DB | 5.00 | 299. | |
| 13 | 3 LAPTOPS | 07/10/19 | 6,533. | 1,307. | 200DB | 5.00 | 2,090. | |

RETROTOPE, INC.                                                                        20-4958003

| | | | | | |
|---|---|---|---|---|---|
| 14 DELL LATITUDE | | | | | |
| | 08/09/19 | 2,297. | 460. | 200DB | 5.00 | 735. |
| 15 LAPTOP (ANDREW) | | | | | |
| | 11/30/19 | 1,425. | 285. | 200DB | 5.00 | 456. |
| 16 CUBICLES | | | | | |
| | 09/01/19 | 2,950. | 422. | 200DB | 7.00 | 722. |
| 17 VACUUM OVEN | | | | | |
| | 08/22/19 | 26,700. | 3,815. | 200DB | 7.00 | 6,539. |
| 18 ROTOVAP | | | | | |
| | 09/27/19 | 35,000. | 5,000. | 200DB | 7.00 | 8,571. |
| 20 LAPTOP (ADMIN) | | | | | |
| | 06/17/20 | 1,350. | 0. | 200DB | 5.00 | 338. |
| 21 DELL LATITUDE FOR VG | | | | | |
| | 09/05/20 | 2,034. | 0. | 200DB | 5.00 | 305. |
| 22 LAPTOP (SARAH) | | | | | |
| | 10/12/20 | 1,524. | 0. | 200DB | 5.00 | 76. |
| 23 2 DELL LATITUDE LAPTOPS | | | | | |
| | 12/31/20 | 3,227. | 0. | 200DB | 5.00 | 161. |

TOTAL TO FORM 3885          120,398.   30,553.                  30,625.

**STATE ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | COMPUTER | 012615 | 150DB | 5.00 | 2,687. | 2,463. | 2,687. | 155. | 224. | 224. |
| 6 | COMPUTER | 102215 | 150DB | 5.00 | 2,283. | 2,093. | 2,283. | 132. | 190. | 190. |
| 8 | OFFICE FURNITURE | 120114 | 150DB | 7.00 | 12,247. | 9,996. | 12,247. | 8,165. | 1,501. | 1,501. |
| | OFFICE FURNITURE AND | | | | | | | | | |
| 9 | FIXTURES | 070115 | 150DB | 7.00 | 15,854. | 10,999. | 15,854. | 1,415. | 1,942. | 1,942. |
| 10 | CUBICLES | 020216 | 150DB | 7.00 | 1,225. | 700. | 1,225. | 109. | 150. | 150. |
| 11 | LAPTOP (LORRIE) | 092618 | 150DB | 5.00 | 1,750. | 663. | 1,750. | 357. | 326. | 326. |
| 12 | LAPTOP (MISHA) | 101418 | 150DB | 5.00 | 1,312. | 428. | 1,312. | 299. | 265. | 265. |
| 13 | 3 LAPTOPS | 071019 | 150DB | 5.00 | 6,533. | 980. | 6,533. | 2,090. | 1,666. | 1,666. |
| 14 | DELL LATITUDE | 080919 | 150DB | 5.00 | 2,297. | 345. | 2,297. | 735. | 586. | 586. |
| 15 | LAPTOP (ANDREW) | 113019 | 150DB | 5.00 | 1,425. | 214. | 1,425. | 456. | 363. | 363. |
| 16 | CUBICLES | 090119 | 150DB | 7.00 | 2,950. | 316. | 2,950. | 722. | 564. | 564. |
| 17 | VACUUM OVEN | 082219 | 150DB | 7.00 | 26,700. | 2,861. | 26,700. | 6,539. | 5,108. | 5,108. |
| 18 | ROTOVAP | 092719 | 150DB | 7.00 | 35,000. | 3,750. | 35,000. | 8,571. | 6,696. | 6,696. |
| 20 | LAPTOP (ADMIN) | 061720 | 150DB | 5.00 | 1,350. | 0. | 1,350. | 338. | 253. | 253. |
| 21 | DELL LATITUDE FOR VG | 090520 | 150DB | 5.00 | 2,034. | 0. | 2,034. | 305. | 229. | 229. |
| 22 | LAPTOP (SARAH) | 101220 | 150DB | 5.00 | 1,524. | 0. | 1,524. | 76. | 57. | 57. |
| 23 | 2 DELL LATITUDE LAPTOPS | 123120 | 150DB | 5.00 | 3,227. | 0. | 3,227. | 161. | 121. | 121. |
| | TOTALS | | | | 120,398. | 35,808. | 120,398. | 30,625. | 20,241. | 20,241. |
| | MACRS AMT ADJUSTMENT | | | | | | | | 10,384. | |

028108
04-01-20

23

# 2020 TAX RETURN FILING INSTRUCTIONS

FLORIDA FORM F-1120

**FOR THE YEAR ENDING**

December 31, 2020

| | |
|---|---|
| **Prepared for** | Retrotope, Inc.<br>4300 El Camino Real Suite 201<br>Los Altos, CA  94022 |
| **Prepared by** | ONeill & Bergado, Inc.<br>6830 Via Del Oro Suite 220<br>San Jose, CA 95119 |
| **To be signed and dated by** | Not applicable |
| **Amount of tax** | Total tax $ 0.00<br>Less: payments and credits $ 0.00<br>Plus: other amount $ 0.00<br>Plus: interest and penalties $ 0.00<br>No pmt required $ |
| **Overpayment** | Credited to your estimated tax $ 0.00<br>Other amount $ 0.00<br>Refunded to you $ 0.00 |
| **Make check payable to** | Not applicable |
| **Mail tax return and check (if applicable) to** | This return has been prepared for electronic filing.  If you wish to have it transmitted to the Florida DOR, please contact our office and we will submit your electronic return.  Do not mail the paper copy to the Florida DOR. |
| **Return must be mailed on or before** | Not applicable |
| **Special Instructions** | |

000084  04-01-20

RETROTOPE, INC.                                                      20-4958003
―――――――――――

| F-7004 | REASON FOR EXTENSION | STATEMENT | 1 |
| --- | --- | --- | --- |

ADDL TIME IS REQD TO PRODUCE AN ACCURATE RETURN



**Florida Corporate Income/Franchise Tax Return**

F-1120, R. 01/20    **1019**
Rule 12C-1.051
Florida Administrative Code
Effective 01/21
Page 1 of 6

FEIN 20-4958003

For calendar year 2020 or tax year beginning **JAN 1** , 2020 ending **DEC 31, 2020**

81330202012310002005037532049580030000 8

| | |
|---|---|
| Name | RETROTOPE, INC. |
| Address | 4300 EL CAMINO REAL SUITE 201 |
| City/State/ZIP | LOS ALTOS, CA   94022 |

☐ Check here if any changes have been made to name or address

**Computation of Florida Net Income Tax**

| | | Check here if negative | |
|---|---|---|---:|
| 1. | Federal taxable income (see instructions) - **Attach pages 1-5 of federal return** | X | −14,187,658.00 |
| 2. | State income taxes deducted in computing federal taxable income **STATEMENT 2** (attach schedule) | ___ | 8,272.00 |
| 3. | Additions to federal taxable income (from Schedule I) | ___ | 8,135.00 |
| 4. | Total of Lines 1, 2 and 3 | X | −14,171,251.00 |
| 5. | Subtractions from federal taxable income (from Schedule II) | ___ | 1,162.00 |
| 6. | Adjusted federal income (Line 4 minus Line 5) | X | −14,172,413.00 |
| 7. | Florida portion of adjusted federal income (see instructions) | X | −824,211.00 |
| 8. | Nonbusiness income allocated to Florida (from Schedule R) | ___ | |
| 9. | **Florida exemption** | | 0.00 |
| 10. | Florida net income (Line 7 plus Line 8 minus Line 9) | | 0.00 |
| 11. | Tax due: 4.458% of Line 10 | | 0.00 |
| 12. | Credits against the tax (from Schedule V) | | |
| 13. | Total corporate income/franchise tax due (Line 11 minus Line 12) | | 0.00 |

14.  a) Penalty: F-2220 _____   b) Other _____
     c) Interest: F-2220 _____   d) Other _____   Line 14 Total ▶ _____

15. Total of Lines 13 and 14

16. Payment credits:  Estimated tax payments   16a  $ _____
                      Tentative tax payment    16b  $ _____

17. Total amount due: Subtract Line 16 from Line 15. If positive, enter amount due here and on payment coupon.
    If the amount is negative (overpayment), enter on Line 18 and/or Line 19

18. Credit: Enter amount of overpayment **credited** to next year's estimated tax here and on payment coupon

19. Refund: Enter amount of overpayment to be **refunded** here and on payment coupon

044081  10-20-20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Payment Coupon for Florida Corporate Income Tax Return

**1019**
F-1120
R. 01/20

**Do Not Detach**     YEAR ENDING  12/31/20

To ensure proper credit to your account, enclose your check with tax return when mailing.

| | |
|---|---|
| Name | RETROTOPE, INC. |
| Address | 4300 EL CAMINO REAL SUITE 201 |
| City/State/ZIP | LOS ALTOS, CA   94022 |

If 6/30 year end, return is due 1st day of the 4th month after the close of the taxable year, otherwise return is due 1st day of the 5th month after the close of the taxable year.

| | | | |
|---|---|---|---|
| 204958003 | 813500 | 0 | 0 |
| 20200101 | 116200 | 0 | 0 |
| 20201231 | −1417241300 | 0 | 0 |
| 00000000 | 0.058156 | 0 | 0 |
| 001 | 0 | 0 | 0 |
| 201 | 0 | 0 | 0 |
| −1418765800 | 0 | 0 | 0 |
| 827200 | 0 | 0 | 0 |

0        8133 0 20201231 0002005037 5 3204958003 0000 8



**RETROTOPE, INC.**

1019
F-1120
R. 01/20
Page 2 of 6

FEIN    20-4958003

| This return is considered incomplete unless a copy of the federal return is attached. |
|---|
| If your return is not signed, or improperly signed and verified, it will be subject to a penalty. The statute of limitations will not start until your return is properly signed and verified. Your return must be completed in its entirety. |

**Sign here** ▶

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer (must be an original signature)          Date

Title   **CONTROLLER**

**Paid preparers only**

Preparer's signature ▶ **PATRICIA O'NEILL**   Date **10/07/21**

Preparer check if self-employed ☐

Preparer's PTIN ▶ **P00171304**

Firm's name (or yours if self-employed) and address ▶ **ONEILL & BERGADO, INC.**
**6830 VIA DEL ORO SUITE 220**
**SAN JOSE, CA**

FEIN ▶ **45-3729930**

ZIP ▶ **95119**

| All Taxpayers Must Answer Questions **A** through **M** Below - See Instructions |
|---|

A. State of incorporation **DELAWARE**

B. Florida Secretary of State document number: _____

C. Florida consolidated return?   YES ☐   NO ☒

D. ☐ Initial return   ☐ Final return (final federal return filed)

E. Principal Business Activity Code (as pertains to Florida)
**325410**

F. A Florida extension of time was timely filed?   YES ☒   NO ☐

G-1. Corporation is a member of a controlled group?   YES ☐   NO ☐   If yes, attach list.

G-2. Part of a federal consolidated return?   YES ☐   NO ☒   If yes, provide:
FEIN from federal consolidated return: _____
Name of corporation: _____

G-3. The federal common parent has sales, property, or payroll in Florida?   YES ☐   NO ☒

H. Location of corporate books:
City, State, ZIP: _____

I. Taxpayer is a member of a Florida partnership or joint venture?   YES ☐   NO ☒

J. Enter date of latest IRS audit:
a) List years examined: _____

K. Contact person concerning this return:   **YVONNE KAO**
a) Contact person telephone number:   **650-917-6256**
b) Contact person e-mail address:   **YVONNE@RETROTOPE.COM**

L. Type of federal return filed   ☒ 1120   ☐ 1120S or _____

**T**

**L**

### Online Information Reporting Requirement

Visit the Department website to obtain a list of the required information, due date, penalty rate and application to enter the information. (See section 220.27, Florida Statutes)

### Where to Send Payments and Returns

Make check payable to and mail with return to:
Florida Department of Revenue
5050 W Tennessee Street
Tallahassee FL 32399-0135

If you are requesting a **refund** (Line 19), send your return to:
Florida Department of Revenue
PO Box 6440
Tallahassee FL 32314-6440

### Remember:

- ✔ **Make your check payable to the Florida Department of Revenue.**
- ✔ **Write your FEIN on your check.**
- ✔ **Sign your check and return.**
- ✔ **Attach a copy of your federal return.**
- ✔ **Attach a copy of your Florida Form F-7004 (extension of time) if applicable.**

044082  10-20-20



**1019**
F-1120
R. 01/20
Page 3 of 6

NAME  **RETROTOPE, INC.**                                    FEIN **20-4958003**    TAXABLE YEAR ENDING **12/31/20**

## Schedule I - Additions and/or Adjustments to Federal Taxable Income

| | | | |
|---|---|---|---|
| 1. | Interest excluded from federal taxable income (see instructions) | 1. | |
| 2. | Undistributed net long-term capital gains (see instructions) | 2. | |
| 3. | Net operating loss deduction (attach schedule) | 3. | |
| 4. | Net capital loss carryover (attach schedule) | 4. | |
| 5. | Excess charitable contribution carryover (attach schedule) | 5. | |
| 6. | Employee benefit plan contribution carryover (attach schedule) | 6. | |
| 7. | Enterprise zone jobs credit (Florida Form F-1156Z) | 7. | |
| 8. | Ad valorem taxes allowable as enterprise zone property tax credit (Florida Form F-1158Z) | 8. | |
| 9. | Guaranty association assessment(s) credit | 9. | |
| 10. | Rural and/or urban high crime area job tax credits | 10. | |
| 11. | State housing tax credit | 11. | |
| 12. | Florida Tax Credit Scholarship Program Credits | 12. | |
| 13. | Florida Renewable energy production tax credit | 13. | |
| 14. | New markets tax credit | 14. | |
| 15. | Entertainment industry tax credit | 15. | |
| 16. | Research and Development tax credit | 16. | |
| 17. | Energy Economic Zone tax credit | 17. | |
| 18. | s. 168(k) IRC special bonus depreciation | 18. | 8,135.00 |
| 19. | Other additions (attach schedule) | 19. | |
| 20. | Total Lines 1 through 19. Enter total on Line 20 and on Page 1, Line 3. | 20. | 8,135.00 |

## Schedule II - Subtractions from Federal Taxable Income

| | | | |
|---|---|---|---|
| 1. | Gross foreign source income less attributable expenses | | |
| | (a)  Enter s. 78, IRC income          $ _____ | | |
| | (b)  plus s. 862, IRC dividends       $ _____ | | |
| | (c)  plus s. 951A, IRC, income        $ _____ | 1. | |
| | (d)  less direct and indirect expenses | | |
| | and related amounts deducted | | |
| | under s. 250, IRC          $ _____          Total ▶ | | |
| 2. | Gross subpart F income less attributable expenses | | |
| | (a)  Enter s. 951, IRC subpart F income  $ _____ | | |
| | (b)  less direct and indirect expenses  $ _____          Total ▶ | 2. | |
| | Note: Taxpayers doing business outside Florida enter zero on Lines 3 through 6, and complete Schedule IV. | | |
| 3. | Florida net operating loss carryover deduction (see instructions) | 3. | 0.00 |
| 4. | Florida net capital loss carryover deduction (see instructions) | 4. | 0.00 |
| 5. | Florida excess charitable contribution carryover (see instructions) | 5. | 0.00 |
| 6. | Florida employee benefit plan contribution carryover (see instructions) | 6. | 0.00 |
| 7. | Nonbusiness income (from Schedule R, Line 3) | 7. | |
| 8. | Eligible net income of an international banking facility (see instructions) | 8. | |
| 9. | s. 179, IRC expense (see instructions) | 9. | |
| 10. | s. 168(k), IRC special bonus depreciation (see instructions)          STATEMENT 3 | 10. | 1,162.00 |
| 11. | Other subtractions (attach statement) | 11. | |
| 12. | Total Lines 1 through 11. Enter total on Line 12 and on Page 1, Line 5. | 12. | 1,162.00 |



**1019**
F-1120
R. 01/20
Page 4 of 6

NAME **RETROTOPE, INC.**     FEIN **20-4958003**     TAXABLE YEAR ENDING **12/31/20**

## Schedule III - Apportionment of Adjusted Federal Income

**III-A  For use by taxpayers doing business outside Florida, except those providing insurance or transportation services.**

| | (a) WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) | (c) Col. (a) ÷ Col. (b) Rounded to Six Decimal Places | (d) Weight If any factor in Column (b) is zero, see note on Pg 9 of the instructions. | (e) Weighted Factors Rounded to Six Decimal Places |
|---|---|---|---|---|---|
| 1. Property (Schedule III-B below) | | | | X 25% or | |
| 2. Payroll | 176,800.00 | 3,040,116.00 | .058156 | X 25% or      100.00% | .058156 |
| 3. Sales (Schedule III-C below) | | | | X 50% or | |
| 4. Apportionment fraction (Sum of Lines 1, 2, and 3, Column [e]). Enter here and on Schedule IV, Line 2. | | | | | .058156 |

**III-B  For use in computing average value of property (use original cost).**

| | WITHIN FLORIDA | | TOTAL EVERYWHERE | |
|---|---|---|---|---|
| | a. Beginning of year | b. End of year | c. Beginning of year | d. End of year |
| 1. Inventories of raw material, work in process, finished goods | | | | |
| 2. Buildings and other depreciable assets | | | | |
| 3. Land owned | | | | |
| 4. Other tangible and intangible (financial org. only) assets (attach schedule) | | | | |
| 5. Total (Lines 1 through 4) | | | | |
| 6. Average value of property | | | | |
| a. Add Line 5, Columns (a) and (b) and divide by 2 (for within Florida) ...... 6a. | | | | |
| b. Add Line 5, Columns (c) and (d) and divide by 2 (for total everywhere) | | | 6b. | |
| 7. Rented property (8 times net annual rent) | | | | |
| a. Rented property in Florida .......................... 7a. | | | | |
| b. Rented property Everywhere | | | 7b. | |
| 8. Total (Lines 6 and 7). Enter on Line 1, Schedule III-A, Columns (a) and (b). | | | | |
| a. Enter Lines 6 a. plus 7 a. and also enter on Schedule III-A, Line 1, | | | | |
| Column (a) for total average property in Florida ............................ 8a. | | | | |
| b. Enter Lines 6 b. plus 7 b. and also enter on Schedule III-A, Line 1, | | | | |
| Column (b) for total average property Everywhere .................... 8b. | | | | |

**III-C  Sales Factor**

| | (a) TOTAL WITHIN FLORIDA (Numerator) | (b) TOTAL EVERYWHERE (Denominator) |
|---|---|---|
| 1. Sales (gross receipts) | N/A | |
| 2. Sales delivered or shipped to Florida purchasers | | N/A |
| 3. Other gross receipts (rents, royalties, interest, etc. when applicable) | | |
| 4. TOTAL SALES (Enter on Schedule III-A, Line 3, Columns [a] and [b]) | | |

**III-D  Special Apportionment Fractions** (see instructions)

| | (a) WITHIN FLORIDA | (b) TOTAL EVERYWHERE | (c) FLORIDA Fraction ([a] ÷ [b]) Rounded to Six Decimal Places |
|---|---|---|---|
| 1. Insurance companies (attach copy of Schedule T - Annual Report) | | | |
| 2. Transportation services | | | |

## Schedule IV - Computation of Florida Portion of Adjusted Federal Income

| | | |
|---|---|---|
| 1. Apportionable adjusted federal income from Page 1, Line 6 | 1. | -14,172,413.00 |
| 2. Florida apportionment fraction (Schedule III-A, Line 4) | 2. | .058156 |
| 3. Tentative apportioned adjusted federal income (multiply Line 1 by Line 2) | 3. | -824,211.00 |
| 4. Net operating loss carryover apportioned to Florida (attach schedule; see instructions) | 4. | |
| 5. Net capital loss carryover apportioned to Florida (attach schedule; see instructions) | 5. | |
| 6. Excess charitable contribution carryover apportioned to Florida (attach schedule; see instructions) | 6. | |
| 7. Employee benefit plan contribution carryover apportioned to Florida (attach schedule; see instructions) | 7. | |
| 8. Total carryovers apportioned to Florida (add Lines 4 through 7) | 8. | |
| 9. Adjusted federal income apportioned to Florida (Line 3 less Line 8; see instructions) | 9. | -824,211.00 |

044092  10-20-20

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                    RETROTO1



**1019**
F-1120
R. 01/20
Page 5 of 6

NAME RETROTOPE, INC.        FEIN 20-4958003    TAXABLE YEAR ENDING 12/31/20

## Schedule V - Credits Against the Corporate Income/Franchise Tax

| | | |
|---|---|---|
| 1. | Florida health maintenance organization credit (attach assessment notice) | 1. |
| 2. | Capital investment tax credit (attach certification letter) | 2. |
| 3. | Enterprise zone jobs credit (from Florida Form F-1156Z attached) | 3. |
| 4. | Community contribution tax credit (attach certification letter) | 4. |
| 5. | Enterprise zone property tax credit (from Florida Form F-1158Z attached) | 5. |
| 6. | Rural job tax credit (attach certification letter) | 6. |
| 7. | Urban high crime area job tax credit (attach certification letter) | 7. |
| 8. | Hazardous waste facility tax credit | 8. |
| 9. | Florida alternative minimum tax (AMT) credit | 9. |
| 10. | Contaminated site rehabilitation tax credit (attach tax credit certificate) | 10. |
| 11. | State housing tax credit (attach certification letter) | 11. |
| 12. | Florida Tax Credit: Scholarship Program Credits. (attach certificate) | 12. |
| 13. | Florida renewable energy production tax credit | 13. |
| 14. | New markets tax credit | 14. |
| 15. | Entertainment industry tax credit | 15. |
| 16. | Research and Development tax credit | 16. |
| 17. | Energy Economic Zone tax credit | 17. |
| 18. | Other credits (attach schedule) | 18. |
| 19. | Total credits against the tax (sum of Lines 1 through 18 not to exceed the amount on Page 1, Line 11). Enter total credits on Page 1, Line 12 | 19. |

## Schedule R - Nonbusiness Income

**Line 1.  Nonbusiness income (loss) allocated to Florida**

Type                                                                Amount

_____                                          _____
_____                                          _____

Total allocated to Florida ..................................................  1. _____
(Enter here and on Page 1, Line 8)

**Line 2.  Nonbusiness income (loss) allocated elsewhere**

Type                          State/country allocated to              Amount

_____    _____          _____
_____    _____          _____

Total allocated elsewhere ..............................................  2. _____

**Line 3.  Total nonbusiness income**

Grand total. Total of Lines 1 and 2 ................................  3. _____
(Enter here and on Schedule II, Line 7)



1019
F-1120
R. 01/20
Page 6 of 6

NAME RETROTOPE, INC.                    FEIN 20-4958003    TAXABLE YEAR ENDING 12/31/20

## Estimated Tax Worksheet
## For Taxable Years Beginning On or After January 1, 2021

| | | | |
|---|---|---|---|
| 1. | Florida income expected in taxable year | 1. | $ |
| 2. | Florida exemption $50,000 (Members of a controlled group, see instructions on Page 14 of Florida Form F-1120N) | 2. | $ |
| 3. | Estimated Florida net income (Line 1 less Line 2) | 3. | $ |
| 4. | Total Estimated Florida tax (4.458% of Line 3) ........ $ _____ | 4. | $ |
| | Less: Credits against the tax ........ $ _____ | | |

5. Computation of installments:
   Payment due dates and
   payment amounts:

| | | |
|---|---|---|
| If 6/30 year end, last day of 4th month, otherwise last day of 5th month - Enter 0.25 of Line 4 | 5a. | |
| Last day of 6th month - Enter 0.25 of Line 4 | 5b. | |
| Last day of 9th month - Enter 0.25 of Line 4 | 5c. | |
| Last day of fiscal year - Enter 0.25 of Line 4 | 5d. | |

NOTE: If your estimated tax should change during the year, you may use the amended computation
below to determine the amended amounts to be entered on the declaration (Florida Form F-1120ES).

| | | | |
|---|---|---|---|
| 1. | Amended estimated tax | 1. | $ |
| 2. | Less: | | |
| | (a) Amount of overpayment from last year elected for credit to estimated tax and applied to date ........ 2a. -- $ _____ | | |
| | (b) Payments made on estimated tax declaration (Florida Form F-1120ES) 2b. -- $ _____ | | |
| | (c) Total of Lines 2(a) and 2(b) | 2c. | $ |
| 3. | Unpaid balance (Line 1 less Line 2(c)) | 3. | $ |
| 4. | Amount to be paid (Line 3 divided by number of remaining installments) | 4. | $ |

## References

*The following documents were mentioned in this form and are incorporated by reference in the rules indicated below.*
*The forms are available online at floridarevenue.com/forms.*

| | | |
|---|---|---|
| Form F-2220 | Underpayment of Estimated Tax on Florida Corporate Income/Franchise Tax | Rule 12C-1.051, F.A.C. |
| Form F-7004 | Florida Tentative Income/Franchise Tax Return and Application for Extension of Time to File Return | Rule 12C-1.051, F.A.C. |
| Form F-1156Z | Florida Enterprise Zone Jobs Credit Certificate of Eligibility for Corporate Income Tax | Rule 12C-1.051, F.A.C. |
| Form F-1158Z | Enterprise Zone Property Tax Credit | Rule 12C-1.051, F.A.C. |
| Form F-1120N | Instructions for Corporate Income/Franchise Tax Return | Rule 12C-1.051, F.A.C. |
| Form F-1120ES | Declaration/Installment of Florida Estimated Income/Franchise Tax | Rule 12C-1.051, F.A.C. |

044094 10-20-20

11001007 137275 RETROTOPE        2020.04030 RETROTOPE, INC.                    RETROTO1



RETROTOPE, INC.

**1019**
F-1120
R. 01/20

FEIN   20-4958003

**DATA Page 1 of 2**

| | | | |
|---|---|---|---|
| 204958003 | 0 | 0 | 0 |
| -1417125100 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 116200 |
| 0 | 0 | 813500 | 0 |
| 0 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 2 | 0 | 0 | 0 |
| 00000000 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 17680000 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 304011600 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0.058156 |

044083  10-20-20



RETROTOPE, INC.

1019
F-1120
R. 01/20

FEIN    20-4958003

DATA Page 2 of 2

| | | | |
|---|---|---|---|
| 204958003 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0.000000 | 0 | 0 |
| 0 | 0.000000 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | -1417241300 | 0 | 0 |
| 0 | -82421100 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | -82421100 | 0 | 0 |

044084  10-20-20

RETROTOPE, INC.                                                                    20-4958003

FORM F-1120                 STATE INCOME TAXES DEDUCTED                 STATEMENT     2

| DESCRIPTION | AMOUNT |
|---|---|
| CALIFORNIA TAXES - BASED ON INCOME | 800.00 |
| DELAWARE TAXES - BASED ON INCOME | 7,547.00 |
| FLORIDA TAXES - BASED ON INCOME | -75.00 |
| TOTAL TO FORM F-1120, PAGE 1, LINE 2 | 8,272.00 |

RETROTOPE, INC.                                                     20-4958003

---

FL F-1120              DISALLOWED BONUS SUBTRACTION FROM INCOME   STATEMENT    3

---

| DESCRIPTION | AMOUNT |
|---|---|
| 1/7TH OF DISALLOWED BONUS DEPRECIATION - 2020 | 1,162.00 |
| TOTAL TO FORM F-1120, SCHEDULE II, LINE 10 | 1,162.00 |