# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| RETROTOPE, INC.,[1] | ) Case No. 22-10228 (JTD) |
| Debtor. | ) |

### <u>AMENDED</u>[2] NOTICE OF APPEARANCE AND REQUEST FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that Kodiak Sciences Inc. ("<u>Kodiak</u>") hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("<u>PSZJ</u>"). PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and requests that the undersigned be added to the official mailing matrix and service lists in this case. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon Kodiak through service upon PSZJ on the following addresses and through CM/ECF:

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Carnino Real, Suite 201, Los Altos, CA 94022.

[2] Amended to reflect the correct name **Kodiak Sciences Inc.**

DOCS_SF:107429.3 68700/001

Debra I. Grassgreen
Maxim Litvak
Peter J. Keane
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  dgrassgreen@pszjlaw.com
        mlitvak@pszjlaw.com
        pkeane@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Amended Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Kodiak, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Kodiak may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  May 19, 2022                      PACHULSKI STANG ZIEHL & JONES LLP

                                               */s/ Peter J. Keane*
Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    dgrassgreen@pszjlaw.com
               mlitvak@pszjlaw.com
               pkeane@pszjlaw.com

*Counsel for Kodiak Sciences Inc.*