# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| RETROTOPE, INC.,[1] | ) Case No. 22-10228 (JTD) |
| Debtor. | ) Ref. Docket Nos. 209, 210 and 241 |

## NOTICE OF FILING BLACKLINE OF AMENDED CHAPTER 11 PLAN OF LIQUIDATION OR REORGANIZATION OF RETROTOPE, INC.

PLEASE TAKE NOTICE that on May 27, 2022, the above-captioned Debtor filed the *Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* [Docket Nos. 209 & 210] (the "Plan").

PLEASE TAKE FURTHER NOTICE that on June 23, 2022, the Debtor filed the *First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* [Docket No. 241] (the "Amended Plan").

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a blackline comparing the Amended Plan to the Plan.

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA 94022.

| | |
|---|---|
| Dated: June 23, 2022<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>Email:  ericka.johnson@wbd-us.com<br>Email:  morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtor* |