## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETROTOPE, INC.,[1] | ) | Case No. 22-10228 (JTD) |
| | ) | |
| Debtor. | ) | **Ref. Docket Nos. 209, 210** |
| | ) | |

### NOTICE OF FILING OF PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** on **May 27, 2022**, the Debtor filed the *Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* [Docket Nos. 209 & 210] (as may be amended, the "Plan").[2]  Copies of the Plan may be obtained free of charge by visiting the website maintained by the Debtor's noticing agent, BMC Group (the "Noticing Agent"), at https://bmcgroup.com/retrotope (the "Case Website").

**PLEASE TAKE FURTHER NOTICE THAT** on **June 9, 2022**, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 217] (the "Scheduling Order") scheduling a hearing to consider confirmation of the Plan, and any objections to any of the foregoing, and any other matter that may properly come before the Court, before the Honorable John T. Dorsey, United States Bankruptcy Judge, in Courtroom No. 5 of the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on **July 11, 2022 at 2:00 p.m. (ET)** or as soon thereafter as counsel may be heard (the "Hearing").  The Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing and will be available on the electronic case filing docket and Case Website at https://bmcgroup.com/retrotope.

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Scheduling Order, the Debtor hereby files the Plan Supplement with the Court.  The Plan Supplement is comprised of the following:

| **Exhibit** | **Description** |
|---|---|
| Exhibit A | Schedule of Assumed Executory Contracts and Unexpired Leases |
| Exhibit B | Retained Causes of Action |
| Exhibit C | Asset Purchase Agreement |

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003).  The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA 94022.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Exhibit D    Draft Plan Administrator Agreement

The Debtor is conducting a marketing and sale process pursuant to the Bankruptcy Court's *Order (I) Approving the Bidding Procedures, (II) Approving Certain Bidding Protections in Connection with the Sale of Debtors Assets, (III) Scheduling the Bid Deadline and the Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 197] (the "Bidding Procedures Order").  Accordingly, the documents contained in, and exhibits to, the Plan Supplement are subject to change upon completion of the auction scheduled for **June 27, 2022 at 10: 00 a.m.** prevailing Eastern Time (the "Auction") and the selection of a Successful Bidder (as such term is defined in the Bidding Procedures Order).

Further, the Debtor shall have the right to amend and supplement the documents contained in, and exhibits to, the Plan Supplement through the Effective Date, subject to the terms of the Plan and the Scheduling Order.

**PLEASE TAKE FURTHER NOTICE THAT** the deadline for filing objections to the Plan is **June 30, 2022 at 4:00 p.m.**, prevailing Eastern Time (the "Confirmation Objection Deadline").  Any objection to the Plan *must*:  (a) be in writing; (b) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; (c) set forth the name of the objecting party, the amount and nature of such party's claim or interest, the basis for the objection, and the specific grounds thereof; (d) be filed with the Court on or before the Confirmation Objection Deadline; and (e) served on the Notice Parties as set forth in the Scheduling Order and Hearing Notice (both of which may be accessed on the Case Website).

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Scheduling Order, the Plan, the Plan Supplement, or related documents, you may: (a) access the Case Website; (b) write to BMC Group, the Debtor's Notice Agent, whose offices are located at P.O. Box 90100, Los Angeles, CA 90009; or (c) email morgan.patterson@wbd-us.com and reference "Retrotope, Inc." in the subject line.  You may also obtain copies of any pleadings filed in the Chapter 11 Case for a fee via PACER at: https://www.pacer.uscourts.gov.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY.  IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, CONTACT THE NOTICING AGENT ABOVE.**

| | |
|---|---|
| Dated: June 23, 2022<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>Email:  ericka.johnson@wbd-us.com<br>Email:  morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtor* |