**EXHIBIT A**

Schedule of Assumed Executory Contracts and Unexpired Leases[1]

---

[1] Schedule is subject to change upon completion of the Auction.

**RETROTOPE, INC.**

| Contract Counterparty | Contract Counterparty Address | Contract | Proposed Cure |
|---|---|---|---|
| ACE American Insurance Company | c/o Trinet<br>Genesis Vargas<br>Principal Specialist, Payroll & Platform<br>One Park Place Suite 600, Dublin CA94568 | Worker's comp | $ - |
| Aclairo | PO Box 11308<br>McLean VA 22102-9308 | Clinical trial vendor | $ 3,235.00 |
| Adobe | 345 Park Avenue, San Jose, CA 95110-2704 | SW license | $ - |
| Afshin Shafiee Consulting | Afshin Shafiee<br>6627 Gunn Drive, Oakland, CA 94611 | Independent consultant | $ - |
| Albert Einstein College of Medicine | Benjy Neymotin, Ph.D.<br>Assistant Director<br>Licensing and Operations<br>1300 Morris Park Ave, Belfer 1108<br>Bronx NY 10461 | University research | $ - |
| Alturas Analytics | 1324 Alturas Drive<br>Moscow ID 83843 | Analytical vendor | $ 23,370.00 |
| Anand Pharma Consulting AG | Via Tinus 36<br>St. Moritz CH-7500<br>Switzerland | Independent consultant | $ 8,400.00 |
| Arshad M. Khanani | Dr Arshad M Khanani, MD<br>3653 Spirit Bluff Court, Reno, NV 89511 | Independent consultant | $ - |
| Ascent Services Group, Inc. | 2400 Meadowbrook Parkway<br>Duluth GA 30096 | Temp service | $ 18,300.00 |
| AWAC | c/o Woodruff Sawyer<br>PO BOX 45057, San Francisco, CA 94145-9950 | Excess D&O insurance | $ - |
| Axis | c/o Woodruff Sawyer<br>PO BOX 45057, San Francisco, CA 94145-9950 | Excess D&O insurance | $ - |
| Azenta fka Brooks | 2910 Fortune Circle West #E<br>Indianapolis IN 46241 | Clinical trial vendor | $ 2,082.85 |
| Azenta Germany | Im Leuschnerpark<br>Griesheim HE 64347<br>Germany | Clinical trial vendor | $ 127.64 |
| BASF | 29492 Network Place, Chicago, IL 60673 | Chemical supply vendor | $ - |
| Beazley | c/o Woodruff Sawyer<br>PO BOX 45057, San Francisco, CA 94145-9950 | Cargo insurance | $ - |
| Bih Hsu | 6344 Mojave Dr<br>San Jose CA 95120 | Independent consultant | $ 1,760.00 |
| Bill.com | 6220 America Center Drive, Suite 100, San Jose, CA 95002 | SW license | $ - |
| Biocair | 56 Roland Street, South Lobby, Boston, MA 02129 | Biopharma service provider | $ - |
| Box.com | Box Inc.<br>4440 El Camino Real, Los Altos, CA 94022 | SW license | $ - |
| Cambridge Isotope Laboratories | Cambridge Isotope Laboratories<br>3 Highwood Drive, Tewksbury, MA 01876 | Chemical supply vendor | $ - |
| Carl D. Regillo | 311 Airdale Road, Bryn Mawr, PA 19010 | Independent consultant | $ - |
| Catalent Pharma Solutions | 14 Schoolhouse Road, Somerset, NJ 08873 | Biopharma service provider | $ - |
| Celerion | PO Box 81891, Lincoln, NE 68502 | Ciopharma service provider | $ - |
| ChemSpec-API | 10 Industrial Road, Fairfield, NJ 07004 | Chemical supply vendor | $ - |
| CLEF Chemical Consulting Llc | 1165 La Vista Road<br>Santa Barbarsa, CA 93110 | Independent consultant | $ 700.00 |
| CLINICAL TRIALS RESOURCE GROUP LLC | Neil Schmitz<br>Chief Operating Officer<br>1415 S Voss Road 110 PMB 422<br>Houston TX 77057 | Biopharma service provider | $ 94,882.75 |
| Clinirx Usa Inc. | 960 Holmdel Road, Suite 2-02<br>Holmdel NJ 07733 | Biopharma service provider | $ 8,629.00 |
| Comcast | PO Box 34744, Seattle, WA 98124-1744 | SW license | $ - |
| Computer Packages Inc. | 11 N Washington Street<br>11 N Washington Street Suite 300<br>Rockville MD 20850 | IP service provider | $ 10,150.00 |
| Courtyard by Marriott, Palo Alto-Los Altos | 4320 El Camino Real, Los Altos, CA 94022 | Travel service provider | $ - |

**RETROTOPE, INC.**

| Contract Counterparty | Contract Counterparty Address | Contract | Proposed Cure |
|---|---|---|---|
| Crunchbase | 564 Market Street, #700, San Francisco, CA 94104 | SW license | $ - |
| CT Corporation | PO BOX 4349, CAROL STREAM, IL 60197 | Business service provider | $ - |
| Debra Robertson | 4284 Sturgeon Court<br>San Diego CA 92130 | Independent consultant | $ 2,475.00 |
| Docusign | Docusign Inc. Lockbox<br>P.O. Box 735445, Dallas, TX 75373-5445 | SW license | $ - |
| EGeen International Corporation | Kalev Kask<br>938 Rich Place<br>Mountain View CA 94040 | Clinical trial vendor | $ 112,959.77 |
| E-Risk | c/o Woodruff Sawyer<br>PO BOX 45057, San Francisco, CA 94145-9950 | D&O / EPL insurance | $ - |
| Expensify | 88 Kearny Street, San Francisco, CA 94108 | SW license | $ - |
| Experic, LLC | 2 Clarke Drive<br>Suite 2<br>Cranbury NJ 08512 | Biopharma service provider | $ 3,372.56 |
| FedEx | PO Box 645135<br>Pittsburgh PA 15264-5135 | Service provider | $ - |
| FGK | Heimeranstrasse 35, Munchen 80339 | Research organization | $ - |
| Frank, Rimerman + Co. LLP | Dept. #2626<br>PO Box 39290, Los Angeles, CA 90039-0290 | Audit service provider | $ - |
| Frontage Laboratories. Inc. | 700 Pennsylvania Drive, Exton, PA 19341 | Project Proposal No. 1716-35412-111.0 (LC/MS/MS Quantification of Linoleic Acid (LA) & Arachidonic Acid (AA) and D2-Linoleic acid (D2-LA) & D2-Arachidonic Acid (D2-AA) in Human Plasma and Red Blood Cells) with Terms & Conditions, dated November 17, 2021, by and between Retrotope, Inc. and Frontage Laboratories, Inc. | $ - |
| Fundação de Apoio à Universidade de São Paulo-FUSP | Av Afrânio Peixoto,14, São Paulo SP05507-000 | University research | $ - |
| GoDaddy.com | 14455 North Hayden Road Suite 219, Scottsdale, AZ 85260 | SW license | $ - |
| Intuit QuickBooks Online | 2700 Coast Ave, Mountain View, CA 94043 | SW license | $ - |
| Judy Magruder | 1233 Wasatch Drive, Mountain View, CA 94040 | Independent consultant | $ - |
| Kristin Andruska | 211 Hope Street<br>Suite 391344<br>Mountain View CA 94041 | Independent consultant | $ 22,500.00 |
| Laurus | 2nd Floor, Serene Chambers<br>Road No. 7, Banjara Hills, Hyderabad 500034 | Biopharma service provider | $ - |
| Leading Edge CDMS | Alec Budman<br>LeCDMS Chief Operating Officer<br>700 Promontory Point Lane<br>#1203<br>Foster City CA 94404 | Clinical trial vendor | $ 34,851.40 |
| Leiden University Medical Center | Sander Kooijman<br>Albinusdreef 2,<br>Postbus 9600,<br>Leiden RC 2333 ZB<br>Netherlands | University research | $ - |
| Lex van der Ploeg | 101 Hammond Street<br>Newton MA 02467 | Independent consultant | $ 15,000.00 |
| Lloyd`s | c/o Woodruff Sawyer<br>PO BOX 45057, San Francisco, CA 94145-9950 | Foreign Clinical Trial insurance | $ - |
| LORA Group, LLC | PO Box 436<br>Royal Oak MD 21662 | Independent consultant | $ 2,000.00 |
| MacIntyre Hudson Ltd | 6th Floor, 2 London Wall Place<br>London EC2Y 5AU<br>United Kingdom | UK payroll provider | $ 1,757.00 |

**RETROTOPE, INC.**

| Contract Counterparty | Contract Counterparty Address | Contract | Proposed Cure |
|---|---|---|---|
| Marcia Silvana Freire Franco | Rua Tenente Catao Roxo<br>Apto 3, Ribeirao Preto, Sao Paulo 14051-140 | University research | $ - |
| Monash University | Sam Shrestha<br>REVENUE ACCOUNTING SERVICES<br>Monash University, Level 4<br>211 Wellington Road<br>Mulgrave VIC 3170<br>Australia | University research | $ - |
| Nikolay Pestov | Dom 10 kv 83, Oktyabr'skij pr.g.<br>Troitsk, Moscow Region, 142191Russia | Independent consultant | $ 1,000.00 |
| Oxford Progress | Unit 3, 266 Banbury Road, Oxford OX2 7DL | Clinical trial vendor | $ - |
| Pacific Pharmaceutical Services, LLC. | 4850 Joule Street, Suite A-8<br>Reno NV 89502 | Clinical trial vendor | $ 2,902.50 |
| Pandesa Corporation | 16795 Lark Avenue<br>Suite 210, Los Gatos, CA 95032 | SW license | $ - |
| Pax8 | 5500 South Quebec Street Ste. 350,<br>Greenwood Village CO80111 | SW license | $ - |
| PCI Pharma Services | Tina Leung<br>6166 Nancy Ridge Dr.<br>San Diego CA 92121 | Biopharma service provider | $ 7,890.10 |
| PCI Pharma Services - Rockford | Justina Bentheimer<br>4545 Assembly Drive, Rockford, IL 61109 | Biopharma service provider | $ - |
| Pharmaron UK Limited | The Old Glassworks<br>Nettlefold Road, Cardiff<br>South Glamorgan CF24 5JQ<br>United Kingdom | Biopharma service provider | $ 29,100.00 |
| Primera Analytical Solutions Corp | 259 Wall Street, Princeton, NJ 08540 | Biopharma service provider | $ - |
| Prolific Labs Incorporated | 855 El Camino Real Ste 13A-112, Palo Alto, CA 94301 | SW license | $ - |
| Quan Dong Nguyen | 1380 Villa Drive<br>LOS ALTOS CA 94024 | Consulting services firm | $ 15,000.00 |
| Quinton Oswald | 225 Coconut Palm Road<br>Vero Beach FL 32963 | Independent consultant | $ 7,500.00 |
| ReadyRefresh | Blue Triton Brands, Inc.<br>#216, 6661 Dixie Hwy, Ste. 4, Louisville, KY 40258 | Service provider | $ - |
| Regents of the Univ of Oklahoma | Dr. Martin-Paul Agbaga, Assistant Professor<br>Univ. of Oklahoma Health Sciences Center<br>Dept. of Ophthalmology, Cell Biology & OCNS,<br>Dean McGee Eye Institute,608 Stanton L. Young Blvd,<br>Room 428 Park Pavillion<br>Oklahoma City OK 73104 | University research | $ 100,000.00 |
| Regulatory Interlinx Inc. | 19905 Angel Bay Drive, Spicewood, TX 78669 | Consulting services firm | $ - |
| Regulatory Professionals LLC | 8000 Jarvis Avenue<br>Suite 100<br>Newark CA 94560 | Consulting services firm | $ 1,357.47 |
| Research Diets, Inc | 20 Jules Lane, New Brunswick, NJ 08901 | Biopharma service provider | $ - |
| Ring Central | 1400 Fashion Island Blvd, 7th Floor, San Mateo, CA 94404 | SW license | $ - |
| Ruthenotope D.O.O. | Takovska 7<br>Belgrade 11103<br>Serbia | Chemical supply vendor | $ 48,000.00 |
| Seqens fka PCAS | 21, chemin de la Sauvegarde<br>21 Ecully Parc<br>CS33167<br>Ecully Cedex 69134<br>France | Biopharma service provider | $ - |
| Squarespace | 225 Varick Street, 12th Floor, New York, NY 10014 | SW license | $ - |
| SSI - Inst of Physiology | st.Akademicheskaya 28, Minsk 220072 | University research | $ - |
| SSI 'Inst of PhysOrgChem of NAS' | Surganov Str., 13<br>Minsk 220072<br>Belarus | University research | $ 53,755.00 |

**RETROTOPE, INC.**

| Contract Counterparty | Contract Counterparty Address | Contract | Proposed Cure |
|---|---|---|---|
| Statistics & Data Corporation | 63 South Rockford Drive Suite 240, Tempe, AZ 85281 | Consulting services firm | $ - |
| Sterling Place | Dudley Northumberland, Cramlington NE23 7QG | Biopharma service provider | $ - |
| Susan C Orr | 512 Goldfinch Lane, Ambler, PA 19002 | Independent consultant | $ - |
| Takeshi Sano, Ph.D. | 16 Chandon Newport Coast CA 92657 | Independent consultant | $ 315.00 |
| The Hartford Company | c/o Woodruff Sawyer PO BOX 45057, San Francisco CA94145-9950 | Property,General Liability, Umbrella insurance | $ - |
| ToxConsult LLC | ToxConsult LLC Veronique V. Lauriault, San Francisco, CA 94114 | Independent consultant | $ - |
| Travellers | c/o Woodruff Sawyer PO BOX 45057, San Francisco, CA 94145-9950 | Cargo insurance | $ - |
| Treximo, LLC | 800 Hillgrove Avenue Suite 201 Western Springs IL 60558 | Consulting services firm | $ 281.25 |
| Trinet | TriNet One Park Place, Suite 600 Dublin, CA  94568 | TriNet Services Agreement Addendum dated March 22, 2022 | $ - |
| TriNet HR III, Inc. | TriNet One Park Place, Suite 600 Dublin, CA  94568 | TriNet Services Requisition Form dated March 9, 2021 | $ - |
| TruAdvantage Solutions LLC | 19550 Vallco Parkway Suite 208 Cupertino CA 95014 | Outsourced IT provider | $ - |
| Uppsala Monitoring Center | Uppsala Monitoring Centre Box 1051, UPPSALA 75140 | Clinical trial vendor | $ - |
| UPS | 55 Glenlake Parkway, NE, Atlanta, GA 30328 | Service provider | $ - |
| Vadim Shmanai | str. Sapegi, 7-51 Minsk 220052 Belarus | Independent consultant | $ 2,525.00 |
| Westfalische Wilhelms-Universitat | Prof. Klaus Dreisewerd University of Münster, Institute of Hygiene Biomedical Mass Spectrometry Robert-Koch-Str. 41, Münster 48149 Germany | University research | $ 28,099.39 |
| Wilshire Technologies Inc. | 243 Wall Street Princeton NJ 08540 | Biopharma service provider | $ 14,819.50 |
| Woodruff Sawyer & Co | Woodruff Sawyer & Company PO BOX 45057 San Francisco CA 94145-9950 | Insurance | $ - |
| World Courier | P.O. Box 842325, Boston, MA 02284-2325 | Biopharma service provider | $ - |
| World Customs Brokerage | 1313 4th Avenue, New Hyde Park, NY 11040 | Biopharma service provider | $ - |
| Zoom | 55 Almaden BoulevardSte. 600, San Jose, CA 95113 | SW license | $ - |