**EXHIBIT B**

Retained Causes of Action

Any and all Causes of Action that are not purchased by the Successful Bidder shall be retained by the Debtor and its Estate, the Reorganized Debtor, and/or the Plan Administrator.

Retained Causes of Action means all claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action and liabilities, arising on, prior to or after the Petition Date, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known or unknown, foreseen or unforeseen, existing or hereafter arising in law, equity or otherwise, including Avoidance Actions, asserted, or which may be asserted, by or on behalf of the Debtor or the Estate, based in law or equity, including, without limitation, whether asserted or unasserted as of the Effective Date, that are retained by the Debtor or Reorganized Debtor; which for the avoidance of doubt shall not include any claims, obligations, suits, judgments, damages, demands, debts, rights, causes of action or liabilities against any Released Party.

Without limiting the foregoing, the following exhibits, each of which is attached hereto, include specific types of Causes of Action expressly preserved:

- Annex 1: Causes of Action related to insurance policies

- Annex 2: Claims, defenses, cross-claims and counter-claims related to litigation and possible litigation

- Annex 3: Causes of Action related to accounts receivable and accounts payable

- Annex 4: Causes of Action related to tax refunds and taxes

- Annex 5: Causes of Action related to contracts and/or leases

- Annex 6: Causes of Action related to deposits, adequate assurance postings and other collateral postings

- Annex 7: Causes of Action related to Chapter 5 Actions

- Annex 8: Causes of Action related to commercial tort claims

- Annex 9: Causes of Action related to recharacterization

**Annex 1**

Causes of Action Related to Insurance Policies

Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action based in whole or in part upon any and all insurance contracts, insurance policies, occurrence policies and occurrence contracts to which the Debtor is a party or pursuant to which the Debtor has any rights whatsoever. The Causes of Action reserved include Causes of Action against insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement or any other matters.

**Annex 2**

Claims, Defenses, Cross-Claims and Counter-Claims
Related to Litigation and Possible Litigation

     Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action against individuals or entities that are party to or that may become party to litigation, arbitration or other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial, including, but not limited to the following:

Demand for inspection pursuant to 8 Del. C. § 220

**Annex 3**

**Causes of Action Related to Accounts Receivable and Accounts Payable**

      Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action against or related to all entities that owe or that may in the future owe money to the Debtor. Further, unless otherwise released in the Plan, the Debtor expressly reserves all Causes of Action against or related to all entities or individuals that assert or may assert that the Debtor owes money to them.

**Annex 4**

**Causes of Action Related to Tax Refunds and Taxes**

      Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action against or related to all entities that owe or that may in the future owe money related to tax refunds of the Debtor. Further, the Debtor expressly reserves all Causes of Action against or related to all entities that assert or that may in the future assert the Debtor owes taxes to them.

**Annex 5**

**Causes of Action Related to Contracts and Leases**

Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action, based in whole or in part upon any and all contracts and leases, including, but not limited to those identified in the Debtor's Schedule G, as may be amended [Docket No. 120], to which the Debtor has any right whatsoever. The Causes of Action reserved include Causes of Actions against vendors, suppliers of goods or services, or any other parties: (a) for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) for failure to fully perform or to condition such performance on additional requirements under contracts with the Debtor before the assumption or rejection, if applicable; (d) for payments, deposits, holdbacks, reserves or other amounts owed by any creditor, utility, supplier, vendor, insurer, lender, lessor, or other party; (e) for any liens held by the Debtor; (f) counter-claims and defenses related to any contractual obligations; (g) turnover actions; and (h) for unfair competition, interference with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claim.

**Annex 6**

**Causes of Action Related to Deposits, Adequate Assurance Postings
and Other Collateral Postings**

Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action based in whole or in part upon any and all postings of security deposits, adequate assurance payments or any other type of deposit or collateral.

**Annex 7**

**Causes of Action Related to Chapter 5 Actions**

      Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves any and all potential claims or causes of action under chapter 5 of the Bankruptcy Code that were not sold pursuant to the Asset Purchase Agreement, including potential claims or causes of action against the Debtor's current or former directors, officers, or insiders under chapter 5 of the Bankruptcy Code and those related to transfers identified in the Debtor's statement of financial affairs, as may be amended [Docket No. 121].

**Annex 8**

**Causes of Action Related to Commercial Tort Claims**

Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all commercial tort claims against any individual or entity, including, but not limited to, claims and causes of action of the Debtor against any of the Debtor's current or former directors, officers, insiders or affiliates (as defined in the Bankruptcy Code), including claims against the Debtor's current or former directors and officers for (i) wrongful acts such as gross mismanagement, material misrepresentations, misstatements, errors, neglect, or breach of duty in connection with the Debtor's operations, practices, financial condition, or otherwise, including the Debtor's financial health and financial projections and (ii) acts, errors, misstatements, misleading statements, omissions or breaches of duty in connection with the purchase or sale of, or offer to purchase or sell, securities issued by the Debtor.

**Annex 9**

**Causes of Action Related to Recharacterization of Claims**

Unless otherwise released by the Plan or order of the Bankruptcy Court (including in connection with the disposition of any assets), the Debtor expressly reserves all Causes of Action against any Holder of a Claim to recharacterize any asserted Claim as equity in the Debtor.