**EXHIBIT C**

To Be Filed Upon Completion of the Auction