# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETROTOPE, INC.,[1] | ) | Case No. 22-10228 (JTD) |
| | ) | |
| Debtor. | ) | **Hearing Date: July 11, 2022** |
| | ) | |
| | ) | **Objection Deadline: July 1, 2022** |
| | ) | |
| | ) | **Re: Docket Nos. 197, 241** |

## STATEMENT OF KODIAK SCIENCES INC. REGARDING PROPOSED SALE OF DEBTOR'S ASSETS

Kodiak Sciences Inc. ("Kodiak"), the designated back-up bidder for the assets of the above-referenced debtor and debtor-in-possession (the "Debtor"), hereby files this statement regarding the proposed sale of the Debtor's assets.

### Kodiak's Background and Experience

Kodiak is a public company listed on the NASDAQ stock exchange (listed as KOD). Since its founding in 2009, Kodiak's mission has been singularly focused on bringing new science to the design and manufacture of next-generation medicines to prevent and treat chronic, high-prevalence eye diseases. To date, Kodiak has raised over $1.3 billion in capital from a strong public market investor base and has over $600 million of cash on hand. Kodiak currently has three (3) product candidates of its own, six (6) ongoing pivotal clinical studies, and 2,700 participating patients.

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Carnino Real, Suite 201, Los Altos, CA 94022.

Kodiak's leadership team, including its Chief Executive Officer and founder, Victor Perlroth, M.D., brings decades of life sciences industry experience and a proven track record in successfully funding and commercializing innovative medicines in ophthalmology and other disease areas. Notably, Kodiak has a highly skilled work force and a development engine already in place – specifically including technical manufacturing and clinical capabilities – that will be needed in order to successfully develop the Debtor's biotechnology platform. Further background information regarding Kodiak and its capabilities is set forth in the presentation attached hereto as **Exhibit A**.

Based on the foregoing, Kodiak is uniquely qualified and amply capitalized in order to research and develop the Debtor's technology and, ultimately, obtain regulatory approval and successful commercialization of the technology.

### Kodiak's Diligence and Bid

Since executing a non-disclosure agreement with the Debtor on May 23, 2022, Kodiak and its internal team have been focused on conducting active due diligence with respect to the Debtor and its assets. Kodiak requested and received certain documents and information from the Debtor and conducted interviews of the Debtor's key personnel. Although Kodiak was not provided with all of the technical data that it requested, Kodiak was sufficiently comfortable with the information provided and interested in the assets to submit a bid that it believed would be value-maximizing from the perspective of the Debtor's shareholders.

As is standard in the biopharmaceutical industry and consistent with typical shareholder upside objectives, Kodiak ultimately submitted a bid that (a) repaid the debtor-in-possession financing facility in the case in an amount up to $10 million in cash, *plus* (b) provided an additional $10.2 million in cash consideration, *plus* (c) delivered milestone and royalty

consideration to the Debtor's shareholders, all as set forth in the attached **Exhibit B**, which was delivered to the Debtor at the auction on June 27, 2022.

### Debtor's Valuation of Kodiak's Bid

For weeks in advance of the auction, Kodiak had provided the Debtor with advance notice that Kodiak may submit a bid consisting of milestones and royalties. On the day prior to the auction, Sunday, June 26, 2022, Kodiak delivered a projected revenues model and "hypothetical" milestone and royalty bid to the Debtor, which Kodiak ultimately adopted the next day at the auction. The purpose of such advance notice was to give the Debtor a fair opportunity to value Kodiak's bid. The Debtor, through its investment banker at SSG Capital ("SSG"), delivered its valuation methodology to Kodiak minutes before the auction.

In the short time that Kodiak had to review the SSG model during the auction, Kodiak identified certain critical mathematical errors and flawed assumptions. Kodiak provided input to SSG on these points. While SSG corrected certain mathematical issues, it did not make any adjustments to the model in response to the identified errors in methodology. As such, the Kodiak milestone and royalty components of its overbid were assigned a value by SSG and the Debtor of only $7.97 million. Kodiak believes that SSG and the Debtor have substantially undervalued its bid.

Kodiak will rely on the expert in this case retained by the shareholders objecting to the sale (*i.e.*, Charles Cantor, Robert Molinari, and Harry Saal) for purposes of addressing the issue of value.[2] Kodiak expects that such expert will provide an independent and credible third-party valuation of Kodiak's milestone and royalty bid. Kodiak firmly believes that the consideration that it has offered is much more valuable than determined by the Debtors and,

---

[2] As disclosed to the Court at the status conference on June 30, 2022, Kodiak has agreed to cover most of the cost of the shareholders' expert – specifically, 90% of such expense.

consistent with industry practices and the upside interests of shareholders, provides a path to maximizing the value of the Debtor's technology for the benefit of all shareholders, as opposed to only one of the Series D shareholders.

Kodiak presently intends to offer factual evidence at the sale hearing on July 11, 2022, generally consistent with the foregoing.

WHEREFORE, Kodiak urges the Court to consider the appropriate value to assess Kodiak's bid at the sale hearing scheduled for July 11, 2022 and, if appropriate, reopen the auction so that all of the Debtor's shareholders would benefit for the value of such bid.

Dated: July 1, 2022

PACHULSKI STANG ZIEHL & JONES LLP

 /s/ Peter J. Keane
Debra I. Grassgreen (CA Bar No. 169978)
Maxim B. Litvak (CA Bar No. 215852)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:    dgrassgreen@pszjlaw.com
           mlitvak@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel for Kodiak Sciences Inc.*