# **EXHIBIT A**

**Kodiak Background and Capabilities**



**Kodiak Background and Capabilities**

June 22, 2022

# KODIAK: WHERE BOLD VISION, INNOVATIVE SCIENCE, AND DECADES OF INDUSTRY EXPERIENCE COALESCE

- Since our founding in 2009, Kodiak's mission has been singularly focused on bringing new science to the design and manufacture of next-generation medicines to **prevent and treat chronic, high-prevalence ophthalmic diseases**

- Kodiak has developed a new technology platform, our Antibody Biopolymer Conjugate (ABC) platform, for retinal medicines, and has advanced our lead product candidate KSI-301 into **six pivotal clinical studies** in all major retinal vascular diseases including wet age-related macular degeneration (wet AMD), diabetic macular edema (DME), retinal vein occlusion (RVO), and non-proliferative diabetic retinopathy (NPDR)

- Kodiak's leadership team brings decades of life sciences industry experience and **proven track record** in **successfully founding, funding and growing valuable companies** that develop, manufacture and finance innovative medicines in ophthalmology and other disease areas with high unmet need

- Kodiak is **well capitalized** with $670M in cash as of end of 1Q 2022 with ~$20M monthly spending that is highly discretionary

**ABC** platform, precision engineered for increased durability and efficacy

**3** product candidates,
**6** pivotal clinical studies,
**2,700** patients

**$1.3B** capital raised from strong public market investor base (NASDAQ listed: KOD)
**$670M** capital on hand

## At Kodiak

- We understand the complexity of drug development and manufacturing, especially for ophthalmology which is highly technical

- We have leveraged our resources and tremendous expertise to build a growing portfolio of innovative medicines for high prevalence diseases based on a platform with disruptive potential

- Our development engine is primed for efficient and high quality drug development in adjacent areas such as neurology

KODIAK

2

# OUR JOURNEY

**2009**
- Company founded in Palo Alto, CA and focuses on conjugating antibodies and biopolymers to form new medicines

**2015**
- Company completes first institutional financing, partnering with Baker Brothers Advisors to develop novel medicines for high-prevalence retinal diseases

**2018**
- Kodiak initiates Phase 1a clinical study of lead product candidate KSI-301 in patients with DME
- Kodiak goes public, raising $90M
- Based on promising Phase 1a data in DME, we expand KSI-301 into a Phase 1b study in patients with wAMD, DME and RVO

**2019**
- Kodiak reports positive interim data from KSI-301 Phase 1b study
- Kodiak treats first patients in its initial Phase 2b/3 study of KSI-301 in patients with wAMD

**2020**
- Kodiak expands pivotal program of KSI-301, dosing patients in 3 Phase 3 studies – GLEAM and GLIMMER (paired DME studies) and BEACON (RVO)

**2021**
- Kodiak presents promising 1-year durability, efficacy and safety data from Phase 1b KSI-301 study in wet AMD, DME and RVO – 2/3 of patients achieved 2x per year dosing!
- Two additional Phase 3 KSI-301 studies initiated – DAYLIGHT (wet AMD) and GLOW (non-proliferative DR)

**2022**
- Top-line results from initial Phase 2b/3 study in patients with wet AMD announced with learnings applied to ongoing Phase 3 studies of KSI-301 – durability consistent with Phase 1b
- Grand opening of our purpose-built bioconjugation facility to support commercial manufacture of KSI-301

wAMD: wet age-related macular degeneration; DME: diabetic macular edema; RVO: retinal vein occlusion; DR: diabetic retinopathy



3

# SUCCESSFUL TRACK RECORD IN CORPORATE DEVELOPMENT AND PRODUCT DEVELOPMENT IN BIOTECH



### Victor Perlroth, MD, Chairman and CEO

Victor Perlroth co-founded Kodiak Sciences in 2009 and is the company's Chairman and Chief Executive Officer. Together with a talented core team, Dr. Perlroth has built Kodiak on a foundation of scientific excellence with a simple mission—to design and develop important new medicines for highly prevalent diseases. Under Dr. Perlroth's leadership, Kodiak is building a pipeline of potentially life transforming ophthalmology drug candidates with the goal to build a dominant retinal franchise for the benefit of patients globally. Previously, Dr. Perlroth served as Venture Partner and then Entrepreneur in Residence at MPM Capital, a dedicated healthcare venture capital investment firm. In 2003, Dr. Perlroth co-founded Avidia Inc., a biopharmaceuticals drug discovery and development company where he served as General Manager and Vice President of Corporate Development. In this role, at various times he had broad management responsibility across both corporate and research and development activities. Dr. Perlroth was one of two principals involved in the acquisition of the company by Amgen for $450 million. Earlier, Dr. Perlroth worked at Guzik Technical Enterprises, the industry-leading provider of test equipment to the hard disk drive industry, where he was Chief Operating Officer. Dr. Perlroth earned his M.D. and M.B.A. degrees from Stanford University and an A.B. in Molecular Biology summa cum laude from Princeton University.



### John Borgeson, CFO

John Borgeson is our Senior Vice President and Chief Financial Officer and has served in this position since January 2016. From January 2013 until December 2015, Mr. Borgeson led finance for a variety of private biotech companies, including Labrys Biologics, Inc., which was acquired by Teva Pharmaceuticals. Previously, Mr. Borgeson was a Vice President of Finance at Pfizer Inc. and a member of Pfizer's Global Finance and Business Operations Leadership Team. Mr. Borgeson's roles at Pfizer included finance head for Pfizer's biotherapeutics and bioinnovation group and corporate tax executive with responsibility for the United States and Europe. Under Mr. Borgeson's leadership, Pfizer completed a transformational restructuring of the global tax group that was replicated by other Fortune 50 companies. Mr. Borgeson started his career as an auditor with Ernst & Young and is a certified public accountant (inactive). He has an M.B.A. from R.I.T. and an undergraduate degree from the School of Management at the University at Buffalo (S.U.N.Y.)



### Jason Ehrlich, MD, PhD, Chief Medical Officer and Chief Development Officer

Dr Ehrlich is internationally recognized for his leadership and expertise in ophthalmic drug development. Prior to joining Kodiak, Dr. Ehrlich served in an executive capacity as Global Head, Clinical Ophthalmology at Genentech, a member of the Roche Group. In roles of increasing responsibility at Genentech/Roche from 2008-2018, Dr. Ehrlich's efforts as lead clinician for Lucentis in diabetic eye disease resulted in a unanimous FDA Advisory Committee vote and the first-ever FDA approval of an intraocular drug for diabetic macular edema. He then championed filing of a collaborative group study to further expand the Lucentis labeling into all forms of diabetic retinopathy, resulting in another first-ever FDA approval that provided a new option for patients: to be treated with anti-VEGF to achieve regression of their diabetic retinopathy disease. Dr. Ehrlich guided the integration of the ophthalmic drug delivery company ForSIGHT VISION4 into Genentech/Roche after its acquisition, including oversight of the successful Phase II study of the ranibizumab Port Delivery System. In his work, Dr. Ehrlich has participated in or overseen numerous sBLAs and both FDA and European health authority interactions. He led the global development of lampalizumab, including design and execution of the pivotal Phase III program that included over 1,800 patients, over 275 sites, and more than 20 countries. He also oversaw his team's effort to secure FDA approvals for Lucentis in its Prefilled Syringe and for choroidal neovascularization due to pathologic myopia and guided the successful transition to global Phase III development of Faricimab, a novel bispecific antibody for retinal vascular disease. Dr. Ehrlich completed his Ophthalmology residency at Stanford University School of Medicine, earned his M.D. and Ph.D. degrees from Stanford through the NIH-funded Medical Scientist Training Program, and received his A.B. in Molecular Biology summa cum laude from Princeton University.

KODIAK

# SUCCESSFUL TRACK RECORD IN CORPORATE DEVELOPMENT AND PRODUCT DEVELOPMENT IN BIOTECH



### Hong Liang, PhD, SVP, Discovery Medicine

Dr. Liang has led Kodiak's discovery efforts since December 2015. Most recently, Dr. Liang was Senior Director at the Rinat Laboratory of Pfizer Inc. where she led the Genomics and Computational Biology group focusing on target discovery and translational biomarker work. Previously, she was responsible for many preclinical projects in metabolic and neurological diseases at Rinat/Pfizer, including being the project initiator and inventor behind Rinat/Pfizer's PCSK9i bococizumab development program. Earlier, Dr. Liang lead the expression profiling and knockout construct generation efforts at Deltagen Inc. Dr. Liang trained as a postdoctoral fellow at Stanford University, earned a Ph.D. degree at Northwestern University and a Bachelor's degree at the University of Science and Technology of China.



### Almas Qudrat, SVP, Quality Operations

Ms. Qudrat joined the company in 2018, leads all quality functions at Kodiak, and has more than 25 years of experience in managing all aspects of quality activities for biotechnology and pharmaceutical companies. She has been responsible for small molecules, biologics, tablets, capsules, pre-filled syringes, vials, and combination products via intravenous, subcutaneous, intravitreal, inhalable, as well as transdermal routes of administration. Ms. Qudrat's experience spans good manufacturing practice (GMP), good clinical practice (GCP) and good laboratory practice (GLP). Ms. Qudrat led the pre-approval inspections that brought Botox (Allergan), Myoblock (Elan), and Exubera (Nektar-Pfizer) to the market and supported, prepared, and contributed to multiple pre-approval activities for other products including the Lucentis pre-filled syringe (Roche/Genentech). Prior to Kodiak, Ms. Qudrat held positions of increasing responsibility at Abbott, Baxter, Elan, Allergan, Nektar, Avidia, Amgen, Jazz Pharmaceuticals and Roche/Genentech. Ms. Qudrat earned masters degrees in both microbiology and biology from Brock University in Ontario, Canada.



### Bernd Jandeleit, PhD, VP, Chemistry

Dr. Jandeleit is responsible for advancing our polymeric platform technologies for sustained delivery of biologics and small molecules in the eye. Dr. Jandeleit's career spans more than 25 years in the life sciences industries. Prior to joining Kodiak, he co-founded Quadriga BioSciences, Inc., now a clinical stage biopharmaceutical company. Dr. Jandeleit coinvented QBS10072S, a small molecule chemotherapeutic for the targeted treatment of CNS cancers, and an amino-acid transporter inhibitor for T-cell mediated immune disorders. Prior to Quadriga BioSciences, Dr. Jandeleit worked with ascending responsibilities at XenoPort, Inc. (now Arbor Pharmaceuticals, Inc.) where he led multiple R&D prodrug delivery programs and helped establish XenoPort's Transported Prodrugs™ technology platform. Earlier, he held leading roles at Symyx Technologies, Inc., a pioneer in combinatorial and high-throughput R&D in catalysis and materials science. Dr. Jandeleit conducted postdoctoral research as a fellow at the German National Scholarship Foundation and BASF AG at The Scripps Research Institute. He received his MS and PhD degrees, both with summa cum laude, from the RWTH Aachen University in German.



### Stephen Raillard, PhD, VP, Chemical Development and Manufacturing

Dr. Raillard leads chemical development and manufacturing activities in support of Kodiak's drug substance portfolio. Dr. Raillard brings to Kodiak over 20 years of experience in pharmaceutical research and development, process scale-up and commercial manufacturing. Most recently, Dr. Raillard was Executive Director of Chemical Development at XenoPort, Inc, where he was responsible for developing the commercial manufacturing process for Gabapentin enacarbil (Tradename HORIZANT). In addition, he led the development and manufacture of seven additional APIs in XenoPort's portfolio. Dr. Raillard was a core Chemistry Manufacturing and Controls (CMC) team member in due diligence discussions that led to multiple licensing agreements with GSK and Astellas, Indivior, and Dr. Reddy's. Dr. Raillard has contributed to CMC filings and interactions with global regulatory authorities across the spectrum of drug discovery, development, and commercialization. Prior to joining Kodiak, Dr. Raillard held technical positions at Affmax Research Institute where, among other duties, he invented methods enabling fast scale-up using solid-phase chemistry on custom high-load polymer resins. Dr. Raillard received his Ph.D. from the ETH Zürich in Switzerland followed by a post-doc at The Scripps Research Institute in La Jolla, CA.

# In addition to capital, direct overlap of Kodiak's development engine (technical manufacturing plus clinical capabilities) and what Retrotope will need to successfully develop its products



*Requirement for Retrotope success* | *Kodiak capabilities*

- Platform company with potential for a diverse product portfolio spanning multiple indications and therapeutic areas
- Expertise in retinal-neuronal biology
- Expertise in chemistry and GMP scale up of oxygen sensitive catalytic systems which produce polydisperse drug substance
- Track record in non-clinical development, clinical development, and manufacturing/analytical/quality of ophthalmology medicines
- Deep subject area knowledge and expertise in ophthalmology led by former Global Head of Clinical Ophthalmology at Roche
- Integrated in-house clinical ecosystem for more efficient and cost-effective clinical development
- Development of next-gen retinal imaging systems to enable faster trials in dry AMD

*Kodiak has a wealth of relevant capabilities and is uniquely positioned to develop Retrotope's nascent platform technology into valuable therapies*

KODIAK

6

# Kodiak development engine – Corporate, Discovery, Non-clinical and Clinical

| | |
|---|---|
| **Track record of corporate building based on platform technology** | • Raised > $1.3B capital at increasing valuations<br>• Successfully developed a platform technology into multiple drug product candidates for high unmet need diseases – equipped to achieve the same with Retrotope's technology platform and products |
| **Established discovery engine with relevant know-how** | • Established discovery engine with tremendous know-how in advancing complex, non-traditional molecules (KSI-301 is composed of a biologic, a biopolymer and a chemical linker)<br>• An interdisciplinary team with deep expertise in retinal-neuronal biology and chemistry, including neuro transporter biology, oxidative stress pathways and PUFA biology. *Retrotope's platform consists of deuterated-PUFAs\* that are hypothesized to play an important role in oxidative stress, with lead assets targeting neurological and retinal diseases*<br>• Extensive experience in chemical synthesis and catalytic systems. *RT-011 is catalytically produced and its mechanism of action requires deep understanding of oxidative and enzymatic reaction pathways* |
| **Non-clinical and clinical regulatory expertise** | • In-house non-clinical regulatory expertise led by former FDA non-clinical reviewer<br>• Seasoned regulatory affairs and operations team with extensive experience across the U.S., EU, Canada, and other major ex-U.S. geographies (>40 clinical trial applications approved)<br>• Proven track record of successful regulatory strategy for non-clinical ADME (absorption, distribution, metabolism, and excretion), pharmacokinetics, and toxicology for a complicated, polydisperse drug product, to support product life cycle from pre-IND to Phase 3 registrational studies and BLA preparation |

\*PUFA: polyunsaturated fatty acid



7

# Kodiak development engine – Clinical

| | |
|---|---|
| **Wealth of clinical development expertise** | • Deep clinical development expertise in ophthalmology, led by Chief Medical Officer and Chief Development Officer Jason Ehrlich, former Global Head of Clinical Ophthalmology at Roche, who led the global development of lampalizumab in geographic atrophy *(GA, a potential lead indication for RT-011)* that was the largest GA development program conducted to date with > 1800 patients across > 275 sites in > 20 countries in the Phase 3 studies<br>• 50% of Kodiak employees are in clinical development, including a team of expert ophthalmologists; deep knowledge in ophthalmology coupled with broad clinical development experience and extensive relationships with U.S. and international regulators, clinical and scientific thought leaders in retinal biology and medicine<br>• Track record of running multiple global clinical studies in parallel, with >2700 patients dosed with KSI-301 in 14 countries |
| **Integrated in-house clinical ecosystem** | • Kodiak leverages our in-house clinical ecosystem for improved scalability, efficiency, and cost effectiveness of clinical operations (electronic trial master file, electronic data capture, clinical payment, trial monitoring, etc.)<br>• Resident expertise in biostatistics, statistical programming and clinical data science; seamless integration of data generation, transfer, storage and interpretation<br>• In-house development of next-gen retinal imaging system that is capable of disrupting clinical trial monitoring and aiding trial endpoint selection, thereby uniquely enabling faster and more cost-effective development in dry AMD and GA *(lead indications for RT-011)*, diseases that have historically required lengthy and expensive trials |

KODIAK

8

# Kodiak development engine – Technical operations

| | |
|---|---|
| **Process development and manufacturing for polydisperse drug substance** | • Deep expertise and extensive experience in developing sophisticated synthesis, purification, processing, and validation methods and workflow for complex, polydisperse drug mixtures. *Both KSI-301 and RT-011 are polydisperse drug mixtures consisting of a controlled assembly of molecular entities rather than a single defined molecular species* <br>• Developed robust catalytic metal-complex based manufacturing process that is highly sensitive to oxygen (<100ppm) and employs GMP grade redox probes; *Both KSI-301 and RT-011 manufacturing utilizes a catalytic approach that is sensitive to oxygen* <br>• Successfully optimized process to generate reproducible product and scaled CMC process to supply multiple parallel global clinical trials and to enable commercial scale manufacturing <br>• *Committed to and invested in manufacturing excellence – constructed a purpose-built bioconjugation facility IBEX in collaboration with manufacturing partner Lonza that is dedicated to the manufacture of Kodiak's drug products* |
| **Analytics and quality assessment** | • Successfully developed and implemented state of the art analytical methods for R&D and at target scale manufacturing for challenging, polydisperse drug mixtures <br>• Extensive experience in quality operations relating to complex combination products pre-IND through Phase 3 |
| **Regulatory CMC** | • Successfully navigated regulatory requirements for CMC associated with complex drug substances <br>• Successfully implemented Kodiak-driven regulatory CMC strategy along product life cycle from pre-IND past end-of phase 2 meeting and execution of BLA facing activities |

KODIAK

9

# SCENARIO ANALYSIS: DUAL PORTFOLIO DEVELOPMENT WITH FINANCIAL AND OPERATIONAL AGILITY TO MAXIMIZE LONG-TERM VALUE CREATION

| 2Q 2022 | 3Q 2022 | 4Q 2022 | 1Q 2023 | 2Q 2023 | 3Q 2023 | 4Q 2023 |

**Kodiak pipeline**

KSI-301 ongoing pivotal study top-line results

**Retrotope pipeline**

- Kodiak is currently studying our lead product candidate, KSI-301, in 5 registrational Phase 3 studies
- Well capitalized with low organic burn rate
  - 1Q22 burn rate of ~$60M (excluding stock based compensation and other non cash items)
  - Organic burn rate is minimal (~100 FTEs) with significant discretion
  - Substantial optionality and cash runway as data and information evolve

**Phase 3 studies succeed**
- Kodiak can experience substantive increase in value and have access to additional capital on attractive terms to advance Retrotope's portfolio in parallel

**Phase 3 studies fail**
- Kodiak can scale down KSI-301 related operations and retain the resources to fully develop Retrotope's portfolio of deuterated polyunsaturated fatty acids

*In all cases, with $670M in capital and spending ~$60M per quarter, Kodiak has the resources needed to achieve its mission to develop disruptive platforms and products for high prevalence diseases*



10

*Kodiak is ready to invest the time and resources needed to advance Retrotope's platform towards the dual mission of medicine and shared value creation*

## PROMISE OF THE PLATFORM

- Retrotope's platform of deuterated polyunsaturated fatty acids (PUFAs) is still early stage with primarily preclinical validation but carries the promise of important therapies in many degenerative diseases

## REQUIREMENT FOR SUCCESS

- An established development engine, substantive capital, and deep subject area expertise in ophthalmology and beyond are needed to meaningfully and thoughtfully advance Retrotope's platform

## COMMITMENT TO THE JOURNEY

- At Kodiak, we are excited about Retrotope's technology platform and product potential. We possess the right fit of capabilities and resources to progress the dual objectives of creating important medicines and returning value to all stakeholders

KODIAK

11