## EXHIBIT B

**Kodiak Bid**

# Kodiak bid and structure

| Terms | | |
|---|---|---|
| **Cash** | (i)   the amount of Seller's allowed secured debt as of the Closing Date<br>(ii)  plus $10,200,000 in cash<br>(iii) plus the Cure Costs, if any<br>(together, the foregoing items (i), (ii), and (iii), the "Purchase Price") | |
| **Development Milestones**<br><br>(1) First regulatory approval in any geography | $15M | • Milestone applies to RT-011 (D-DHA) product (paid once) |
| **Sales Milestones**<br><br>(1) Annual net sales first reach $1,000M<br><br>(3) Annual net sales first reach $2,500M | <br><br>$30M<br><br>$40M | • Milestones apply to any pharmaceutical product derived from the technology (paid once) |
| **Net Sales Royalty**<br><br>(1) Annual net sales below $500M<br><br>(2) Annual net sales above $500M and below $1,000M<br><br>(3) Annual net sales above $1,000M | <br><br>4.5%<br><br>3.5%<br><br>2.5% | • Royalty applies to net sales of any pharmaceutical product derived from the technology, including but not limited to RT-001, RT-011 and / or deuterated arachidonic acid, until loss of exclusivity |

Note:  Obligations transferred in any licensing / sub-licensing scenarios

