# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RETROTOPE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10228 (JTD)<br><br>**Hearing Date: July 11, 2022**<br><br>**Objection Deadline: July 1, 2022**<br><br>Re: Docket No. 241 |

## ROBERT MOLINARI, HARRY SAAL, AND CHARLES CANTOR'S EXHIBIT AND WITNESS LIST IN CONNECTION WITH HEARING TO CONFIRMATION OF PLAN AND PROPOSED SALE

Robert Molinari, Harry Saal, and Charles Cantor (collectively, the "Shareholder Group"), submit this witness and exhibit list in connection with the July 11, 2022 hearing on confirmation of the First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Dk. No. 241] (the "Plan") and the proposed sale of substantially all of Debtor's assets contained within Plan, filed by Retrotope, Inc., the debtor in possession in the above captioned case ("Debtor").

## WITNESSES

The Shareholder group may call one or more of the following witnesses in support of its case in Chief:

1. Charles Cantor;
2. Richard Manning (Designated Expert);
3. Peter Milner (Adverse Witness);
4. Robert Molinari;
5. Nitin Mehta (Adverse Witness);
6. Victor Perlroth

1

7. Brian Ryniker (Adverse Witness);

8. Harry Saal;

9. Daniel Scouler (Adverse Witness);

10. Misha Shchepinov (Adverse Witness); and

11. J. Scott Victor (Adverse Witness).

The Shareholder Group reserves the right to call additional rebuttal witnesses.

## EXHIBITS

The Shareholder Group may move for admittance of one or more of the following exhibits:

**Sale Motion and 11 U.S.C. § 1129(a)(7) Valuation:**

Shareholder Group ("SG"):

SG-1: June 22, 2022 Letter from Maxim B. Litvak to Retrotope c/o SSG Capital Advisors, LLC and Womble Bond Dickinson (US) LLP submitting overbid;

SG-2: Kodiak Sciences, Inc. Background and Capabilities dated June 22, 2022;

SG-3: Asset Purchase Agreement By and Between Kodiak Sciences Inc. as Purchaser and Retrotope, Inc. dated as of June 22, 2022;

SG-4: Redline of Asset Purchase Agreement By and Between Kodiak Sciences Inc. as Purchaser and Retrotope, Inc. dated as of June 22, 2022;

SG-5: Transcript of Auction Held on June 27, 2022;

SG-6: Kodiak Bid Structure Document;

SG-7: Kodiak Bid Submitted at Auction Held on June 27, 2022;

SG-8: June 27, 2022, 9:55 AM, Email from Nicholas Vernacchio to Maxim Litvak, Debra Grassgreen, Victor Perlroth, and Clare Xu, attaching SSG Valuation of Kodiak Bid Submitted at Auction;

SG-9: June 27, 2022, 11:55 AM, Email from Nicholas Vernacchio to Maxim Litvak, Debra Grassgreen, Victor Perlroth, and Clare Xu, attaching SSG Valuation of Kodiak Bid Submitted at Auction;

SG-10: Relevant portions of the Dismissal Hearing Transcript;

SG-11: Relevant portions of the Milner Deposition Transcript;

SG-12: Retrotope's May, 2022 Operating Report;

SG-13: Retrotope, Inc.—Detailed Capitalization Table;

SG-14: Expert Report of Richard Manning, Ph.D.; and

SG-15: Curriculum Vitae of Richard Manning, Ph.D.

**Sale Authority and Remaining Plan Confirmation Issues:**

SG-16: Amended and Restated Certificate of Incorporation of Retrotope, Inc.;

SG-17: Amended and Restated Voting Agreement dated as of April 30, 2021;

SG-18: May 23, 2022 Confidentiality Agreement Executed By Kodiak Sciences Inc.;

SG-19: June 2, 2022 Email from Robert De Jager to Anil Kumar and all emails in that email chain;

SG-20: June 2, 2022 Email from Yvonne Kao to Retrotope (RT) common stock shareholders;

SG-21: June 10, 2022 Letter from Adam C. Trigg to Retrotope, Inc. and Dan Scouler re Action by Written Consent of Stockholders of Retrotope, Inc. Pursuant to 8 Del. C. § 228;[1]

SG-22: June 14, 2022 Letter from Matthew P. Ward to Adam Trigg Re: Retrotope, Inc. Board of Directors;

SG-23: June 16, 2022 Letter from Adam C. Trigg to Matthew P. Ward Re: Retrotope, Inc. Board of Directors and Demand for Inspection of Books and Records;

---

[1] The Shareholders will have copies of the shareholder consents available for inspection at the hearing.

SG-24: June 20, 2022 Letter from Matthew P. Ward to Adam C. Trigg Re: Retrotope, Inc. Board of Directors;

SG-25: Retrotope Minutes of the Meeting of the Board of Directors Dated Friday, April 1, 2022;

SG-26: Retrotope Minutes of the Meeting of the Board of Directors Dated Friday, June 3, 2022; and

SG-27: Retrotope First Amended Chapter 11 Plan of Reorganization of Retrotope, Inc. dated June 23, 2022.

The Shareholder Group Reserves the right to include additional exhibits as necessary following review of Debtor's pleadings in support of Plan confirmation.

Dated: July 7, 2022

THE POWELL FIRM, LLC
Wilmington, Delaware

By:  */s/ Jason C. Powell*

Jason C. Powell (No. 3768)
1201 No. Orange Street
Wilmington, Delaware 19801
Telephone: 302.650.1572
Email: jpowell@delawarefirm.com

-AND-

BUCHALTER, A Professional Corporation

By:  */s/ Jeffrey K. Garfinkle*

Jeffrey K. Garfinkle
(admitted *pro hac vice*)
Paul S. Arrow
(admitted *pro hac vice*)
18400 Von Karman Ave., Suite 800
Irvine, CA  92612
Telephone: 949.760.1121
Email: jgarfinkle@buchalter.com

*Attorneys for Harry Saal, Robert Molinari and Charles Cantor*