**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| RETROTOPE, INC.,[1] | ) Case No. 22-10228 (JTD) |
| Debtor. | ) |
| | ) **Docket Ref. No. 241** |

**RETROTOPE, INC.'S LIST OF**
**WITNESSES AND EXHIBITS FOR JULY 11, 2022 HEARING**

Retrotope, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Case"), files this witness and exhibit list for the hearing scheduled for July 11, 2022 (the "Hearing") with respect to confirmation of the *First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc*. [Docket No. 241].

## WITNESSES

The Debtor will call the following witnesses at the Hearing:

| Witness Name; Relationship to Debtor | Cross-Examination Expected |
|---|---|
| Dan Scouler; Independent Director of Retrotope, Inc. | Shareholder Group |
| Brian Ayers; Rock Creek Advisors, LLC; Financial Advisor to the Debtor | Shareholder Group |
| J. Scott Victor; SSG Advisors, LLC; Investment Banker to the Debtor | Shareholder Group |
| Brad Daniel, BMC Group, Debtor's Claims/Noticing Agent | Unknown |
| Nitin Mehta, DIP Lender & Purchaser | Shareholder Group |

---

[1] The Debtor in this chapter 11 case, its jurisdictions of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, Inc. a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA 94022.

## EXHIBITS

The Debtor may offer into evidence any one or more of the following exhibits at the Hearing:

| Exhibit No. | Description | Docket No. | Date Filed |
|---|---|---|---|
| RT01 | Amended and Restated Voting Agreement, dated April 30, 2021 | | |
| RT02 | Board Minutes, dated June 3, 2022 | | |
| RT03 | Retrotope Inc. Certificate of Incorporation | Docket No. 63 [Exhibit F] | 4/6/2022 |
| RT04 | Transcript; Hearing on Motion to Dismiss | | 4/14/2022 |
| RT05 | Board Minutes, dated Jan. 6, 2022 | | |
| RT06 | Board Minutes, dated June 28, 2022 | | |
| RT07 | SSG Valuation Model | | |
| RT08 | Asset Purchase Agreement By and Between RTMFP Enterprises Inc., as Purchaser, and Retrotope, Inc., as Seller | Docket No. 284 [Exhibit C] | 4/26/22 |
| RT09 | Kodiak Presentation | | |
| RT10 | Liquidation Analysis | Docket No. 210 | 5/27/2022 |
| RT11 | Capitalization Table | Docket No. 59 | 4/4/2022 |
| RT12 | D&O Insurance Policy | | |
| RT13 | Retrotope Inc. Balance Sheet as of December 31, 2021 | Docket No. 64 [Exhibit A] | 4/6/2022 |
| RT14 | Retrotope Inc. Profit and Loss January 2021 – January 2022 | Docket No. 64 [Exhibit B] | 4/6/2022 |
| RT15 | Retrotope Inc. Statement of Cash Flows FY 2021 and January 2022 | Docket No. 64 [Exhibit C] | 4/6/2022 |
| RT16 | Retrotope Inc.'s 2020 Tax Return | Docket No. 64 [Exhibit D] | 4/6/2022 |
| RT17 | Preferred Shareholders' Letter to the Shareholders Regarding Subchapter V Bankruptcy Filing dated February 18, 2022 | Docket No. 64 [Exhibit E] | 4/6/2022 |
| RT18 | Retrotope Inc. Mehta Ownership Schedule | Docket No. 66 [Exhibit A] | 4/6/2022 |
| RT19 | [Signed] Order (I) Approving the Bidding Procedures, (II) Approving Certain Bidding Protections in Connection with the Sale of Debtors Assets, (III) Scheduling the Bid Deadline and the Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief | Docket No. 197 | 5/19/22 |
| RT20 | First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, | Docket No. 241 | 6/23/22 |

| Exhibit No. | Description | Docket No. | Date Filed |
|---|---|---|---|
| | Inc. | | |
| RT21 | Sale Auction Transcript | | 6/27/2022 |
| RT22 | Transcript; Omnibus Hearing | | 6/30/2022 |

As discovery is ongoing among the parties, the Debtor expressly reserves the right to otherwise supplement this list as necessary, including, without limitation, deposition transcripts and any other witnesses or exhibits including for purposes of cross-examining, impeaching, authenticating documents or rebutting the testimony of any witness during the course of the hearing.

Dated: July 7, 2022
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
Morgan L. Patterson (DE Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: ericka.johnson@wbd-us.com
Email: morgan.patterson@wbd-us.com

*Counsel to the Debtor*