# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RETROTOPE, INC., | Case No. 22-10228 (JTD) |
| Debtor. | |

### DECLARATION OF NITIN T. MEHTA IN SUPPORT OF SALE OF DEBTOR'S ASSETS TO RTMFP ENTERPRISES, INC. OR ITS DESIGNEE

1. My name is Nitin T. Mehta. I am over the age of 21, of sound mind, and competent to provide this declaration (the "Declaration"). I swear that the following is true and correct to the best of my knowledge.

2. I am the President and Chief Executive Officer of RTMFP Enterprises Inc., a Delaware corporation ("RTMFP"), formed on March 14, 2022 for the purpose of, among other things, (i) providing a debtor-in-possession loan to Retrotope, Inc., a Delaware corporation and the debtor-in-possession (the "Debtor") in the above-captioned chapter 11 bankruptcy proceeding (the "Bankruptcy Case"), and (ii) bidding to acquire the Debtor's assets in the form of a stalking horse bid in connection with the Debtor's implementation of a commercially reasonable sale process.

3. On April 26, 2022, RTMFP and the Debtor executed an Asset Purchase Agreement (the "Asset Purchase Agreement") in which RTMFP helped to establish, as stalking horse bidder, a price threshold for other parties who intended to make a bid to acquire the Debtor's assets and maximize value for the bankruptcy estate.

4. RTMFP's initial stalking horse bid was in the form of a credit bid equal to the amount of RTMFP's debtor- in-possession loan made available to the Debtor in the Bankruptcy Case, plus $10,000,000.00 in cash (the "Stalking Horse Purchase Price").

5. Debtor qualified, as of the June 22, 2022 bid deadline, RTMFP and Kodiak Sciences, Inc. ("Kodiak") as bidders pursuant to the terms of the Debtor's Bidding Procedures, which were approved by the Court upon entry of that certain Order dated May 19, 2022 (i) Approving the Bidding Procedures ("Bidding Procedures"), (ii) Approving Certain Bidding Protection in Connection with the Sale of the Debtor's Assets, (iii) Scheduling the Bid Deadline and the Auction, (iv) Approving the Form and Manner of Notice Thereof, and (v) Granting Related Relief [Dkt. No. 197] (the "Bid Procedures Order"). RTMFP and Kodiak subsequently attended the Debtor's auction on June 27, 2022 (the "Auction"). RTMFP has no affiliation whatsoever with Kodiak.

6. At the conclusion of the Auction, RTMFP's credit bid, which is equal to the amount of the Debtor's current indebtedness owed to RTMFP in the amount of $8,000,000.00, plus $19,000,000.00 in cash for a total amount of $27,000,000.00 (the "Revised Purchase Price," together with the Stalking Horse Purchase Price, the "Purchase Price"), was deemed by the Debtor's investment banker, SSG Capital Advisors LLC, the highest and best offer. As a result, Debtor determined that RTMFP was the winning bidder at the Auction.

7. The Auction was at all times conducted openly, at arms-length and in good faith, and the Debtor complied with the terms set forth in the Bid Procedures Order and Bidding Procedures.

8. At no time did RTMFP collude with any bidder, including Kodiak, to suppress the Purchase Price for the Debtor's assets.

9. On July 5, 2022, Debtor filed with the Court a certain First Amendment to the Asset Purchase Agreement (the "First Amendment") for the purpose of reflecting the Revised Purchase Price for the Debtor's assets, which was included in Debtor's Notice of Filing Amendment to Plan Supplement [Dkt. No. 284].

10. I previously was a member of the Debtor's Board of Directors (the "Board"). On March 1, 2022, I resigned my position from the Board. Two independent directors, Dan Scouler and Brian Ryniker were appointed as replacements to the Board. A third Board member, Peter Milner, the former Chief Medical Officer of the Debtor, also was appointed. Mr. Milner was previously appointed to the Board by Harry Saal, Robert Molinari, and Charles Cantor, three of Debtor's current shareholders. In the case of Messrs. Scouler and Ryniker, they were introduced to me through the Debtor's advisors. I had no previous relationship with either of these individuals prior to their appointment as Board members. The Debtor's other current Board member is Misha Shchepinov, the co-founder of the Debtor.

11. Currently, I have no role in the day-to-day operations of the Debtor. My most recent interactions with the Debtor have been solely in connection with RTMFP's (i) negotiation of the Asset Purchase Agreement, the First Amendment and assumption and assignment of executory contracts and unexpired leases for the purpose of operating as a going-concern entity, (ii) transition of the existing business, and (iii) review and approval of additional amounts that RTMFP made available to Debtor as part of its debtor-in-possession loan to the bankruptcy estate. These interactions with the Debtor and its representatives commenced after my resignation from the Board. RTMFP commenced these good-faith negotiations with the Debtor, primarily through counsel and SSG. Additionally, I reviewed the items mentioned in this

paragraph with Anil Kumar, the Debtor's former president, and Yvonne Kao, Debtor's controller.

12. For the avoidance of doubt, I am not a director, officer, person in control, or general partner of the Debtor. Further, no relative of mine is a general partner, director, officer or person in control of the Debtor.

13. RTMFP is a good faith purchaser who negotiated the Asset Purchase Agreement, First Amendment and related documents at arms-length and in good faith with the Debtor.

14. As reflected in the Asset Purchase Agreement, RTMFP is assuming certain executory contracts and unexpired leases. The updated Purchase Price as set forth in the First Amendment takes into account the satisfaction of all cure costs that shall be due and owing.

15. In addition to the debtor-in-possession financing that RTMFP has made available to the Debtor and the amount in cash RTMFP shall pay to Debtor to acquire the Debtor's assets, my family and I have invested over the last 38 months approximately $35,000,000.00 in exchange for Series C and D Shares in the Debtor. We recognize the importance of providing the necessary funding so that the clinical trials for the Debtor's groundbreaking drugs can continue. These drugs will enable the Debtor to fulfill its mission to improve the lives of individuals suffering from debilitating and fatal diseases. Consequently, RTMFP or its designee will have the necessary funding to operate as a going concern and perform under existing contracts and leases.

[Rest of page intentionally left blank.]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of July, 2022.

/s/ *Nitin T. Mehta*
Nitin T. Mehta
*President/CEO RTMFP Enterprises Inc.*
