**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RETROTOPE, INC.,[1] | ) | Case No. 22-10228 (JTD) |
| | ) | |
| Debtor. | ) | **Ref. Docket Nos. 209, 210, 241** |
| | ) | |

**NOTICE OF FILING OF PROPOSED ORDER CONFIRMING THE**
**FIRST AMENDED CHAPTER 11 PLAN OF LIQUIDATION OR**
**REORGANIZATION OF RETROTOPE, INC.**

PLEASE TAKE NOTICE that on May 27, 2022, the above-captioned Debtor filed the *Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* [Docket Nos. 209 & 210] (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on June 9, 2022, the Bankruptcy Court entered the *Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (III) Granting Related Relief* [Docket No. 217] (the "Plan Scheduling Order").

PLEASE TAKE FURTHER NOTICE that on June 23, 2022, the Debtor filed the *First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* [Docket No. 241].

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 2 of the Plan Scheduling Order, attached hereto as **Exhibit A** is a proposed form of *Order Confirming the First*

---

[1] The Debtor in this chapter 11 case, its jurisdiction of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA 94022.

*Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.* (the "Proposed Confirmation Order").

PLEASE TAKE FURTHER NOTICE that the Debtor intends to present the Proposed Confirmation Order to the Bankruptcy Court for approval at the hearing scheduled for July 11, 2022 at 9:30 a.m. (prevailing Eastern Time) before the Honorable John T. Dorsey.

| | |
|---|---|
| Dated: July 8, 2022<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br>Email: ericka.johnson@wbd-us.com<br>Email: morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtor* |