**EXHIBIT A**
Updated Liquidation Analysis

Retrotope, Inc.
U.S. Bankruptcy Court - District of Delaware
Case No. 22-10228(JTD)
Liquidation Analysis

## Liquidation Analysis

| | Book Balance | Chapter 7 Asset Recovery Rates Low | High | Chapter 7 Recovery $ Low | High | Chapter 11 Stalking Horse Recovery $ | % |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| Cash on Hand [1] | $4,451,000 | 100% | 100% | $4,451,000 | $4,451,000 | $4,451,000 | 100% |
| Prepaids/Deposits | 1,177,901 | 50% | 100% | 588,950 | 1,177,901 | 1,177,901 | 100% |
| Inventory | - | 5% | 20% | 0 | 0 | | |
| Property and Equipment | 63,702 | 0% | 10% | 0 | 6,370 | $63,702 | 100% |
| Intellectual Property | Unknown | 0% | 50% | Unknown | Unknown | | |
| Causes of Action | TBD | 0% | 50% | TBD | TBD | TBD | |
| Sale Proceeds - Cash | - | 0% | 0% | - | - | 19,000,000 | |
| **Gross Asset Recovery** | **$5,692,603** | | | **$5,039,950** | **$5,635,271** | **$24,692,603** | |
| **Chapter 7 Expenses** | | | | | | | |
| Liquidation Expenses | | | | | | | |
| Estate Wind-Down Costs | | | | $100,000 | $50,000 | $75,000 | |
| Chapter 7 Trustee Fees | | | | 100,000 | 50,000 | - | |
| **Liquidation and Wind Down Expenses** | | | | **$200,000** | **$100,000** | **$75,000** | |
| **Net Asset Recovery** | | | | **$4,839,950** | **$5,535,271** | **$24,617,603** | |

| | Claims Amounts | % Low | High | $ Low | High | | |
|---|---|---|---|---|---|---|---|
| | | | | $5,039,950 | $5,635,271 | $24,617,603 | 100% |
| **Total Administrative Expense Claims** | $1,300,000 | 100% | 100% | 1,300,000 | 1,300,000 | 1,175,000 | 100% |
| **Total Priority Tax Claims** | 1,000 | 100% | 100% | 1,000 | 1,000 | 1,000 | 100% |
| **Total DIP Claims[1]** | 10,000,000 | 100% | 100% | 10,000,000 | 10,000,000 | - | |
| **Net Recovery to Unsecured Creditors** | | | | -$6,261,050 | -$5,665,729 | $23,441,603 | |
| **Unsecured Claims** | | | | | | | |
| General Unsecured Claims - Class 3 | | | | | | | |
| Accounts Payable | 2,256,000 | 115% | 105% | 2,594,400 | 2,368,800 | 2,481,600 | 100% |
| Total General Unsecured Claims and Convenience Claims | $2,256,000 | | | $2,594,400 | $2,368,800 | $2,481,600 | |
| **Unsecured Recovery Percentage** | | | | **0.0%** | **0.0%** | **100.0%** | |
| **Net Recovery to Equity - Series D** | $ 30,673,307 | | | | | $20,960,003 | |
| **Equity Series D Recovery Percentage** | | | | | | **68.3%** | |

1 - Cash on Hand and DIP Claims assumes that the DIP is fully drawn at $10M. The DIP Claim is credit bid under the Stalking Horse APA as part of total consideration.