**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| RETROTOPE, INC.,[1] | ) Case No. 22-10228 (JTD) |
| Debtor. | ) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 11, 2022 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE JOHN T. DORSEY**

---

**THE HEARING WILL BE CONDUCTED (I) IN PERSON BEFORE THE HONORABLE JOHN T. DORSEY AT THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DE 19801, AND (II) VIA ZOOM FOR THOSE NOT ATTENDING IN PERSON (ALL ZOOM PARTICIPANTS TO REGISTER IN ADVANCE).**

**COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-uspjwjEsue2ASJqKvqZJpR5NDUzC8

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**ALL PARTIES MUST REGISTER NO LATER THAN 4:00 P.M. (ET) ON JULY 8, 2022.**

**PERSONS WITHOUT INTERNET ACCESS MAY CONTACT CHAMBERS STAFF TO REQUEST THE TOLL-FREE NUMBER TO APPEAR TELEPHONICALLY. PLEASE CONTACT CHAMBERS AT LEAST ONE BUSINESS DAY PRIOR TO THE SCHEDULED HEARING.**

---

[1] The Debtor in this chapter 11 case, its jurisdictions of organization, and the last four digits of its U.S. taxpayer identification number is Retrotope, a Delaware corporation (8003). The Debtor's corporate headquarters is located at 4300 El Camino Real, Suite 201, Los Altos, CA.

[2] Amended items noted in bold.

**MATTER SUBMITTED UNDER CNO:**

1.  Debtor's Motion for Entry of an Order (A) Further Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 6/17/22] ([Docket No. 235](#))

    Related Documents:

    A. Certification of No Objection Regarding Debtor's Motion for Entry of an Order (A) Further Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 7/6/22] ([Docket No. 286](#))

    B. [Signed] Order (A) Further Enlarging the Period Within Which the Debtor May Remove Actions and (B) Granting Related Relief [Filed 7/7/22] ([Docket No. 293](#))

    Objection/Response Deadline:    July 1, 2022 at 4:00 p.m.

    Objections/Responses Received:    None.

    Status: The Court has entered the order on this matter.

**CONFIRMATION:**

2.  Confirmation of Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc.

    Objection/Response Deadline:    June 30, 2022 at 4:00 p.m.; extended to July 1, 2022 for the Shareholders

    Objections/Responses Received:

    A. Albert Einstein College of Medicine's Limited Objection to Proposed Cure and Reservation of Rights [Filed 6/17/22] ([Docket No. 236](#))

    B. Statement and Reservation of Rights of Subchapter V Trustee Regarding Confirmation of the First Amended Plan of Liquidation or Reorganization of Retrotope, Inc. and Other Matters to Be Heard on July 11, 2022 [Filed 6/29/22] ([Docket No. 268](#))

    C. Objection to Robert Molinari, Harry Saal, and Charles Cantor to Confirmation of Plan and Proposed Sale [Filed 7/1/22] ([Docket No. 274](#))

    D. Statement of Kodiak Sciences Inc. Regarding Proposed Sale of Debtor's Assets [Filed 7/1/2022] ([Docket No. 275](#))

    E. Supplemental Delaware Authority and Excerpts of Deposition Transcript of Peter Milner in Support of Objection of Robert Molinari, Harry Saal, and Charles Cantor to Confirmation of Plan and Proposed Sale [Filed 7/3/22] ([Docket No. 282](#))

F. Response of RTMFP Enterprises Inc. to Objection of Robert Molinari, Harry Saal, and Charles Cantor to Confirmation of Plan and Proposed Sale [Filed 7/7/22] (Docket No. 296)

Related Documents:

A. [Signed] Order (I) Approving the Bidding Procedures, (II) Approving Certain Bidding Protections in Connection with the Sale of Debtors Assets, (III) Scheduling the Bid Deadline and the Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief [Filed 5/19/22] (Docket No. 197)

B. Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Transaction [Filed 5/20/22] (Docket No. 204)

C. Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 5/27/22] (Docket No. 209)

D. Notice of Filing of Exhibit A to the Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 5/27/22] (Docket No. 210)

E. [Signed] Order (I) Scheduling a Hearing on Plan Confirmation and Deadlines Related Thereto; (II) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (III) Granting Related Relief [Filed 6/9/22] (Docket No. 217)

F. Notice of Hearing to Consider Confirmation of the Plan and the Objection Deadline Related Thereto [Filed 6/20/22] (Docket No. 223)

G. Certificate of Service of Bradford Daniel Regarding Solicitation Materials [Filed 6/17/22] (Docket No. 233)

H. Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Transaction [Filed 6/17/22] (Docket No. 237)

I. First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 6/23/22] (Docket No. 241)

J. Notice of Filing Blackline of Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 6/23/22] (Docket No. 242)

K. Plan Supplement [Filed 6/23/22] (Docket No. 243)

L. Notice of Auction Results [Filed 6/28/22] (Docket No. 259)

M. Notice to Contract Counterparties Regarding Auction Results [Filed 6/28/22] (Docket No. 262)

N.  Notice of Filing of Amendment to Plan Supplement [Filed 7/5/22] ([Docket No. 284](#))

O.  Declaration of Brad Daniel of BMC Group Regarding Voting and Tabulation of Ballots for the First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 7/6/22] ([Docket No. 287](#))

P.  Robert Molinari, Harry Saal, and Charles Cantor's Exhibit and Witness List in Connection with Hearing to Confirmation of Plan and Proposed Sale [Filed 7/7/22] ([Docket No. 291](#))

Q.  Retrotope, Inc.'s List of Witnesses and Exhibits for July 11, 2022 Hearing [Filed 7/7/22] ([Docket No. 294](#))

R.  Declaration of Nitin T. Mehta in Support of Sale of Debtor's Assets to RTMFP Enterprises, Inc. or its Designee [Filed 7/7/22] ([Docket No. 295](#))

S.  Memorandum of Law in Support of First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. and Approval of Sale of Debtor's Assets [Filed 7/7/22] ([Docket No. 298](#))

T.  Harry Saal's, Robert Molinari's, and Charles Cantor's Notice of Service of Expert Report [Filed 7/8/22] ([Docket No. 300](#))

U.  Notice of Filing of Proposed Order Confirming the First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 7/8/22] ([Docket No. 301](#))

V.  **Declaration of Brian Ayers in Support of First Amended Chapter 11 Plan of Liquidation or Reorganization of Retrotope, Inc. [Filed 7/10/22] ([Docket No. 303](#))**

W.  **Retrotope, Inc.'s Motion in Limine to Exclude Testimony of Richard J. Manning [Filed 7/10/22] ([Docket No. 304](#))**

Status:  Response A above has been resolved.  This matter will be going forward.

| | |
|---|---|
| Dated: July 10, 2022<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>Morgan L. Patterson (DE Bar No. 5388)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 252-4330<br>Email:  matthew.ward@wbd-us.com<br>Email:  ericka.johnson@wbd-us.com<br>Email:  morgan.patterson@wbd-us.com<br><br>*Counsel to the Debtor* |