# EXHIBIT E

# EXHIBIT E

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Disbursement Diary** | | | | | | | |
| | | | | | **03/21/2022 Through 06/26/2022** | | | | | | | |
| Selections: Client-Matter: M1459-2 to M1459-2 Billed Only *Exclude Write-Offs* | | | | | | | | | | | | |
| Client | Client Name | Matter | Matter Name | Date | Dsb. Code | Description | Check No. | Units | Rate | Amount | Status Source | Invoice No. | Vendor No. | Voucher No. |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 304.85 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 143.38 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 516.83 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - DELIVERY TO BANKRUPTCY COURT | 0 | - | | $ 15.00 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - PREPARE CERTIFICATION OF COUNSEL PLEADINGS BINDER | 0 | - | | $ 213.75 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - PREARE SHARE FILE TO DELIVERY TO COURT AND PARTIES FOR HEARING EXHIBITS | 0 | - | | $ 126.44 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - PICK UP DOCUMENTS FROM BANKRUPTCY COURT | 0 | - | | $ 46.00 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - DELIVERY TO BANKRUPTCY COURT | 0 | - | | $ 39.00 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. | 0 | - | | $ 31.05 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: RELIABLE (TRANSCRIPT) | 0 | - | | $ 54.00 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSE: US DISTRICT COURT (PHV ADMISSION FEE FOR ADAM TRIGG, ESQUIRE) | 0 | - | | $25.00 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. | 0 | - | | $ 26.23 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 126.66 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF MOTION TO DISMISS | 0 | - | | $ 753.20 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 241.91 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | | | REIMBURSABLE EXPENSES: PARCELS, INC. - SERVICE OF PLEADINGS | 0 | - | | $ 47.36 | | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 3/23/22 | 93 | REIMBURSABLE EXPENSES: PRO HAC VICE ADMISSION FEES FOR JEFFREY GARFINKLE, ESQUIRE, AND PAUL ARROW, ESQUIRE | 0 | - | - | $ 50.00 | P  A/P | | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 3/28/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 03/28/22 | 0 | - | - | 9.60 | P  A/P | 1140025 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 3/29/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 03/29/22 | 0 | - | - | 7.30 | P  A/P | 1140025 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 3/30/22 | 39 | COURT REPORTER: RELIABLE TRANSCRIPTS | 595251 | - | - | 186.00 | A/P-P | 1150727 | 16446 | 494377 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 3/31/22 | ONRS | ONLINE RESEARCH: LEXIS-NEXIS ACCESS CHARGE PERFORMED BY COUCHOT, NICHOLAS ON 03/24/22 | 594521 | - | - | 103.99 | P  A/P-P | 1140025 | 1081 | 491138 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/04/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 04/04/22 | 0 | - | - | 4.50 | P  A/P | 1144755 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/06/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 04/06/22 | 0 | - | - | 0.60 | P  A/P | 1144755 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/11/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 04/11/22 | 0 | - | - | 4.50 | P  A/P | 1144755 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/12/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 04/12/22 | 0 | - | - | 10.60 | P  A/P | 1144755 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/15/22 | 71H | FEDERAL EXPRESS: FEDERAL EXPRESS INVOICE# 772548912 DATED: 4/15/22 TRACKING# 776565666141 ON 04/12/22 FROM: DANIELLE CYRANKOWSKI, 18400 VON KARMAN AVENUE, IRVINE, CA 92612 TO: ROBERT MOLINARI, 12133 FOOTHILL LANE, LOS ALTOS, CA 94022 | 594360 | - | - | 94.26 | P  A/P-P | 1140025 | 672 | 490886 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/15/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 04/15/22 | 0 | - | - | 1.10 | P  A/P | 1144755 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/30/22 | 31 | TRAVEL EXPENSES: JEFFREY GARFINKLE EXPENSE REPORT - 4/13/22 REIMBURSEMENT FOR CAR RENTAL WHILE ATTENDING ALL DAY EVIDENTIARY HEARINGS ON MOTION TO DISMISS | 0 | - | - | 100.08 | P  A/P-P | 1140025 | 5959 | 493677 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/30/22 | 31 | TRAVEL EXPENSES: JEFFREY GARFINKLE EXPENSE REPORT - 4/14/22 REIMBURSEMENT FOR AIRFARE TO ATTEND ALL DAY EVIDENTIARY HEARINGS ON MOTION TO DISMISS | 0 | - | - | 308.00 | P  A/P-P | 1140025 | 5959 | 493677 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 4/30/22 | 31 | TRAVEL EXPENSES: JEFFREY GARFINKLE EXPENSE REPORT - 4/15/22 REIMBURSEMENT FOR HOTEL WHILE ATTENDING ALL DAY EVIDENTIARY HEARINGS ON MOTION TO DISMISS | 0 | - | - | 946.00 | P  A/P-P | 1140025 | 5959 | 493677 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 5/24/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 05/24/22 | 0 | - | - | 1.50 | A/P | 1150727 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 5/25/22 | 39 | COURT REPORTER: RELIABLE TRANSCRIPTS | 595943 | - | - | 306.00 | A/P-P | 1150727 | 16446 | 494616 |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 6/15/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 06/15/22 | 0 | - | - | 1.90 | A/P | 1155113 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 6/16/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 06/16/22 | 0 | - | - | 1.90 | A/P | 1155113 | | |
| M1459 | ROBERT J. MOLINARI HARRY J. SAAL CHARLES CANTOR | 2 | RETROTOPE, INC. | 6/23/22 | 93 | PACER SERVICE CENTER - WEB PAGES: ONLINE COURT ACCESS FEE (DEBK) ON 06/23/22 | 0 | - | - | 1.00 | A/P | 1155113 | | |
| | | | | | **Matter Total** | | | | **4,849.49** | | | | |