IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RETROTOPE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10228 (JTD) |

**DECLARATION OF D. VICTOR PERLROTH IN SUPPORT OF SHAREHOLDER GROUP'S MOTION FOR SUBSTANTIAL CONTRIBUTION CLAIM**

I, D. Victor Perlroth declare:

1. I am the co-founder, Chairman and Chief Executive Officer of Kodiak Sciences Inc. ("Kodiak"). I submit this declaration in support of the Motion for Substantial Contribution of Charles Cantor, Robert Molinari and Harry Saal ("Dr. Saal") (collectively, the "Shareholder Group"), each of whom I understand are shareholders of Retrotope, Inc. ("Retrotope").

2. In late March 2022, at the Shareholder Group's request, Kodiak was introduced to the Shareholder Group by Stanford University's Chair of Ophthalmology, Jeffrey Goldberg. Dr. Goldberg had a prior relationship with, and contacted, Jason Ehrlich, Kodiak's chief medical officer.

3. Subsequent to that introduction, I and others within the Kodiak corporate leadership team, including Mr. Ehrlich, met and communicated with each of the three members of the Shareholder Group on several occasions. During those meetings and calls, the Shareholder Group explained Retrotope's drug products, which involve oral (non-injectable) drugs to treat age-related

1

macular degeneration (AMD), additional retinal diseases, and several rate neurological disorders, and underlying science.

4.	As a direct result of the meetings and communications between Kodiak and the Shareholder Group, Kodiak became interested in acquiring the assets of Retrotope and proceeded with due diligence. Even after commencing diligence, I and others at Kodiak continued having discussions with the three members of the Shareholder Group, in order better understand Retrotope's drug products and the underlying science, the rationale and underpinnings of the bankruptcy filing, including the circumstances leading up to the bankruptcy, the history of the assets, key team members and the like.

5.	I understand that SSG Capital Advisors ("SSG"), Retrotope's investment banker, sent out a one-page flyer to hundreds of potential interested parties. Kodiak, even if it had been contacted by SSG in a mass outreach of this sort, did not respond. Kodiak receives numerous solicitations for various collaborations or transactions and cannot consider and respond to all of them.

6. Ultimately, as a direct result of the opportunity communicated to Kodiak by the Shareholder Group, Kodiak submitted overbids to acquire Retrotope's assets, which I understand based on SSG's valuations ultimately yielded approximately $8 million in additional value for the estate.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct based on my personal knowledge, and if called as a witness could competently testify thereto.

Executed on August 12, 2022 at Palo Alto, California

_____/s/_____
D. Victor Perlroth, M.D.