# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2022, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing, and that the foregoing is also being served on the parties listed below via email:

Ericka Fredericks Johnson, Esquire
Morgan L. Patterson, Esquire
Matthew P. Ward, Esquire
Phil Mohr, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
ericka.johnson@wbd-us.com
morgan.patterson@wbd-us.com
matthew.ward@wbd-us.com
phil.mohr@wbd-us.com

Jami B. Nimeroff, Esquire
Brown McGarry Nimeroff LLC
919 N. Market Street, Suite 420
Wilmington, DE 19801
jnimeroff@bmnlawyers.com

Maxim Litvak, Esquire
Debra Grassgreen, Esquire
mlitvak@pszjlaw.com
dgrassgreen@pszjlaw.com

Jane M. Leamy, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207,
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov

Scott Lepene, Esquire
Scott.lepene@thompsonhine.com

    /s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)